```
MINUTE ENTRY   MINUTES OF THE UNITED STATES DISTRICT COURT
 FOR THE NORTHERN MARIANA ISLANDS
```

********************************************************************************
************
CV-04-0001        April 7, 2005
         11:00 a.m.


 YU SUK CHUNG -vs- WORLD CORPORATION


PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
    Gilbert Birnbrich, Law Clerk
    Sanae Shmull, Court Reporter
    Michelle C. Macaranas, Deputy Clerk
    Colin Thompson, Attorney for Plaintiff
    Matthew Gregory, Attorney for Defendant
    Joe Hill, Attorney for Defendant
    Ignacio Aguigui, Attorney for Defendant

PROCEEDINGS: MOTION TO COMPEL

 Attorney Colin Thompson appeared on behalf of Plaintiff.  Attorney Matthew Gregory
appeared on behalf of Defendant.  Joe Hill was present on behalf of Mr. Kyu Sang Cho.
  Also present was Ignacio Aguigui, Esq. on behalf of defendant World Corporation.

 Attorney Aguigui moved the court to continue this matter for two weeks due to a
possible resolution to this matter.  Attorney Thompson objects to the continuance
and moves the court to proceed with the matter.  Attorney Hill argued on behalf of
Mr. Cho.

 Court, after hearing all argument, denied the motion to continue the matter.

 The Court's tentative ruling is to grant the motion to compel and deny the motion
for sanction.  Attorney Aguigui argued on behalf of the defendant.  Attorney Gregory
apprised the court that Mr. Cho refuses to come to Saipan for the deposition.
Attorney Thompson argued on behalf of the plaintiff.

 Court, after hearing all argument, adopted the court's tentative ruling and ordered
that Mr. Cho make himself available for deposition within three weeks.

        Adjourned 11:35 a.m.


      Michelle C. Macaranas, Deputy Clerk;    [TTP EOD 04/07/2005]