MINUTE ENTRY              10:00 a.m.

 YU SUK CHUNG -vs- WORLD CORPORATION, et al

PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
    Gilbert Birnbrich, Law Clerk
    Sanae Shmull, Court Reporter
    K. Lynn Lemieux, Courtroom Deputy
    Colin Thompson, Attorney for Plaintiff
    Robert Torres, Attorney for Plaintiff
    Matthew Gregory, Attorney for Defendant


PROCEEDINGS: MOTION TO BIFURCATE TRIAL/MOTION FOR PARTIAL
          SUMMARY JUDGMENT

 Attorneys Robert Torres and Colin Thompson appeared on behalf of Plaintiff. Attorney Matthew Gregory appeared on behalf of Defendants.  Manager of the World Corporation was also present.

 Attorney Matthew Gregory argued to bifurcate the trial.  Attorney Torres argued against bifurcation.

 Attorney Matthew Gregory argued the motion for partial summary judgment. Attorney Thompson argued against the motion.

 Court, after hearing all argument, took the matters under advisement and stated that a written order would be forthcoming.

        Adjourned 10:40 a.m.
;    [KLL EOD 05/12/2005]