MINUTE ENTRY            9:10 a.m.

 YU SUK CHUNG -vs- WORLD CORPORATION, et al

PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
   Gilbert Birnbrich, Law Clerk
   Sanae Shmull, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   Colin Thompson, Attorney for Plaintiff
   Matthew Gregory, Attorney for Defendant
   Ignacio C. Aguigui, Attorney for Defendant


PROCEEDINGS: MOTION TO STRIKE ANSWER & ENTER DEFAULT OR FOR
                    ALTERNATIVE SANCTIONS

 Attorney Colin Thompson appeared on behalf of Plaintiff.  Attorneys Matthew Gregory and Ignacio C. Aguigui appeared on behalf of Defendants.

 Attorney Colin Thompson argued the motion.  Attorney Matthew Gregory argued on behalf of the plaintiffs.

 Court, after hearing all argument, DENIED Plaintiff's motion to strike and enter default or award sanctions pursuant to Rule 37.

 Further Court stated that because of an emergency on the Court's calendar this trial would have to be postponed to a later date.  A court notice will be forthcoming.

 Court further ordered that Defendant Mr. Cho's deposition will be taken in Korea and that he will cover the expenses of the Plaintiff's attorney to stay three nights in a hotel in Korea comparable to the Hyatt or the Hilton; all legal arrangements and expedited transcriptions; and cover Plaintiff's attorney's business class airfare to Korea.

        Adjourned 9:30 a.m.



;    [KLL EOD 06/16/2005]