F I L E D
Clerk
District Court

SEP 0 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  MATTHEW T. GREGORY, ESQ.
   Attorney at Law
2  Second Floor, V.S. Sablan Building
   Chalan Piao
3  PMB 419, Box 10000
   Saipan, MP 96950
4  Telephone:   (670) 234-3972
   Facsimile:   (670) 234-3973
5

6  DAVID J. LUJAN, ESQ.
   IGNACIO C. AGUIGUI, ESQ.
7  LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
   Attorneys at Law
8  Pacific News Building, Suite 300
   238 Archbishop Flores Street
9  Hagåtña, Guam 96910
   Telephone:   (671) 477-8064/5
10 Facsimile:   (671) 477-5297

11 *Attorneys for Defendant World Corporation*

12

13              IN THE UNITED STATES DISTRICT COURT

14                         FOR THE

15                  NORTHERN MARIANA ISLANDS

16

17 YU SUK CHUNG,                    CIVIL CASE NO. 04-00001
18
                Plaintiff,
19                                  STIPULATION AND ORDER
         vs.
20
   WORLD CORPORATION,
21
                Defendant.
22

23

24

25

26

27

28

1  In furtherance of the Court's Order of June 16, 2005, and pursuant to Fed. R. Civ. P. 29
2  and other applicable law, the parties stipulate as follows:
3      1. The Plaintiff will proceed with the deposition of Chairman Cho in Korea, and the
4  parties waive objections to the admissibility and use of the Chairman's deposition in this case.
5  The parties specifically reserve evidentiary objections to the questions asked during the
6  deposition or the resulting testimony, objections regarding privilege, and objections regarding the
7  scope and limits of discoverable material or information under the federal rules.
8      2. The parties understand and agree that the deposition of Chairman Cho shall take
9  place at the law offices of Shin & Kim, Ace Tower, 4th Floor, 1-170, Soonhwa-dong, Chung-ku
10  Seoul 100-712, Korea.
11      3. Defendant has used its best efforts to make the legal and logistical arrangements for
12  the deposition to the extent possible. Although Defendant has offered to make hotel and travel
13  arrangements for the Plaintiff's counsel pursuant to the Court's June 16, 2005 Order, Plaintiff's
14  counsel has opted to make his own arrangements with the intent of seeking reimbursement from
15  Defendant. Defendant reserves its right to contest reimbursement to the extent it deems
16  appropriate.
17      4. In lieu of having the Chairman sworn by an officer qualified to administer oaths as
18  would normally be the case for a deposition, the parties stipulate that the Chairman will testify
19  under penalty of perjury under the laws of the United States of America for purposes of the
20  deposition.
21      5. The deposition shall be recorded by audio and videotape means and the Plaintiff or
22  his counsel shall provide such audiovisual equipment and media. At Defendant's request, the
23  audio tape shall be released to the custody of the Defendant or Defendant's counsel for
24  preparation of the transcript. A copy of the video tape will be provided to the Defendant no later
25  than September 10, 2005. Defendant may also record the deposition at Defendant's option.
26      6. The deposition shall be scheduled as follows unless otherwise subsequently modified
27  by agreement of the parties: On September 5, 2005, from 9:00 a.m. to 5:00 p.m. with one hour
28

*Page 1*

1  for a lunch break. On September 6, 2005, from 8:00 a.m. to 4:00 p.m. with one hour for a lunch
2  break.
3    7. The Plaintiff desires to use the services of an individual designated by the Center for
4  Interpretation and Translation, Seoul, Korea, as the interpreter for the deposition, which the
5  Plaintiff understands is an individual named Young Ha Lee. Defendant has proposed to have Ms.
6  Cathy Y.H. Park (also from the Center for Interpretation and Translation) serve as the interpreter
7  for the deposition, pursuant to the June 16, 2005 Order which provides that Defendant shall make
8  the logistical arrangements for the deposition. In order to mitigate the parties' disagreement at
9  this point so as not to impede the progress of the deposition, the parties stipulate that Lee will
10 serve as the interpreter and Park will serve as the check interpreter, unless otherwise agreed to by
11 the parties at the time of the deposition. However, it is Defendant's position that it should not be
12 held responsible for payment of the services of Lee. Plaintiff reserves his right to contest
13 Defendant's position.

14 SO STIPULATED.                MATTHEW T. GREGORY, ESQ.
                                  LUJAN UNPINGCO AGUIGUI & PEREZ LLP
15                                By: _____
16                                    IGNACIO C. AGUIGUI, ESQ.
                                      Attorneys for World Corporation
17                                Date: 9/2/05
18                                COLIN M. THOMPSON
19                                ROBERT T. TORRES
20                                By: _____
                                      COLIN M. THOMPSON, ESQ.
21                                    Attorneys for Plaintiff Yu Suk Chung
22                                Dated: 9/2/05
23
24                                **ORDER**
25  SO ORDERED this  September 6, 2005

26
                                  _____
                                  HON. ALEX R. MUNSON
28                                District Judge

RECEIVED
SEP 27 2005
Clerk
District Court
of Northern M...