FILED
Clerk
District Court

SEP 29 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  MATTHEW T. GREGORY
   **Attorney at Law**
2  Second Floor, V.S. Sablan Building
   Chalan Piao
3  PMB 419, Box 10000
   Saipan MP 96950
4  Telephone: (670) 234 3972
   Facsimile: (670) 234 3973
5

6  DAVID J. LUJAN
   IGNACIO C. AGUIGUI
7  LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
   **Attorneys At Law**
8  Suite 300 Pacific News Building
   238 Archbishop Flores Street
9  Hagåtña, Guam 96910
   Telephone: (671) 477-8064/5
10 Facsimile: (671) 477-5297

11 *Attorneys for World Corporation*

12              IN THE UNITED STATES DISTRICT COURT

13                        FOR THE

14              NORTHERN MARIANA ISLANDS

15 YU SUK CHUNG,                 )  Civil Action No. **04-00001**
                                 )
16         Plaintiff,             )
                                 )
17                                )  NOTICE OF MOTION & MOTION FOR
                                  )  PARTIAL SUMMARY JUDGMENT
18         vs.                    )
                                  )  Date: OCT 27 2008
                                  )  Time: 8:30 A.m.
19 WORLD CORPORATION,             )  Judge: Hon. Alex R. Munzon
                                  )
20         Defendant.             )

21    PLEASE TAKE NOTICE that on the  OCT 27 2008  , 2005, at the hour of

22  8:30 A.m.  , or as soon thereafter as counsel may be heard, Defendant shall move this

23 Court for an order granting Defendant's Motion for Summary Judgment.

24

25                                - 1 -

1
2   Said motion is brought pursuant to Rule 56 of the Federal Rules of Civil Procedure and based
3   upon the accompanying memorandum of points and authorities, all declarations in support thereof,
4   all pleadings on file herein and any testimony adduced at the hearing
5
6   Dated this 29th day of September, 2005.
7
8                               MATTHEW T. GREGORY, ESQ.
                                LUJAN UNPINGCO AGUIGUI & PEREZ LLP
9
10
11  By: _____
            MATTHEW T. GREGORY, ESQ.
12          *Attorneys for World Corporation*
13
14
15
16
17
18
19
20
21
22
23
24
25

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing DEFENDANT'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT was by me or at my direction served on 9/29/2005, via hand delivery to:

COLIN M. THOMPSON
Attorney at Law
Lower Base
P.O. Box 501280
Saipan, MP 96950

ROBERT T. TORRES
Attorney at Law
1st Floor, D'Torres Building
Middle Road Garapan
P.O. Box 503758
Saipan, MP 96950

*Attorneys for Plaintiff*

MATTHEW T. GREGORY, ESQ.

- 3 -