FILED
Clerk
District Court

**MATTHEW T. GREGORY**
**Attorney at Law**
Second Floor, V.S. Sablan Building
Chalan Piao
PMB 419, Box 10000
Saipan MP 96950
Telephone:  (670) 234 3972
Facsimile:  (670) 234 3973

SEP 29 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**DAVID J. LUJAN**
**IGNACIO C. AGUIGUI**
**LUJAN, UNPINGCO, AGUIGUI & PEREZ** LLP
**Attorneys At Law**
Suite 300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone: (671) 477-8064/5
Facsimile:  (671) 477-5297

*Attorneys for World Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD CORPORATION,<br><br>Defendant. | ) Civil Action No. **04-00001**<br>)<br>) **DECLARATION OF**<br>) **MATTHEW T. GREGORY**<br>) **IN SUPPORT OF MOTION FOR**<br>) **PARTIAL SUMMARY JUDGMENT**<br>)<br>) **Date:**<br>) **Time:** 8:30 A.m.<br>) **Judge: Hon. Alex R. Munzon**<br>) |

I, Matthew T. Gregory, hereby declare as follows:

1. I am co-counsel of record for Defendant World Corporation in this action.

2. Attached hereto as Exhibit "A" are pages 126-170 of the transcript of deposition of Kyu Sang Cho taken on September 5, 2005.

- 1

3.     Attached hereto as Exhibit "B" is the Exhibit 8 of the deposition of Kyu Sang Cho.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 29th day of September, 2005.

_____
MATTHEW T. GREGORY, ESQ.