# EXHIBIT "B"

**Exhibit 8 of the Deposition of Kyu Sang Cho**



1. 월드코프레이션 조직편성(안)
2. 월드코프레이션 인사발령건의(안)
3. 실사 및 인수조직 구성(안)

조직안 재검토

2003. 4. 14

<u>추진본부 TFT</u>

Ex 8.1



골드코스트리이션 조직편성(안)
회 장
사 장
감 사
재 무
어학사업 TFT
Managing Director
자문위원
투자/자산/신규사업관리 (자문위원)
호텔영업관리
인수 TFT
· 객실판촉부장
· 장유미과장
· 원현민주임
· 기획담당
· 본사지원 人力
마스터플랜 TFT
총 지 배 인 (GM)
객실 판촉 부장
관리부장
Front팀
· Front office
· Bell Desk
객실정비팀
· 객실정비
· 일반정비
판 촉 팀
· 日本판촉
· 한국판촉
안전관리팀
식음팀
· 식음서비스
· 조리
인사팀
차모트
구매팀
회계팀
(장유미)
(원현민)
시설팀
· 기계,설비,전기
· 조경
기획 관리부
장유미 (회계담당)
원현민 (출납, 현금관리)
기획담당 – 외부채용
Ex 8.2

# 월드 코프레이션 인사발령 건의(안)

## 1. 호텔전문 경영인 영입

| 성 명 | 주요인적사항 | 학력사항 | 주요경력 | 인사발령(안) |
|---|---|---|---|---|
| 정유석 | · 생년월일<br>1963. 6. 5 (40세)<br>· 출생지<br>– 부산<br>· 본적<br>– 부산광역시<br>부산진구 354 | · 부산 마야고(1982)<br>· 서울대사회과학대학<br>국제경영학과/학사<br>(1982-1987)<br>· 미 코넬대학교<br>호텔경영대학교<br>호텔경영학/석사<br>(1992-1994) | · ㈜워커힐<br>(1987~1997)<br>· ㈜PS텔레콤<br>(1997~2000)<br>· ㈜LHM/대표<br>(2000~2001)<br>· ㈜강원랜드<br>(2001.8~2003.3)<br>※ 총경력 17년 | · 명 : 월드코프레이션<br>(Saipan World corp.)<br>· 임 : 상무이사<br>· 보 : 관리담당 임원<br>(Managing Director)<br>· 겸무보직: ______<br>· 발령일자 : 2003. 4. 1 부 |

## 2. 호텔인수 실무진 편성

| 성 명 | 주요인적사항 | 학력사항 | 주요경력 | 인사발령(안) |
|---|---|---|---|---|
| 원현민 | · 1973. 7. 30 (31세) | · 서울고등학교 (1992)<br>· 숭실대, 경제학과<br>(1992 - 2000. 2)<br>· 호주 멜보른대<br>부속어학원 연수<br>(1998.8 ~ 1999. 5) | · 군복무 (육군 26개월)<br>(1994. 4 ~ 1999. 6)<br>· 월드건설 입사<br>(2000. 4. 3) | · 명 : 월드코프레이션<br>(Saipan World corp.)<br>· 임 : 대리 Assistant Manager<br>· 면 : 월드건설주식회사/ 자금담당보조<br>· 발령일자 : 2003. 4. 14 부 |

