FILED
Clerk
District Court

SEP 3 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG, ) | |
| ) | |
| Plaintiff, ) | Case No. CV-04-0001-ARM |
| ) | |
| v. ) | |
| ) | **ORDER STRIKING MOTION FOR** |
| WORLD CORPORATION, a CNMI ) | **PARTIAL SUMMARY JUDGMENT** |
| corporation, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on its own motion. Reviewing the record of this case, the Court notes that a Case Management Scheduling Order ("CMSO") was issued on March 26, 2004. The CSMO stated that dispositive motions must be heard by September 9, 2004. On October 1, 2004, the CSMO was amended to extend the deadline for hearing dispositive motions to March 24, 2005. On February 14, 2005, the parties stipulated and the Court amended the CSMO to extend the dispositive motion hearing deadline to May 5, 2005. Finally, on April 18, 2005, the parties stipulated to an extension and the Court ordered the dispositive motion hearing deadline extended to May 12, 2005. No further extensions were granted. On September 29, 2005, defendant World Corporation filed a motion for partial summary judgment (Doc. #115).

The purpose of the CSMO is to impose order, efficiency and fairness to the judicial process. Scheduling the deadline for dispositive motions well before a trial is meant to allow the parties ample time to concentrate on trial preparation while avoiding the distraction of responding to a dispositive motion. Filing a motion for summary judgment that will be heard four days before trial not only violates the CSMO, *see* LR 16.2CJe., it is unfair to the opposing party. For these reasons, the Court will not hear defendant's motion for partial summary judgment and orders it stricken from the record.

SO ORDERED this 30 day of September, 2005

_____
Alex R. Munson
Chief Judge, United States District Court