COLIN M. THOMPSON, ESQ
Attorney at Law
J.E. Tenorio Building
Middle Road, Gualo Rai
PMB 917, Box 10001
Saipan, MP 96950
Telephone:   (670) 233-0777
Facsimile:    (670) 233-0776

*Attorney for Plaintiff Yu Suk Chung*

MATTHEW T. GREGORY, ESQ.
Attorney at Law
Second Floor, V.S. Sablan Building
Chalan Piao
PMB 419, Box 10000
Saipan, MP 96950
Telephone:   (670) 234-3972
Facsimile:    (670) 234-3973

DAVID J. LUJAN, ESQ.
IGNACIO C. AGUIGUI, ESQ.
LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone:   (671) 477-8064/5
Facsimile:    (671) 477-5297

*Attorneys for Defendant World Corporation*

FILED
Clerk
District Court

OCT -7 2005

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG,<br><br>          Plaintiff,<br><br>     vs.<br><br>WORLD CORPORATION,<br><br>          Defendant. | CIVIL CASE NO. **04-00001**<br><br>**STIPULATION AND ORDER** |

The parties stipulate as follows:

1. The pre-trial conference will be held on October ~~24~~ 21, 2005 at ~~9:00~~ 10:00 a.m., and the jointly prepared final pretrial order shall be filed by October 25, 2005.

2. On October 11, 2005, counsel for the parties shall exchange copies of all exhibits (with corresponding English translations where applicable) to be offered at the trial other than for impeachment or rebuttal.

3. Motions in limine shall be filed by October 17, 2005, and oppositions filed by October 21, 2005.

4. The parties shall file proposed voir dire questions, proposed jury instructions, and proposed forms of verdict by October 27, 2005. ~~A final pre-trial conference will be held on October 28, 2005, at _____ a.m.~~ *ARM*

SO STIPULATED.

MATTHEW T. GREGORY, ESQ.
LUJAN UNPINGCO AGUIGUI & PEREZ LLP

By: _____
     MATTHEW T. GREGORY, ESQ.
     Attorneys for World Corporation

Date: 10/7/05

COLIN M. THOMPSON
ROBERT T. TORRES

By: _____
     COLIN M. THOMPSON, ESQ.
     Attorneys for Plaintiff Yu Suk Chung

Dated: 10/7/05

**ORDER**

SO ORDERED this 10-7-05.

_____
HON. ALEX R. MUNSON
**District Judge**

Page 1