Colin M. Thompson, Esq.
Law Offices of Colin M. Thompson
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

*Attorney for Plaintiff*

FILED
Clerk
District Court

OCT 17 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE DISTRICT COURT

## FOR THE

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG, | Civil Action No. 04-00001 |
| Plaintiff, | |
| vs. | SUBMISSION PURSUANT TO LOCAL RULE 16.2 C. J. (e) (7) (a) (3) |
| WORLD CORPORATION A CNMI Corporation. | |
| | Trial Date : October 31, 2005 |
| | Time : 9:00 a.m. |
| Defendant. | Judge : Hon. Alex R. Munson |

**COMES NOW,** Plaintiff through his counsel, Colin M. Thompson, to submit statements to be offered at the trial other than for impeachment or rebuttal and designation of excerpts from depositions. This submission totals of 19 pages.

Dated this 17th day of October, 2005

*[signature]*

COLIN M. THOMPSON
Attorney for Plaintiff

1

**REQUESTS FOR ADMISSIONS AND RESPONSES:**

    1.    Admit that You terminated Plaintiffs employment with World Corporation.

**Response:**    Denied.

    2.    Admit that You refused and continue to refuse to provide employment to plaintiff.

**Response:**    Denied.

    3.    Admit that You hired Plaintiff.

**Response:**    Denied.

    4.    Admit that Plaintiff was employed by World Corporation.

**Response:**    Denied.

    5.    Admit that World Corporation made payments to Plaintiff in exchange for his service.

**Response:**    Denied.

    6.    Admit that Plaintiff was not employed by World Corporation.

**Response:**    Admitted.

    7    Admit that Plaintiff's personnel file contains no record of discipline relating to Plaintiff's performance of services for World Corporation.

**Response:**    Admitted.

    8.    Admit that you were aware of the laws of the CNMI at the time you hired Plaintiff.

**Response:**    Objection. It is impossible to determine what laws are referred to. Therefore, World Corporation can neither admit nor deny this admission.

    9.    Admit that Plaintiff is no longer employed by World Corporation.

**Response:**    Admitted that Plaintiff is not currently employed by World Corporation.

    10.    Admit that Plaintiff has requested to return to his position of World Corporation.

**Response:**    Admitted that Plaintiff requested employment with World Corporation.

11. Admit that You entered into an employment contact with the Plaintiff.

**Response:** Denied.

12. Admit that you directed Plaintiff to go to Saipan to work for World Resort.

**Response:** Denied.

13. Admit that at the time You offered Plaintiff Employment with World Corporation, You intended to induce Plaintiff to accept Your offer.

**Response:** Denied.

14. Admit that You did not apply for a CNMI non resident worker contract for the Plaintiff.

**Response:** Admitted.

15. Admit that when You hired Plaintiff, You did not intend to promise Plaintiff three (3) years employment with World Corporation.

**Response:** Denied.

16. Admit that You knew that Plaintiff was employed by Kangwon Land at the time you first offered Plaintiff Employment with World Corporation.

**Response:** Denied.

17. Admit that You threatened Plaintiff with deportation.

**Response:** Denied.

18. Admit that on April 25, 2003 Chairman Cho appointed Plaintiff as the General Manager of World Resort and as Vice President of World Corporation.

**Response:** Denied.

19. Admit that when You hired Plaintiff you knew that he and his family would relocate from Seoul, Korea to Saipan, CNMI.

**Response:** Denied.

20. Admit that World Corporation is a separate and distinct corporation from World Construction.

**Response:** Admitted.

21. Admit that You cheated the CNMI Government with respect to your tax obligations.

Response: Denied.

