```
                                                    F I L E D
                                                       Clerk
                                                   District Court

1  MATTHEW T. GREGORY
   Attorney at Law                                  OCT 1 7 2005
2  Second Floor, V.S. Sablan Building
   Chalan Piao                                 For The Northern Mariana Islands
3  PMB 419, Box 10000                          By_____
   Saipan MP 96950                                   (Deputy Clerk)
4  Telephone: (670) 234 3972
   Facsimile: (670) 234 3973
5

6  DAVID J. LUJAN
   IGNACIO C. AGUIGUI
7  LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
   Attorneys At Law
8  Suite 300 Pacific News Building
   238 Archbishop Flores Street
9  Hagåtña, Guam 96910
   Telephone: (671) 477-8064/5
10 Facsimile: (671) 477-5297

11 Attorneys for World Corporation

12               IN THE UNITED STATES DISTRICT COURT

13                         FOR THE

14                 NORTHERN MARIANA ISLANDS

15 YU SUK CHUNG,                 )  Civil Action No. 04-00001
                                 )
16              Plaintiff,       )  NOTICE OF MOTIONS IN LIMINE
        vs.                      )
17                               )  Date:  October 21, 2005
                                 )  Time:  10:00 a.m.
18 WORLD CORPORATION,            )  Judge: Hon. Alex R. Munson
                                 )
19              Defendant.       )
                                 )
20 _____

21     PLEASE TAKE NOTICE that on the October 21, 2005, at the hour of 10:00 a.m., or as soon

22 thereafter as counsel may be heard, Defendant shall move this Court for several motions in limine

23 excluding certain testimony and documents.

24

25
                                  - 1 -
```

Dated this 17th day of October, 2005.

               **MATTHEW T. GREGORY, ESQ.**
               **LUJAN UNPINGCO AGUIGUI & PEREZ LLP**

By: _____
     MATTHEW T. GREGORY, ESQ.
     *Attorneys for World Corporation*

- 2 -