```
                                                        Clerk
                                                        District Court

                                                        OCT 17 2005

                                                        For The Northern Mariana Islands
                                                        By_____
                                                              (Deputy Clerk)
```

1  **MATTHEW T. GREGORY**
   Attorney at Law
2  Second Floor, V.S. Sablan Building
   Chalan Piao
3  PMB 419, Box 10000
   Saipan MP 96950
4  Telephone: (670) 234 3972
   Facsimile: (670) 234 3973

5

   **LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP**
6  **ATTORNEYS AT LAW**
   Suite 300 Pacific News Building
7  238 Archbishop Flores Street
   Hagåtña, Guam 96910
8  Telephone: (671) 477-8064/5
   Facsimile: (671) 477-5297

9

   *Attorneys for World Corporation*

10

11              IN THE UNITED STATES DISTRICT COURT
                           FOR THE
12                 NORTHERN MARIANA ISLANDS

13  YU SUK CHUNG,                  )   Civil Action No. **04-00001**
                                   )
14          Plaintiff,             )
                                   )
15                                 )
          vs.                      )   **CERTIFICATE OF SERVICE**
16                                 )
                                   )
17  WORLD CORPORATION,             )
                                   )
18          Defendant.             )
    _____)

19

20      I, Maricar M. Guintu certify that on October 14, 2005, a true and correct copy of the

21  Defendant's Offer of Judgment in this action was served via facsimile at 4:38 p.m. and hand

22  deliver at 5:15 p.m. to:

23

24

                                    - 1 -

- 2

1  COLIN M. THOMPSON
   Attorney at Law
2  J.E. Tenorio Building
   Middle Road, Gualo Rai
3  PMB 917, Box 10001
   Saipan, MP 96950

4

5  Dated this 17th day of October, 2005.

6

7

8  _____
   MARICAR M. GUINTU

-2