FILED
Clerk
District Court

OCT 21 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************************

CV-04-0001  October 21, 2005
10:00 a.m.

### YU SUK CHUNG -vs- WORLD CORPORATION, et al

PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
Ellie Ciamaichella, Law Clerk
Sanae Shmull, Court Reporter
K. Lynn Lemieux, Courtroom Deputy
Colin Thompson, Attorney for Plaintiff
Robert Torres, Attorney for Plaintiff
Matthew Gregory, Attorney for Defendant
David Lujan, Attorney for Defendant (via telephone)


PROCEEDINGS:   MOTIONS IN LIMINE

Attorneys Robert Torres and Colin Thompson appeared on behalf of Plaintiff. Attorneys Matthew Gregory appeared on behalf of Defendants. Also, Attorney David Lujan appeared via telephone on behalf of the defendants.

Motions in limine were argued; and Court ruled on each motion.


Adjourned 10:35 a.m.

*[signature]*

K. Lynn Lemieux, Courtroom Deputy