FILED
Clerk
District Court

OCT 26 2005

IN THE UNITED STATES DISTRICT COURT For The Northern Mariana Islands
By_____
(Deputy Clerk)

FOR THE

NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| YU SUK CHUNG, | ) | Civil Action No. 04-00001 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| | ) | PRE-TRIAL ORDER |
| WORLD CORPORATION, | ) | RE: INTERPRETER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court hereby orders that the parties immediately hire the service of a competent and neutral translator. The Court orders the parties to contact the Korea Interpreter Center in order to hire this neutral translator. If a neutral translator cannot be retained from the Korea Interpreter Center, then the parties shall contact the Conference & Institute Translation International in the Asia Pacific.

The parties and their own translators will meet on Thursday, October 27, 2005 and Friday, October 28, 2005 to attempt resolution of any disputed translation of exhibits. To the extent the disputes cannot be resolved, a neutral translator shall make the final decision as to the translation of the exhibits.

SO ORDERED this 26th day of October, 2005.

_____
ALEX R. MUNSON
Chief Judge

RECEIVED
OCT 26 2005
Clerk
District Court
For The Northern Mariana Islands