MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

OCT 31 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

******************************************************************************

CV-04-0001                                            October 31, 2005
                                                      8:35 a.m.

### YU SUK CHUNG -vs- WORLD CORPORATION, et al

PRESENT:    Hon. Alex R. Munson, Chief Judge Presiding
            Ellie Ciamaichella, Law Clerk
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Colin Thompson, Attorney for Plaintiff
            Robert Torres, Attorney for Plaintiff
            Matthew Gregory, Attorney for Defendant
            David Lujan, Attorney for Defendant

PROCEEDINGS:    MOTIONS IN LIMINE

   Attorneys Robert Torres and Colin Thompson appeared on behalf of Plaintiff. Attorneys Matthew Gregory and Attorney David Lujan appeared on behalf of Defendants.

   Motions in limine were argued; Court took the matter under advisement and stated that an opinion would be forthcoming.

   Attorney Gregory advised the Court that there was a sensitive issue that has arisen in that there was an assault during the weekend during the use of a mutual translator where someone was punched and the police were called to the scene. Attorney Gregory stated that on the record they were objecting to the use of Ms. Lee. Court ordered the parties to get it worked out in the next fifteen minutes prior to trial.

                                   Adjourned 8:45 a.m.

                                   K. Lynn Lemieux, Courtroom Deputy