MATTHEW T. GREGORY
**Attorney at Law**
Second Floor, V.S. Sablan Building
Chalan Piao
PMB 419, Box 10000
Saipan MP 96950
Telephone: (670) 234 3972
Facsimile: (670) 234 3973

DAVID J. LUJAN
IGNACIO C. AGUIGUI
LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
**Attorneys At Law**
Suite 300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone: (671) 477-8064/5
Facsimile: (671) 477-5297

*Attorneys for World Corporation*

FILED
Clerk
District Court

OCT 31 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG, ) | Civil Action No. **04-00001** |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | **DEFENDANT'S** |
| ) | **FILING OF EXHIBITS LIST** |
| WORLD CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW, Defendant World Corporation hereby submits its Exhibits list as follows:

| DOCUMENT NO. | DESCRIPTION (ENGLISH TRANSLATIONS) |
|---|---|
| 1 | Waiver of Notice and Unanimous Consent of the Board of the Directors for World Corporation in Lieu of Meeting |

- 1

| | | |
|---|---|---|
| 2 | Email of May 26, 2003 (Mon) Subject: Reply on May 26 by Business Manager/Executive Director Won Bu-Gap to Chung |
| 3 | Email of Chong Yu-Sok to President dated May 27, 2003 |
| 4 | Reply to Inquiries for urgent decision-making |
| 5 | Email of June 6, 2003 |
| 6 | Page 25 of Internal Document |
| 7 | Email of Sung Won Lee dated May 23, 2003 |
| 8 | Page 29 – Internal Request Form in World Corporation (Seoul)<br>Page 30 of Internal Request Form<br>Page 31 – Attached Form: Employee Monthly Payment List |
| 9 | Page 33 – Fax Letter Form from World Construction Co., Ltd. [Seoul] to SWR Vice President, Yu Seok, Jung dated May 18, 2003 |
| 10 | Page 36 – Fax Letter Form from Secretary General, Won Bu Gab [Seoul] to SWR Vice President, Yu Seok, Jung dated July 2, 2003 |
| 11 | Page 40 – Internal Request Form from HR Dept dated May 16, 2003 |
| 12 | Page 42 – Compensation of moving to Saipan for World Corporation employee |
| 13 | Page 43 – Hiring of Contract of Jun, Jae-Hung |
| 14 | Page 46 – Consultation for changing bylaw of a company |
| 15 | Page 50 – Fax Message from Won Bu Gap to Jung, Yu-Suk, Vice President dated June 10, 2003 |
| 16 | Email dated May 26, 2003 from Chong Yu-Sok to Chairman and President |
| 17 | Introduction Letter of Yu Suk Chung dated December 9, 2002 |
| 18 | Resume of Yu Suk Chung |
| 19 | Self Introductory Letter |
| 20 | Requests to the Employment Contract |
| 21 | Declaration of Yu Suk Chung dated July 22, 2003 |


|  |  |  |
|---|---|---|
| 1 | 22 | Order of Appointment |
| 2 | 23 | Saipan Hotel Acquisition – Planning (First) |
| 3 | 24 | Diamond Hotel Investigation Report of Employees' Yearly Salary Appropriation |
| 4 |  |  |
| 5 | 25 | World Resort Report of the New Official Employment (Proposed) |
| 6 | 26 | Minutes |
| 7 | 27 | Letter of Yu Suk Chung to President dated August 13, 2003 |
| 8 | 28 | Email of Yu Suk Chung dated August 22, 2003 to Dae Ho Cho (Chairman and Mr. President) forwarded to Moon Gap Jun |
| 9 | 29 | Operation Report |
| 10 | 30 | Order of Appointment (#2003-108) |
| 11 | 31 | Email of Yu Suk Chung to Dae Ho Cho dated October 10, 2002 |
| 12 | 32 | Email of Joo Won Park to Moon Gap Jun dated May 13, 2004 Re: Related Matters with Yu Suk Chung |
| 13 |  |  |
| 14 | 33 | Various Email dated October 3, 2003-May 3, 2004 |
| 15 | 34 | (Translation to be provided by October 14, 2005) |

**ENGLISH DOCUMENTS**

|  |  |  |
|---|---|---|
| 17 |  |  |
| 18 | 35 | Letter of B.K. Park to Thomas Sablan, Director of Office of Immigration dated September 2, 2003 re: Special Industry Permit No. 205462 |
| 19 | 36 | Landing Document of Yu Suk Chung |
| 20 | 37 | Itinerary of Chung/Seung Hoon and Suh/Jae Young |
| 21 | 38 | Application for Entry Permit of Suh, Jae Young |
| 22 | 39 | Application for Entry Permit of Chung Seung Hoon |
| 23 | 40 | Copy of the Page 3 of the Passport of Chung, Yu Suk |

| | | |
|---|---|---|
| 41 | | Copy of the Page 3 of the Passport of Chung, Seung Hoon |
| 42 | | Copy of the Page 3 of the Passport of Suh, Jae Young |
| 43 | | Copy of the Entry Permit of Jae Young Chung Suh and Seung Hoon Chung |
| 44 | | Copy of the Entry Permit of Yu Suk Chung |
| 45 | | Resume of Byung-Kyu Park |
| 46 | | Letter of C.E. "Bud" White President of White Coconut Computer Services to World Corporation Attention to Yu Suk Chung dated June 13, 2003 |
| 47 | | Letter of Yu Suk Chung to Danilo Aguilar, Attorney at Law dated June 17, 2003 re: Request for Legal Advice |
| 48 | | Email of Won Boo Gap to Mr. Kikawa dated November 30, 2002 Subject: Mr. Chung, Yu Suk's visit |
| 49 | | Brilliant Montessori OR No. 1278, 1328, 1344<br>Saipan International School OR No. 16468, 16524<br>Patonatomie, Inc. OR No. 3597 |
| 50 | | Letter of Yu Suk Chung to Director of Immigration dated  June 24, 2003 Re: Request for Business Permit with supporting documents |
| 51 | | Notarial Certificate for Family Census Register |
| 52 | | Immigration Control Sheet |
| 53 | | Territorial Individual Income Tax Return Form 1040 CM 2003 of Yu Suk Chung |
| 54 | | Excerpts from Labor Regulations |
| 55 | | Public Service Announcement of Director of Commerce and Labor |
| 56 | | Email of Yu Suk Chung to Mike Wang dated October 2, 2003 |
| 57 | | Emergency Visit Record |
| 58 | | Certificate of Incorporation |
| 59 | | Business License of Han Mau Corporation Café De Mar |
| 60 | | Email of Mike Wang to Yu Suk Chung dated October 4, 2003 |

| | | |
|---|---|---|
| 61 | Employment Contract of |
| | a. Hyun Min Won |
| | b. Lee, Bu Hyun |
| | c. Jeong Min Baik |
| 62 | Letter of Colin M. Thompson to Dean O. Tenorio, Labor Director dated July 4, 2004 |
| 63 | Email from Yu Suk Chung to Christina Bautista dated October 3, 2003 |
| | Email from Yu Suk Chung to Mike Wang dated October 4, 2003 |
| | Email from Yu Suk Chung to Christina Bautista dated October 7, 2003 |
| | Email from Yu Suk Chung to _____ dated December 22, 2003 |

Dated this 31st day of October, 2005.

MATTHEW T. GREGORY, ESQ.
LUJAN UNPINGCO AGUIGUI & PEREZ LLP

By: _____
MATTHEW T. GREGORY, ESQ.
*Attorneys for World Corporation*

- 5 -