```
                                           F I L E D
                                              Clerk
                                           District Court

                                           OCT 3 1 2005

                                         For The Northern Mariana Islands
                                         By_____
                                              (Deputy Clerk)
```

## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

********************************************************************************

CV-04-00001                                            October 31, 2005
                                                       9:00 a.m.


### YU SUK CHUNG -vs- WORLD CORPORATION


PRESENT:         Hon. Alex R. Munson, Chief Judge Presiding
                 Sanae Shmull, Court Reporter
                 K. Lynn Lemieux, Court Deputy
                 Colin Thompson, Attorney for Plaintiff
                 Robert Torres, Attorney for Plaintiff
                 David Lujan, Attorney for Defendants
                 Matthew Gregory, Attorney for Defendants

PROCEEDINGS:     JURY TRIAL - Day One

   Plaintiff was represented by Attorneys Colin Thompson and Robert Torres. Defense was represented by Attorneys Matthew Gregory and David Lujan.

   Thirty-Five (35) potential jurors from panel 101050501 were present. Jurors were sworn and Court entertained requests for excuse. No challenges to the array.

   The case was called and the attorneys stated their appearance. 14 jurors names were drawn from the jury wheel and were seated in the jury box. Court proceeded with voir dire.

   At 10:30 a.m. the jurors were recessed for morning break. Court resumed at 10:50 a.m. and voir dire continued.

   Parties exercised their three peremptory challenges. At 11:30 a.m., 6 regular jurors and 2 alternates were seated for the trial and the remaining jurors were excused. The seated jurors were: 1) ROGOLAFOI, Audrey; 2) VILLEGAS, Diane; 3) AGUON, Maria; 4) NEKAIFES, Marilyn; 5) BORJA, Elias; 6) ARRIOLA, Juan; Alt. 1) OLAITIMAN, Mariana; Alt. 2) PRATER, Margarita.

   Court recessed the jurors for lunch at 11:30 a.m. and admonished them not to talk with

anyone, or among themselves, about the case until they have received the case and they are all together in the jury deliberation room. Further, Court ordered them to return at 1:00 p.m. to continue with the trial.

At 1:05 p.m., outside the presence of the jury, Plaintiff moved to have the Quantum Meruit Cause of Action dismissed. Defense made no objection. Court so ordered.

Jurors were brought into the courtroom at 1:07 p.m. and the Court gave an introduction to the trial.

At 1:20 p.m. Attorney Torres presented opening argument and finished at 1:45 p.m. At 1:46 p.m. Attorney Matthew Gregory began his opening argument and concluded at 1:50 p.m.

Plaintiff called witness:

**GIL SAN NICOLAS** (CNMI Department of Labor). DX. CX. RDX.

Court recessed for afternoon break at 2:35 p.m. and reconvened at 3:05 p.m.

Plaintiff called witness:

**LEE, KYONG-WON** (Special Project Manager). DX. (Ex. 100 - Resume of Kyong Won Lee) Plaintiff moved for the admission of **Ex. 100**; there being no objection; court so ordered. Plaintiff moved for the admission of **Ex. 101**; there being no objection; court so ordered. Plaintiff moved for the admission of **Ex. 102**; there being no objection; court so ordered. Attorney Lujan conducted CX.

Court recessed the jurors for the evening at 4:30 p.m. and ordered that they return tomorrow morning at 9:00 a.m.

Court instructed counsel to get together and discuss jury instructions.

Adjourned at 4:30 p.m.

K. Lynn Lemieux, Courtroom Deputy

# CIVIL JURY PEREMPTORY CHALLENGE SHEET

| DATE | Monday, October 31, 2005 | DOCKET NO. | CV-04-0001 |
|---|---|---|---|
| CAPTION | Yu Suk Chung           -vs- | New World Corporation | |
| ATTORNEYS | Colin Thompson, Esq. | Matthew Gregory, Esq. | |

| | 8 | | 9 | 10 | 11 | | 12 | | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|
| PP | ~~Manglona, Maria~~ | PP | ~~Barcinas, Juan~~ | Nekaifes, Marilyn | Borja, Elias | CC | Osborn, John | DP | ~~Cabrera, John~~ | Prater, Margarita |

| | 1 | | 2 | 3 | 4 | | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|---|
| CC | ~~Babauta, Thomas~~ | DP | ~~Aldan, Patricia~~ | Villegas, Diane | Aguon, Maria | PP | ~~Guiao, Violeta~~ | DP | ~~Magofna, Antonio~~ | Olaitiman, Mariana |
| | Rogolafoi, Audrey | | | | | | | | | |

CODES:   **CC** = *Challenge for Cause*   **DP** = *Defendant's Peremptory Challenge*   **PP** = *Plaintiff Peremptory Challenge*

Form NMI-CVJY01 (Rev. 06/01)

## CHALLENGES TAKEN

| PLAINTIFF | | DEFENSE | |
|---|---|---|---|
| CHALLENGE | ACTION | CHALLENGE | ACTION |
| Guiao, Violeta | PP | Aldan, Patricia | DP |
| Manglona, Maria | PP | Magofna, Antonio | DP |
| Barcinas, Juan | PP | Cabrera, John | DP |