FILED
Clerk
District Court

NOV 01 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CV-04-00001                                     November 1, 2005
                                                9:05 a.m.


## YU SUK CHUNG -vs- WORLD CORPORATION


PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Court Deputy
                Colin Thompson, Attorney for Plaintiff
                Robert Torres, Attorney for Plaintiff
                David Lujan, Attorney for Defendants
                Matthew Gregory, Attorney for Defendants
                Ignacio C. Aguigui, Attorney for Defendants

PROCEEDINGS:    JURY TRIAL - Day Two

Plaintiff was represented by Attorneys Colin Thompson and Robert Torres. Defense was represented by Attorneys Matthew Gregory and David Lujan. Six regular jurors and two alternates were present.

Witness returned to the stand:

**LEE, KYONG-WON** (Special Project Manager). Attorney Lujan continued with CX. RDX. RCX.

Court recessed at 10:00 a.m. and reconvened at 10: 30 a.m.

Plaintiff called witness:

**MARIA CRISTINA PANGELINAN** (Executive Secretary; World Corporation). DX. Plaintiff moved to admit **Ex. 51** into evidence; there being no objection; Court so ordered. Plaintiff moved to admit **Ex. 52** into evidence; there being no objection; Court so ordered. Plaintiff moved to admit **Ex. 53** into evidence; there being no objection; Court so ordered.

Court recessed the jury for the lunch break at 11:20 a.m. and ordered them to return at 1:00 p.m.

At 1:05 p.m. Court reconvened and Attorney Lujan began CX of witness Pangelinan. Defense moved for Pltf's **Ex. 54** to be admitted into evidence; there being no objection, Court so ordered.     Attorney Torres conducted RDX. Attorney Lujan conducted RCX. Witness Pangelinan was excused.

Plaintiff called witness:

**B. K. PARK** (General Manager for World Corporation). DX. Plaintiff moved to admit **Ex. 75** into evidence; over objection; Court so ordered.  Plaintiff moved to admit **Ex. 74** into evidence; over objection; Court so ordered.

Court recessed the jurors at 4:35 p.m. and ordered that they return at 9:00 a.m. to continue with the trial.

Out of the presence of the jury, Court discussed the next witnesses with all counsel.

Adjourned at 4:40 p.m.

K. Lynn Lemieux, Courtroom Deputy