ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| YU SUK CHUNG, | ) | CIVIL ACTION NO. 04-0001 |
| | ) | |
| Plaintiff, | ) | November 1, 2005 |
| | ) | |
| vs. | ) | Garapan, Saipan |
| | ) | |
| WORLD CORPORATION, | ) | |
| | ) | REPORTER'S PARTIAL TRANSCRIPT |
| Defendant. | ) | OF MR. B.K. PARK'S DIRECT |
| | ) | TESTIMONY BY MR. THOMPSON |

BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE, UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS and Jury

F I L E D
Clerk
District Court

NOV 02 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**APPEARANCES:**

For Plaintiff:     Colin M. Thompson, Esq.
                   PMB 917, Box 10001
                   Saipan, MP 96950
                   Telephone:(670) 233-0777
                   Facsimile:(670) 233-0776

        and

                   Robert T. Torres, Esq.
                   P. O. Box 503758
                   Saipan, MP 96950
                   Telephone: (670) 233-7859
                   Facsimile: (670) 233-5749

For Defendant:     Matthew T. Gregory, Esq.
                   PMB 419, Box 10000
                   Saipan, MP  96950
                   Telephone: (670) 234-3972
                   Facsimile: (670)234-3973

        and

2

1
2
3
4
5
6    Also Present:
7
8
...
25

David J. Lujan & Ignacio Aguigui
Attorneys at Law
Marina Hotel Bldg., Suite 227
470 Hernan Cortes Avenue
Hagatna, Guam 96910
Telephone: (671) 477-8064/5/6
Facsimile: (671) 477-5297

Mr. Yu Suk Chung, Plaintiff &
Mr. B.K. Park, Defendant's Representative

*SANAE N. SHMULL*
Official Court Reporter
P. O. BOX 5128 CHRB
SAIPAN, MP 96950

3

**GARAPAN, SAIPAN, TUESDAY, NOVEMBER 1, 2005 - 2:55 P.M.**

(As requested by Mr. Lujan, this partial transcript of Mr. B.K. PARK's testimony on direct by Mr. Thompson is as follows:)

Q   BY MR. THOMPSON: But when I asked you in your deposition, you said you didn't make any report.

A   I remember I did make report verbally.

Q   You remember being under oath when you gave your deposition; is that right?

A   Under "O" means?

Q   Under oath, you were sworn to tell the truth.

A   Yes.

Q   Just like you are here today.

A   Yes.

Q   And you remember me asking you at, or explaining at the beginning: "Mr. Park, a deposition is testimony under oath, under penalty of perjury of the United of America." Do you remember that?

A   Yes.

Q   And I told you: "Even though we're in your lawyer's office, it's just like you're in a courtroom."

MR. LUJAN: Your Honor, --

Q   BY MR. THOMPSON: You member that?

MR. LUJAN: -- I object.  Can we get a reference where in

the deposition, where that is in the deposition?

    MR. THOMPSON: I'm just asking a question, Your Honor.

    THE COURT: Well, no --

    MR. LUJAN: Your Honor, he's saying about the deposition.

    THE COURT: -- you're quoting from the deposition. Why don't you just pull the trigger and ask him why he didn't talk about an oral report as opposed to a written report and we'll save a lot of time?

Q    So did you make reports to the headquarters?

A    To chairman (phonetically).

Q    Okay. Those are the reports you didn't tell us about in the deposition.

    MR. GREGORY: Objection. Mischaracterizes the testimony.

    THE WITNESS: I do remember I --

    THE COURT: Overruled.

    THE WITNESS: -- told you.

    THE REPORTER: "I do" what?

    THE WITNESS: I do remember I told you during the deposition.

Q    BY MR. THOMPSON: Okay.

    THE REPORTER: ............

```
 1    COMMONWEALTH OF THE          )
 2
 3    NORTHERN MARIANA ISLANDS     )   ss.
 4    SAIPAN, MP                   )
 5    _____)
 6
 7
 8         I, SANAE N. SHMULL, an Official Court Reporter for the
 9    United States District Court for the Northern Mariana Islands, do
10    hereby certify:
11         That the foregoing partial trial transcript in Civil Action
12    No. 04-0001, Yu Suk Chung v. World Corporation, consisting of 4 pages
13    was taken down by me stenographically with a back-up tape recording
14    device at the time and place indicated herein.
15         That the foregoing transcript is a true and correct record
16    of the proceedings transcribed by me to the best of my ability.
17         That the transcript was ordered by Attorney David J. Lujan.
18         I further certify that I am not interested in the events of
19    the action.
20         IN WITNESS WHEREOF, I have subscribed my name and signature
21    this 1st day of November 2005.
22
23
24                              _____
25                                    SANAE N. SHMULL
                                     Official Court Reporter
```