F I L E D
Clerk
District Court

NOV 02 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************************

CV-04-00001                                        November 2, 2005
                                                   9:10 a.m.


YU SUK CHUNG -vs- WORLD CORPORATION


PRESENT:      Hon. Alex R. Munson, Chief Judge Presiding
              Ellia Ciammaichella, Law Clerk
              Sanae Shmull, Court Reporter
              K. Lynn Lemieux, Court Deputy
              Colin Thompson, Attorney for Plaintiff
              Robert Torres, Attorney for Plaintiff
              David Lujan, Attorney for Defendants
              Matthew Gregory, Attorney for Defendants
              Ignacio C. Aguigui, Attorney for Defendants

PROCEEDINGS:  JURY TRIAL - Day Three

    Plaintiff was represented by Attorneys Colin Thompson and Robert Torres. Defense was represented by Attorneys Matthew Gregory and David Lujan. Six regular jurors and two alternates were present.

    Witness returned to the stand:

    **B. K. PARK** (General Manager for World Corporation). Continued DX. Plaintiff moved to admit **Ex. 73** into evidence; there being no objection, Court so ordered. Plaintiff moved to admit **Ex. 30** into evidence; there being no objection, Court so ordered. Plaintiff moved to admit **Ex. 29** into evidence; there being no objection, Court so ordered.

    Court recessed at 10:10 a.m. and reconvened at 10:30 a.m.

    Attorney Lujan began CX of witness B.K. Park.

    Court recessed at 11:25 a.m. and ordered the jurors to return at 1:00 p.m. to

continue trial.

    Court reconvened at 1:10 p.m. and trial continued.

    Attorney Lujan continued with the CX of witness B.K. Park.

    Court recessed for afternoon break at 2:30 p.m. and reconvened at 2:55 p.m.

    Counsel stipulated to the admission of 73E; 74E; and 75E and moved them into evidence. (English translation of the same numbered exhibits). Court so ordered.

    Attorney Lujan continued with the CX of witness B.K. Park.

    Court recessed the jurors for the evening at 4:30 p.m. and admonished them not to talk amongst themselves or with anyone about the case. Court further ordered them to return at 9:00 a.m. tomorrow morning.

    Adjourned at 4:30 p.m.

K. Lynn Lemieux, Courtroom Deputy