Ex 8.3

(부첨) 급여 / 연봉의 책정 및 기타조건

| 대상 | 직급 | 기본조건 | [illegible] | [illegible] |
|---|---|---|---|---|
| 정 유 석 | 임 원<br>(~~이사~~)<br>상무 | 1. 계약기간<br>- 3년계약 + 합의시 1년씩 연장또는 재계약<br><br>2. 연 봉<br>- 기본연봉 (1차년도) : US$ 90.000 + 인센티브 (순이익 x %)<br><br>3. 기 타<br>- 이주비지급 : 실비정산<br>(해외 이주 항공또는 선박 화물비용에 한함)<br>- 해외정착지원금 : US$ 10.000<br>(대출금으로 하며, 3년근무완료경우 무상지원)<br>- 자녀학자금 지원<br>(현재 8세 1명, 학교납입수업료 일체)<br>- 유급휴가 : 연 2회, 1주일간<br>(직계가족, 항공료 포함)<br>- 현지가족거주주택 : 3 Bed Room<br>- 승용차 : 1대 | 1. 업무추진비<br>- 사이판특급호텔 총지배인급 평균수준<br><br>2. 기타사항<br>- 사이판 현지 법규및 현 D호텔 운영규정을 고려하여 별도로 정함<br>(퇴직금, 연금, 의료보험, 교통 및 통신비 등) | |
| 원 현 인 | 주 임 | | * 별도 책정 (총무) | |

Ex 8.4

실사 및 인수조직 구성(안)
회 장
사 장
간사 : 비서실장
기획실
주진본부(TFT)
이동성 고문
계약관리팀
-신원오 상무
-이경철 특위
-신민철 대리
개발기획팀
-원부갑 상무
-조영호 이사
-김창훈 특위
•운영 및 실사팀을 개발기획팀으로 변경함
•추진본부(TFT)는 호텔인수완료시 까지 운영
자산 인수 총괄
경영지원본부장
•자산인수의 총괄 업무를 관장
•인수자산은 현지 법인 월드코포레이션에 인계하고 호텔인수 후 운영을 지위 감독할 준비
•호텔인수자금조달 및 지급 업무
공사계획총괄
기술본부장
•기술소관 자산을 검수하고 개발계획의 설계 및 공사계획 총괄 업무를 관장
영업지원총괄
영업본부장
•호텔인수 후 영업을 활성화시키기 위한 제반 영업지원 활동을 준비하고 지원 (국내홍보 및 국내 영업활동 지원책 강구)
월드 코포레이션
정유석 이사
-기획담당:(신규)
-경리담당:원현민주임
-행정담당:(신규)
자문위원
이부현
계약완료시까지 인수수행
Project 총괄리더 (PL)업무는 누가할것인가?
2003.4.1.4
Ex 8.5

재

기각 :

# 인 사 명 령 품 의 서 (제 호)

품의번호 : 2003 - 046
사 업 체 : 혼도코퍼레이션

| 발령구분 | 소 속 | 직위 | 성명 | 발 령 사 항 | 발령일자 |
|---|---|---|---|---|---|
| 경력채용 | 임원실 | 부사장 | 정유석 | 임 : 부사장<br>명 : 임원실<br>보 : 관리담당 임원(Managing Director)<br>금 :<br>수습기간 : 2003.04.01 부터 2004.03.31 까지<br>주소 : 강원 태백시 황지동 274-807 유진 하이츠빌라 B동 304<br>주민등록번호 : 630605-1109413 | 2003.04.01 |

9847

- 선진 월드 기술 월드 -

# 내 부 품 의 및 보 고

우 150-744 서울 영등포구 여의도동 하남빌딩 7층/전화02-3779-0266 /팩스02-3779-0271
( 인력개발팀 / 부서장 배 홍 조 / 담당자 전운갑

문서번호 : 인력개발제 2003 - 0037

시행일자 : 2003-05-16

수 신 :

참 조 :

| 보존기간 | 10년 | 회 장 |
|---|---|---|
| 사 장 | [signature] | [signature] |
| 부 사 장 | [signature] | |
| 임 원 | [signature] | 비서실장: [signature] |
| 차 장 | [signature] | 기획: [signature] |
| 기 안 자 | 전운갑 [signature] | |
| 통 제 자 | [signature] | 통 제 일 |

제 목 : 월드 코퍼레이션 입사자 해외이사비 지원계획(안)

1. 관련근거

가. 인사명령 제 2003-046(정유석 월드코퍼레이션 부사장 채용품의)

나. 인사명령 제 2003-068(백정민 월드코러레이션 부장 채용품의)

2. 위 근거에 의거 월드 코퍼레이션 입사자 해외이사비 지원계획(안)을 품의합니다.