**Excerpts of the Depositions of World Corporation with Dr. Lee as the Rule 30 (b)(6) designee and Kyo Sung Cho**

| DVD | Deposition Page | Line | Witness | File Name |
|---|---|---|---|---|
| DISK # 1 | P 21-22 | L 6-11 | DR. LEE 050217-2 | WCEXA2P21L6-11 |
| DISK # 1 | P 24 | L 1-23 | DR. LEE 050217-2 | WCEXA2P24L1-23 |
| DISK # 1 | P 28 | L 3-18 | DR. LEE 050217-2 | WCEXA2P28L3-18 |
| DISK # 1 | P 29-32 | L 3-2 | DR. LEE 050217-2 | WCEXA2P29-32L3-2 |
| DISK # 1 | P 32-33 | L 19-22 | DR. LEE 050217-2 | WCEXA2P32-33L19-22 |
| DISK # 1 | P 34 | L 13-23 | DR. LEE 050217-2 | WCEXA2P34L13-23 |
| DISK # 2, 12 | P 35-36 | L 11-25 | DR. LEE 050217-2 | WCEXA2P35-36L11-25 |
| DISK # 2, 12 | P 40 | L 6-25 | DR. LEE 050217-2 | WCEXA2P40L6-25 |
| DISK # 2, 12 | P 42-43 | L 1-25 | DR. LEE 050217-2 | WCEXA2P42-43L1-25 |
| DISK # 2, 12 | P 45-48 | L 4-16 | DR. LEE 050217-2 | WCEXA2P45-48L4-16 |

| DISK # | PAGE | LINE | REEL NAME | FILE NAME |
|---|---|---|---|---|
| DISK # 2 | P1 | L25-8 | DR LEE 041014 | WCV1P1L25-8 |
| DISK # 2 | P4 | L9-23 | DR LEE 041014 | WCV1P1L9-23 |
| DISK # 2 | P4-5 | L24-12 | DR LEE 041014 | WCV1P4-5L24-12 |
| DISK # 3 | P10-12 | L15-17 | DR LEE 041014 | WCV1P10-12L15-17 |
| DISK # 3 | P12-13 | L23-22 | DR LEE 041014 | WCV1P12-13L15-17 |
| DISK # 3 | P13-14 | L23-3 | DR LEE 041014 | WCV1P13-14L23-3 |
| DISK # 3 | P15 | L6-20 | DR LEE 041014 | WCV1P15L6-20 |
| DISK # 3 | P19-20 | L22-4 | DR LEE 041014 | WCV1P19-20L22-4 |
| DISK # 3 | P21-23 | L7-5 | DR LEE 041014 | WCV1P21-23L7-5 |
| DISK # 3 | P23-24 | L17-9 | DR LEE 041014 | WCV1P23-24L17-9 |
| DISK # 3 | P24-25 | L19-22 | DR LEE 041014 | WCV1P24-25L19-22 |
| DISK # 3 | P27-28 | L3-6 | DR LEE 041014 | WCV1P27-28L3-6 |
| DISK # 3 | P28-29 | L19-5 | DR LEE 041014 | WCV1P28-29L19-5 |
| DISK # 3 | P29 | L13-17 | DR LEE 041014 | WCV1P29L13-17 |
| DISK # 3 | P29-30 | L23-3 | DR LEE 041014 | WCV1P29-30L23-3 |
| DISK # 3 | P30-31 | L4-3 | DR LEE 041014 | WCV1P30-31L4-3 |
| DISK # 3 | P32 | L6-22 | DR LEE 041014 | WCV1P32L6-22 |
| DISK # 3 | P33 | L1-2 | DR LEE 041014 | WCV1P33L1-2 |