붙 임 1. 해외 이사비 검토 1부 1장.

2. 해외이사 회사별 견적서 1부 8장.

끝.

[handwritten:] 회장님 보고 · 03. 5. 23
- 러시아 출국시 이사비 없었음
→ 긴급사항이 아닌 내용을 왜 긴급하게 결재받지 못하였나.
※ 향후 이주대상자는 현지 업무파악후 이사토록 지시하심.

Ex 8.7

1. 검토배경
   ○ 월드코퍼레이션 채용 임직원 이사비 지원 검토지시 (정유석 부사장 7기이적 요청 5/14)

2. 이사비 지원 검토대상
   ○ 정유석 : 월드코퍼레이션 부사장(태백 —> 사이판)
   ○ 백정민 : 월드코퍼레이션 부장(제주 —> 사이판)

3. 이사비 지급 기준
   ○ 25CBM(입방미터), 20피트 콘테이너 1대분(5톤규모 : 콘테이너1동 최소규모)
      ※ 추가 소요량은 자비부담 원칙, 관세발생품목 : 자비부담
   ○ 이사거리 산정 : 현 주거지에서 사이판 신규주택(DOOR TO DOOR 계약)

4. 동종타사 해외이사비용 지급실태(해상운송기준)

| 이사비 지원형태 | 회 사 명 | 비 고 |
|---|---|---|
| 25CBM내 지원 | 포스코개발, 삼성물산, 롯데건설 | 포스코(3년이상 가족동반), 삼성(단신), 롯데(단신) |
| 실 비 지 원 | 대우건설 | 가족동반 |
| 기 타 | SK건설 : 8-15CBM내 지원<br>두산건설 : 2톤이내 지원 | SK건설 : (3년이상 가족동반)<br>두산건설 : (2년이상 가족동반 |

※ 공통사항 : 직급에 대한 차등 없음

5. 이사비용 : 지원대상자 지급기준 실비정산

6. 이사비 견적
   ○ 조사대상(6개사)

| 이 사 서 비 스 형 태 | 회 사 명 |
|---|---|
| 현주거지 —> 사이판 항구 (DOOR TO PORT) | (주) 한진해운, (주) 현대해운 |
| 현주거지 —> 사이판 숙소 (DOOR TO DOOR) | (주) 극동해운, (주) 고려해운,<br>(주) 대한국제물류, (주) 유공해운 |

   ○ 견적비교(4개사: DOOR TO DOOR)

단 위 : 원

| 회 사 명 | 예 상 단 가 | | 거래회사 | 비 고 |
|---|---|---|---|---|
| | 태백 -> 사이판 | 제주 -> 사이판 | | |
| (주) 극동해운 | 5,830,000 | 6,130,000 | 두산중공업<br>한라공조등 | 관세<br>부가세별도 |
| (주) 고려해운 | 6,449,300 | 6,749,300 | 삼성전자<br>미래산업 | 부가세 별도 |
| (주) 대한국제물류 | 6,665,200 | 9,515,200 | | 관세 별도 |
| (주) 유공해운 | 9,102,260 | 11,039,360 | | 보험료<br>부가세별도 |

Ex 8.8

- 선진 월드 기술 월드 -

# 내 부 품 의 및 보 고

P.O. BOX 500066,SAIPAN,MP96950 / 전화 234-5931 / 팩스 234-5932

문서번호: 월드코퍼레이션 2003-

시행일자: 2003. 07. 04

수 신: 내부수신

참 조: 경영지원본부장,비서실장

신원오 상무

| 보존기간 | 5 년 | 회 | 정 |
|---|---|---|---|
| 사 장 | | | |
| 부사장 | | | |
| | | 담당 | 부장 |
| 기안자 | 원현민 | 과장 | 협 조 |
| 통제자 | | 통제일 | |

제 목: 사이판 월드리조트 파견직원 및 일본인직원 급여지급건

사이판 월드리조트 파견직원 및 일본인직원 급여지급관련 아래와 같이 급여지급 처리코저 하오니 재가하여 주시기 바랍니다.