| DISK # 4 | P34-35 | L19-1 | DR LEE 041014-2 | WCV1P34-35L19-1 |
| DISK # 4 | P35 | L2-21 | DR LEE 041014-2 | WCV1P35L2-21 |
| DISK # 4 | P36-37 | L10-2 | DR LEE 041014-2 | WCV1P36-37L10-2 |
| DISK # 4 | P37 | L3-21 | DR LEE 041014-2 | WC V1P37L3-21 |
| DISK # 4 | P37-38 | L22-7 | DR LEE 041014-2 | WCV1P37-38L22-7 |
| DISK # 4 | P38 | L18-21 | DR LEE 041014-2 | WCV1P38L18-21 |
| DISK # 4 | P39 | L1-12 | DR LEE 041014-2 | WCV1P38L1-12 |
| DISK # 4 | P39 | L13-22 | DR LEE 041014-2 | WCV1P38L13-22 |
| DISK # 4 | P39-40 | L23-21 | DR LEE 041014-2 | WCV1P39-40L23-21 |
| DISK # 4 | P53-55 | L25-9 | DR LEE 041014-2 | WCV1P53-55L25-9 |
| DISK # 4 | P56-58 | L12-5 | DR LEE 041014-2 | WCV1P56-58L12-5 |
| DISK # 4 | P58-60 | L5-26 | DR LEE 041014-2 | WCV1P58-60L5-26 |
| DISK # 5 | P59 | L15-22 | DR LEE 041014-2 | WCV1P59L15-22 |
| DISK # 5 | P63-64 | L14-7 | DR LEE 041014-2 | WCV1P63-64L14-7 |
| DISK # 5 | P64-65 | L21-1 | DR LEE 041014-2 | WCV1P64-65L21-1 |
| DISK # 5 | P65 | L12-14 | DR LEE 041014-2 | WCV1P65L12-14 |
| DISK # 5 | P69-72 | L11-14 | DR LEE 041014-3 | WCV1P69-72L11-14 |
| DISK # 5 | P74 | L1-3 | DR LEE 041014-3 | WCV1P74L1-3 |
| DISK # 5 | P77-78 | L6-15 | DR LEE 041014-3 | WCV1P77-78L6-15 |
| DISK # 5 | P79-80 | L24-9 | DR LEE 041014-3 | WCV1P79-80L24-9 |
| DISK # 5 | P85 | L21-26 | DR LEE 041014-3 | WCV1P85L21-26 |
| DISK # 5 | P86-88 | L18-2 | DR LEE 041014-3 | WCV1P85L18-2 |
| DISK # 5 | P93-94 | L1-15 | DR LEE 041014-3 | WCV1P93-94L1-15 |
| DISK # 5 | P95 | L13-18 | DR LEE 041014-3 | WCV1P95L13-18 |
| DISK # 5 | P95 | L19-26 | DR LEE 041014-3 | WCV1P95L19-26 |
| DISK # 6 | P102-103 | L12-7 | DR LEE 041014-4 | WCV2P102-103L12-7 |
| DISK # 6 | P111 | L3-15 | DR LEE 041014-4 | WCV2P111L3-15 |
| DISK # 6 | P112 | L5-14 | DR LEE 041014-4 | WCV2P112L5-14 |
| DISK # 6 | P114 | L26-7 | DR LEE 041014-4 | WCV2P114L26-7 |
| DISK # 6 | P117-120 | L25-4 | DR LEE 041014-4 | WCV2P117-120L25-4 |
| DISK # 6 | P122-124 | L23-2 | DR LEE 041014-4 | WCV2P122-124L23-2 |
| DISK # 6 | P124 | L12-15 | DR LEE 041014-4 | WCV2P124L12-15 |