- 아 래 -

1. 현 황

A. 한국파견직원

▶ 현재 JVA(JOB VACANCY ANNOUNCEMENT) 공시중(7월중에 계약가능)

- 3주간의 직원모집공고후 고용계약서 작성 VISA 신청예정

▶ 사이판 파견직원 취업비자 미발급

- 현지법상 취업비자 취득없이 어떠한 고용관련 행위 불가하고 계약을 통한 근로소득을 취득할 수 없음

B. 취업비자 소유 일본직원/한국직원

▶ 일본인 객실부장 이시카와씨 고용비자 취득상태

- 고용계약후 연봉 월할 계산후 급여지급처리 가능

C. 파견직원 및 일본인직원 생활비 지급차원 조속한 급여문제 해결방안 시급

2. 현지 급여지급 불가능 직원명단

▶ 정유석 부사장,이부현 위원,백정인 부장, 원현민 대리, 박성찬 대리

▶ 추가로 파견되는 직원 역시 취업비자발급전 급여지급 불가능 함

WORLD CORPORATION

Ex 87

3. 처리방안

▶ 개인별 연봉금액 12개월 안분계산후 월급여의 80% 지급처리(가지급금)

▶ 추후 정산시 PAYROLL TAX 차감후 급여잔액 지급예정

- 현재 직원소득액 기준에 의해 PAYROLL TAX 납입분 상이

- 사회보장세(6.2%) 및 의료보험세(1.45%)는 한미간 세금협정에 의해 징수하지 않음

* 연봉 및 복리후생(안) : 품의중

4. 첨부서류

▶ 직원별 연봉월할 계산내역

Ex 8-10

WORLD CORPORATION

# 직원별 월급여 가지급금 계산내역

| 구 분 | 연봉액 (품의중) | 월 할 계 산 (연봉/12개월) | 가지급금 (월급여 80%) | 비 고 |
|---|---|---|---|---|
| 정유석 부사장 | $80,000 | $ 6,666 | $ 5,333 | 회장님 결재득 |
| 이부원 위원 | $25,200 | $ 2,100 | $ 1,680 | 한화기준 세후 2,500,000원 희망 급여 한국지급 본인희망 |
| 이시카와 부장 | $60,000 | $ 5,000.00 | $ 4,000.00 | 품의중 |
| 백정인 부장 | $48,000 | $ 4,000.00 | $ 3,200.00 | 품의중 |
| 원현민 대리 | $12,000 | $ 1,000.00 | $ 800.00 | 품의중 한국연봉지급분 시행중 |
| 박성찬 대리 | $33,000 | $ 2,750.00 | $ 2,200.00 | 품의중 |

Ex 8-11

# 인 사 명 령 품 의 서 (제 2003 - 108 호)

프로그램: HRR88050
페 이 지: 1 / 1

WORLD CORPORATION

| 결재 | 담 당 | 과/차 장 | 팀 장 | 임 원 | 본부장 | 사 장 | 회 장 |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| No | 발령구분 | 소 속 | 직위 | 성명 | 발 령 사 항 | 발령일자 |
|---|---|---|---|---|---|---|
| 1 | 관계사전출 | 임원실 | 부사장 | 정유석 | 현 : WORLD CORPORATION<br>영 : 월드건설(주) 본점 영업본부<br>임 : 이사<br>보 : 해외사업담당 임원 | 2003.08.31 |

Ex 8.12

# 서 약 서

본인 정유석 는 평생 "월드인"으로서 월드코퍼레이션 부에서 부사장 으로 근무함에 있어 아래사항을 성실히 준수할 것을 서약합니다.

하 나 : 본인은 회사가 정한 사규, 취업규칙 및 사원기본수칙 등 제규정을 성실히 수행하겠습니다.