| DISK # 6 | P124-125 | L16-9 | DR LEE 041014-4 | WCV2P124-125L16-9 |
| DISK # 6 | P126 | L2-15 | DR LEE 041014-4 | WCV2P126L2-15 |
| DISK # 6 | P130 | L18-21 | DR LEE 041014-4 | WCV2P130L18-21 |
| DISK # 6 | P131-132 | L22-6 | DR LEE 041014-4 | WCV2P131-132L22-6 |
| DISK # 6 | P131-132 | L22-22 | DR LEE 041014-4 | WCV2P131-132L22-22 |
| DISK # 7 | P133 | L11-20 | DR LEE 041014-5 | WCV2P133L11-20 |
| DISK # 7 | P136 | L5-14 | DR LEE 041014-5 | WCV2P136L5-14 |
| DISK # 7 | P141 | L16-20 | DR LEE 041014-5 | WCV2P141L16-20 |
| DISK # 7 | P143-144 | L24-17 | DR LEE 041014-5 | WCV2P143-144L24-17 |
| DISK # 7 | P144 | L4-17 | DR LEE 041014-5 | WCV2P144L4-17 |
| DISK # 7 | P147 | L3-14 | DR LEE 041014-5 | WCV2P147L3-14 |
| DISK # 7 | P148-149 | L7-10 | DR LEE 041014-5 | WCV2P149L7-10 |
| DISK # 7 | P150-152 | L3-11 | DR LEE 041014-5 | WCV2P150-152L3-11 |
| DISK # 7 | P157158 | L17-7 | DR LEE 041014-5 | WCV2P157-158L17-7 |
| DISK # 7 | P7-8 | L20-17 | DR LEE 041014-6 | WCV2P7-8L20-17 |
| DISK # 7 | P9-10 | L16-14 | DR LEE 041014-6 | WCV2P9-10L16-14 |
| DISK # 7 | P11 | L1-5 | DR LEE 041014-6 | WCV2P11L1-5 |
| DISK # 8 | P12-13 | L21-17 | DR LEE 041014-6 | WCV2P12-13L21-17 |
| DISK # 8 | P16-17 | L1-20 | DR LEE 041014-6 | WCV2P16-17L1-20 |
| DISK # 8 | P19 | L4-15 | DR LEE 041014-6 | WCV2P19L4-15 |
| DISK # 8 | P20-23 | L16-13 | DR LEE 041014-6 | WCV2P20-23L16-13 |
| DISK # 8 | P23-24 | L24-6 | DR LEE 041014-6 | WCV2P23-24L24-6 |
| DISK # 8 | P26 | L15-20 | DR LEE 041014-6 | WCV2P26L15-20 |
| DISK # 8 | P27-29 | L8-25 | DR LEE 041014-6 | WCV2P27-29L8-25 |
| DISK # 8 | P31-32 | L23-14 | DR LEE 041014-7 | WCV2P31-32L23-14 |
| DISK # 9 | P32-33 | L20-14 | DR LEE 041014-7 | WCV2P32-33L20-14 |
| DISK # 9 | P34 | L22-24 | DR LEE 041014-7 | WCV2P34L22-24 |
| DISK # 9 | P46-48 | L23-10 | DR LEE 041014-7 | WCV2P46-48L23-10 |
| DISK # 9 | P52-53 | L15-6 | DR LEE 041014-7 | WCV2P52-53L15-6 |
| DISK # 9 | P56 | L2-23 | DR LEE 041014-8 | WCV2P52L2-23 |
| DISK # 9 | P63 | L22-24 | DR LEE 041014-8 | WCV2P63L22-24 |
| DISK # 9 | P64 | L14-20 | DR LEE 041014-8 | WCV2P64L14-20 |
| DISK # 9 | P65-68 | L13-16 | DR LEE 041014-8 | WCV2P65-68L13-16 |
| DISK # 9 | P82-83 | L24-9 | DR LEE 041014-9 | WCV2P82-83L24-9 |
| DISK # 9 | P92 | L7-17 | DR LEE 041014-9 | WCV2P92L7-17 |
| DISK # 9 | P94-95 | L22-3 | DR LEE 041014-10 | WCV2P94-95L22-23 |
| DISK # 9 | P96 | L10-14 | DR LEE 041014-10 | WCV2P96L10-14 |
| DISK # 10 | P98-99 | L24-6 | DR LEE 041014-10 | WCV2P98-99L24-26 |
| DISK # 10 | P99-100 | L19-11 | DR LEE 041014-10 | WCV2P99-100L19-11 |
| DISK # 10 | P101-102 | L9-5 | DR LEE 041014-10 | WCV2P101-102L9-5 |
| DISK # 10 | P106-107 | L24-8 | DR LEE 041014-10 | WCV2P106-107L24-8 |
| DISK # 10 | P109-110 | L6-10 | DR LEE 041014-10 | WCV2P109-110L6-10 |
| DISK # 10 | P114 | L1-14 | DR LEE 041014-11 | WCV2P114L1-14 |
| DISK # 10 | P115-116 | L24-23 | DR LEE 041014-11 | WCV2P115-116L24-23 |
| DISK # 11 | P122-123 | L22-21 | DR LEE 041014-11 | WCV2P122-123L22-21 |
| DISK # 11 | P122-124 | L22-21 | DR LEE 041014-11 | WCV2P122-124L22-21 |
| DISK #1 | P3-4 | L20-8 | DR LEE 050217-1 | WCEXA1P3-4L20-8 |
| DISK #1 | P17 | L17-3 | DR LEE 050217-1 | WCEXA1P17-18L17-3 |
| DISK #1 | P19 | L11-24 | DR LEE 050217-1 | WCEXA1P19L11-24 |