하 나 : 수습기간(1년)중 본인에게 부여된 직무처리 능력 및 적성에 있어서 회사가 부적격하다고 판단시에는 회사의 조치에 따르겠습니다.

하 나 : 입사 구비서류의 허위기재 또는 입사에 부적격 사유가 발생시는 회사의 어떠한 조치도 감수하겠습니다.

하 나 : 본인은 수습 종료후 인화단결, 창의개발, 책임완수를 성실히 수행함과 아울러 "평생 월드인 정신"으로 회사의 발전을 위하여 성실히 근무에 임할것을 서약합니다.

2003 년 7 월 22 일

서약인 : 정유석 (인)

WORLD CORPORATION

Ex 8.13

# 월드基本守則 遵守誓約

1. 愛 社 : 회사의 번영이 월드가족과 나의 발전임을 자각하여 회사의 창업정신과 사훈에 충실한다.

2. 規 則 : 회사의 규칙과 규율을 스스로 엄수하여 기강을 확립하며 지득한 기밀은 대외에 절대누설하지 않는다.

3. 品 位 : 나의 직무와 언행이 회사의 명예에 직결됨을 항상 명심하여 월드인으로서의 품위를 손상시키지 않는다.

4. 創 意 : 항상 문제의식을 갖고 합리성과 효율성을 추구하며 창의력을 발휘하여 진취적인 직무능률을 향상시켜 나아간다.

5. 精 鋭 : 소수정예의 월드가족 성원임을 긍지로 삼아 지식과 기술을 부단히 연마하여 소관분야의 전문가로서 제일인자가 된다.

6. 協 同 : 자기에게 부과된 책임을 다함은 물론 서로 의견을 개진하고 협동일치하여 업무 능률을 배가한다.

7. 眞 實 : 사사로운 이익을 앞세워 부정하지 않으며 솔직담백하고 근무 성실함을 미덕으로 삼는다.

8. 人 和 : 서로 신뢰하고 이해하는 가운데 월드가족간의 유대를 돈독히 하고 가족상호간의 조화를 거스리지 않는다.

9. 相 助 : 2년이상 명예롭게 근무한 자는 월드가족의 평생 정회원이 될 수 있으며 정회원에 의한 상조회를 육성하여 각종복지 제도를 발전시켜 나아간다. 이를 명심하여 상부상조하는 정신을 드높이고 복지발전에 적극 참여한다.

서 약 인 : [signature]

Ex 8.14

결
재
담당
과/차장
팀장
임원
부장
사장
회장

# 인 사 명 령 품 의 서 (제 호)

품의번호 : 2003 - 046
사 업 체 : 웰드코퍼레이션

| 발령구분 | 소 속 | 직위 | 성명 | 발 령 사 항 | 발령일자 |
|---|---|---|---|---|---|
| 경력채용 | 임원실 | 부사장 | 정유석 | 임 : 부사장<br>명 : 임원실<br>보 : 관리담당 임원(Managing Director)<br>급 :<br>수습기간 : 2003.04.01 부터 2004.03.31 까지<br>주소 : 강원 태백시 황지동 274-807 유진 하이츠빌라 B동 304<br>주민등록번호 : 630605-1109413 | 2003.04.01 |

Ex. 8.9

| 결재 | 담당 | 과/차장 | 팀장 | 임원 | 부장 | 사장 | 회장 |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

가결:

# 인사명령품의서(제 호)

품의번호 : 2003 - 046
사업장 : 월드리조트

| 경력채용 | 정원식 | 부사장 | 계약서 | 명 : 부사장<br>월 : 임원실<br>보 : 경영담당 임원(Managing Director)<br>급 :<br>수습기간 : 2003.04.01 부터 2004.03.31 까지<br>주소 : 괌 ... 274-807 ...<br>하이츠빌라 9동 304<br>주민등록번호 : 620805-1109413 | 2003.04.01 |
|---|---|---|---|---|---|

8.6-2