| TAPE-SEG | PAGE | LINE | REEL NAME | FILE NAME |
|---|---|---|---|---|
| DISK # 15 | P16 | L10-16 | KYU SANG CHO T1 | WCKSCP16L10-16 |
| DISK # 15 | P27-28 | L21-4 | KYU SANG CHO T2 | WCKSCP27-28L21-4 |
| DISK # 15 | P31 | L6-11 | KYU SANG CHO T2 | WCKSCP31L6-11 |
| DISK # 15 | P31-32 | L22-9 | KYU SANG CHO T2 | WCKSCP31-32L22-9 |
| DISK # 15 | P39 | L7-21 | KYU SANG CHO T3 | WCKSCP39L7-21 |
| DISK # 15 | P45 | L7-9 | KYU SANG CHO T3 | WCKSCP45L7-9 |
| DISK # 15 | P46-47 | L24-7 | KYU SANG CHO T3 | WCKSCP45L24-7 |
| DISK # 15 | P49 | L5-11 | KYU SANG CHO T3 | WCKSCP49L5-11 |
| DISK # 15 | P55 | L6-17 | KYU SANG CHO T4 | WCKSCP55L6-17 |
| DISK # 16 | P66-68 | L5-3 | KYU SANG CHO T4 | WCKSCP66-68L5-3 |
| DISK # 16 | P80-81 | L12-18 | KYU SANG CHO T5 | WCKSCP80-81L12-18 |
| DISK # 16 | P83 | L11-19 | KYU SANG CHO T5 | WCKSCP83L11-19 |
| DISK # 16 | P84-86 | L11-10 | KYU SANG CHO T5 | WCKSCP84L11-10 |
| DISK # 16 | P98-99 | L22-12 | KYU SANG CHO T6 | WCKSCP98-99L22-12 |
| DISK # 17 | P101 | L6-13 | KYU SANG CHO T6 | WCKSCP101L6-13 |
| DISK # 17 | P106 | L13-18 | KYU SANG CHO T6 | WCKSCP106L13-18 |
| DISK # 17 | P113 | L11-18 | KYU SANG CHO T7 | WCKSCP113L11-18 |
| DISK # 17 | P114-115 | L9-8 | KYU SANG CHO T7 | WCKSCP114-115L9-8 |
| DISK # 17 | P115-117 | L16-22 | KYU SANG CHO T7 | WCKSCP115-117L16-22 |
| DISK # 17 | P117-118 | L23-12 | KYU SANG CHO T7 | WCKSCP117-118L23-12 |
| DISK # 18 | P119-121 | L10-5 | KYU SANG CHO T7 | WCKSCP119-121L10-5 |
| DISK # 18 | P121-122 | L6-25 | KYU SANG CHO T7 | WCKSCP121-122L6-25 |
| DISK # 19 | P126 | L15-24 | KYU SANG CHO T7 | WCKSCP126L15-24 |
| DISK # 20 | P128 | L15-21 | KYU SANG CHO T7 | WCKSCP128L15-21 |
| DISK # 20 | P128-130 | L22-18 | KYU SANG CHO T8 | WCKSCP128-130L22-18 |
| DISK # 20 | P132-134 | L4-21 | KYU SANG CHO T8 | WCKSCP132-134L4-21 |
| DISK # 20 | P134-135 | L23-9 | KYU SANG CHO T8 | WCKSCP134-135L23-9 |
| DISK # 20 | P136-137 | L11-8 | KYU SANG CHO T8 | WCKSCP136-137L11-8 |
| DISK # 20 | P137-138 | L13-1 | KYU SANG CHO T8 | WCKSCP137-138L13-1 |
| DISK # 20 | P138-139 | L23-11 | KYU SANG CHO T8 | WCKSCP138-139L23-11 |
| DISK # 20 | P141-142 | L17-9 | KYU SANG CHO T8 | WCKSCP141-142L17-9 |
| DISK # 20 | P142 | L11-22 | KYU SANG CHO T8 | WCKSCP142L11-22 |
| DISK # 20 | P143 | L7-17 | KYU SANG CHO T8 | WCKSCP143L7-17 |
| DISK # 20 | P143-144 | L25-12 | KYU SANG CHO T9 | WCKSCP143-144L25-12 |
| DISK # 20 | P144 | L19-25 | KYU SANG CHO T9 | WCKSCP144L19-25 |
| DISK # 21 | P145 | L1-12 | KYU SANG CHO T9 | WCKSCP145L1-12 |
| DISK # 21 | P146 | L6-22 | KYU SANG CHO T9 | WCKSCP146L6-22 |
| DISK # 21 | P147-148 | L4-12 | KYU SANG CHO T9 | WCKSCP147-148L4-12 |
| DISK # 21 | P150-152 | L2-6 | KYU SANG CHO T9 | WCKSCP150-152L2-6 |
| DISK # 21 | P153-154 | L19-23 | KYU SANG CHO T9 | WCKSCP153-154L19-23 |
| DISK # 22 | P154-156 | L24-1 | KYU SANG CHO T9 | WCKSCP154-156L24-1 |
| DISK # 22 | P163 | L6-9 | KYU SANG CHO T9 | WCKSCP163L6-9 |
| DISK # 22 | P163 | L6-25 | KYU SANG CHO T10 | WCKSCP163L6-25 |

I

**PEDRO M. ATALIG**
Attorney at Law
Second Floor, V.S. Sablan Building
Chalan Piao
P.O. Box 5332
Saipan MP 96950
Telephone:    (670) 234-2189
Facsimile:    (670) 234-2191

**MATTHEW T. GREGORY, ESQ.**
Second Floor, V.S. Sablan Building
Chalan Piao
PMB 419, Box 10000
Saipan MP 96950
Telephone:    (670) 234-3972
Facsimile:    (670) 234-3973

*Attorneys for World Corporation*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG, ) | Civil Action No. **04-00001** |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **DEFENDANT'S RESPONSE TO** |
| ) | **PLANTIFF'S SECOND SET OF REQUEST** |
| ) | **FOR PRODUCTION OF DOCUMENTS AND** |
| WORLD CORPORATION, ) | **SECOND SET OF INTERROGATORIES** |
| ) | |
| Defendant. ) | |

## **INTRODUCTION**

These responses are made solely for the purpose of this action, without waiver of, and with preservation of:

1. The right to object to all questions as to competency, relevancy, materiality, confidentiality, privilege, and admissibility of the responses and the subject matter thereof as evidence for any purpose in any further proceeding in this action (including trial);

- 1 -

## INTERROGATORIES

**Interrogatory No. 1:** Identify all reasons why you hired Plaintiff.

At the outset, World Corporation or World Construction contemplated hiring the Plaintiff because of his background in planning for hotel resorts. World Corporation the subsidiary of World Construction was seeking to acquire the Diamond Hotel and plan for further development of the hotel. Plaintiff had experience in such business plans.

**Interrogatory No. 3:** Identify each person who participated in making the decision to transfer Plaintiff to World Construction.

See response to Second Set of Interrogatory No. 2. Chairman Cho, Kyu-Sang.

**Interrogatory No. 4:** Describe Your complete understanding of the terms and conditions of Plaintiffs employment with You.

With regard to World Corporation, Plaintiff agreed to provide services for the set up of the World Resort Hotel. He, however, was not employed by World Corporation or World Resort.

**Interrogatory No. 6:** Identify the person(s) who made the decision to hire Plaintiff for World Corporation.

    Chairman Cho, Kyu-Sang of World Construction negotiated for the hire Plaintiff by World Corporation, but no final agreement was reached.

**Interrogatory No. 7:** Identify the occupational functions and/or job duties that Plaintiff was hired to perform.

    1. Planning for acquisition of the Diamond Hotel.

    2. To assist or work under the general manager of the hotel.

**Interrogatory No. 9** Identify each person with knowledge of the position at World Construction to which You claim Plaintiff agreed to be transferred.

    Chairman Cho, Kyu-Sang

**PEDRO M. ATALIG**
Attorney at Law
Second Floor, V.S. Sablan Building
Chalan Piao
P.O. Box 5332
Saipan MP 96950
Telephone:    (670) 234-2189
Facsimile:    (670) 234-2191

**MATTHEW T. GREGORY, ESQ.**
Second Floor, V.S. Sablan Building
Chalan Piao
PMB 419, Box 10000
Saipan MP 96950
Telephone:    (670) 234-3972
Facsimile:    (670) 234-3973

*Attorneys for World Corporation*

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WORLD CORPORATION,<br><br>　　　　Defendant. | Civil Action No. **04-00001**<br><br>**DEFENDANT'S FIRST AMENDED RESPONSE TO PLANTIFF'S FIRST REQUEST FOR INTERROGATORIES** |

## INTRODUCTION

These responses are made solely for the purpose of this action, without waiver of, and with preservation of:

- 1 -

**Interrogatory No. 1**: Describe any and all contracts You entered with the Plaintiff concerning his employment.

The only agreement between the Plaintiff and Defendant was memorialized by a one-page document, produced to Plaintiff in Defendant's initial disclosures and dated July 22, 2003. The document speaks for itself.

**Interrogatory No. 2**: Describe any and all agreements You entered with the Plaintiff concerning his employment.

See response to interrogatory no. 1. World Corporation agreed to pay Plaintiff $80,000 per year plus $10,000 for housing expenses as well as a house and car for his use on Saipan. However, many of the terms of the contract were not finalized and no final agreement was reached and no contract executed.

**Interrogatory No. 5**: Why did Defendant terminate Plaintiff's employment?

Defendant did not terminate Plaintiff's employment. The Plaintiff agreed to take to a position with World Construction in August of 2003. Plaintiff later changed his mind and refused to transfer to Korea.

**Interrogatory No. 6**: Why did Defendant prohibit Plaintiff from continuing to work for Defendant?

Defendant found that Plaintiff's position was rendered redundant by hiring of Mr. Park, a U.S. citizen. Plaintiff's work involved setting up the World Resort and planning for its initial developments. This task was completed. Please also see response to interrogatory no. 11.

**Interrogatory No. 9**: Identify all facts that support Your contention that the Complaint fails to state a claim upon which relief can be granted, as alleged in Your first affirmative defense.

Plaintiff has no written contact with the Defendant for employment. Furthermore, Plaintiff's visa allows him to remain in the Commonwealth, for no longer than 180 days on his Special Industry Entry Permit. No contract was approved by the CNMI Division of Labor. It is the policy of the CNMI Division of Labor to approve only contracts for guest workers. Please also see responses to request for production nos. 5, 11, and 12.

**Interrogatory No. 10**: Identify all facts which support Your contention of waiver and estoppel, as alleged in Your second affirmative defense.

See Pledge of Yu Suk Chung dated July 22, 2003. Please also see Plaintiff's e-mail of August 13, 2003 provided in response to request for production no. 12. Defendant reserves the right to supplement these answers as additional discovery is conducted.

**Interrogatory No. 11**: Identify all facts which support Your contention of unclean hands, as alleged in Your third affirmative defense.

Plaintiff was unequipped to run the World Resort Hotel. Plaintiff was not fluent in English and was unable to communicate with staff. World Resort hoped that Plaintiff could act as an assistant general manager to work under Mr. Kikawa, the former general manager of the Diamond

Hotel. However, Plaintiff conspired to become the general manager in place of Mr. Kikawa. Plaintiff informed Mr. Kikawa that Mr. Chung would be the general manager not Mr. Kikawa, against the wishes of World Corporation. Mr. Kikawa later chose not to accept the position of general manager. The Plaintiff also became abusive to the employees of World Resort and caused several employees to gather together to unionize the hotel to prevent further ill treatment by the Plaintiff. Defendant reserves the right to supplement these answers as additional discovery is conducted.

**Interrogatory No. 12**: Identify all facts which support Your contention that any contract entered if any is void in violation of the Commonwealth of the Northern Mariana Islands laws, as alleged in Your fourth affirmative defense.

The Plaintiff entered Saipan on a Special Industry Entry Permit. This permit would expire after 180 days. Furthermore, the Department of Labor and Immigration routinely refuses to approve multiyear contracts and did not approve any contract between the parties.

**Interrogatory No. 15**: Identify Plaintiff's responsibilities as an employee of Defendant.

Plaintiff performed as if he was general manager during this period, due to the resignation of the general manager of the Diamond Hotel. However, he was not an employee of the World Resort.

**Interrogatory No. 16**: Identify and describe all of the compensation paid to Plaintiff by the Defendant during his employment with World Corporation.

$80,000 per year. $10,000 housing allowance. Use of a house and company car. However, Plaintiff was not employed by World Corporation.

**Interrogatory No. 17**: Describe why the compensation to Plaintiff ceased.

The compensation of the Plaintiff ceased because he refused to report to his new job assignment in Korea as of September 1, 2003.

**Interrogatory No. 18**: Identify the person(s) who assumed responsibility for Plaintiff duties with Defendant after September 2003.

B.K. Park.