```
                                          FILED
                                           Clerk
                                       District Court

                                        NOV 03 2005

                               For The Northern Mariana Islands
                               By_____
                                         (Deputy Clerk)
```

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************

CV-04-00001                                      November 3, 2005
                                                 9:15 a.m.


### YU SUK CHUNG -vs- WORLD CORPORATION


PRESENT:       Hon. Alex R. Munson, Chief Judge Presiding
               Sanae Shmull, Court Reporter
               K. Lynn Lemieux, Court Deputy
               Colin Thompson, Attorney for Plaintiff
               Robert Torres, Attorney for Plaintiff
               David Lujan, Attorney for Defendants
               Matthew Gregory, Attorney for Defendants
               Ignacio C. Aguigui, Attorney for Defendants

PROCEEDINGS:   JURY TRIAL - Day Four

   Plaintiff was represented by Attorneys Colin Thompson and Robert Torres. Defense was represented by Attorneys Matthew Gregory and David Lujan. Six regular jurors and two alternates were present.

   Counsel had stipulated to take a witness out of order so that the particular witness could return to Korea.

   Plaintiff called witness:

   **CHO, KYU-SANG** (Chairman).

   Janet Lee was sworn as interpreter-translator.

   Attorney Colin Thompson began DX.

   Court recessed for break at 10:15 a.m. and reconvened at 10:35 a.m.

Attorney Thompson continued with the DX of witness Cho.

Court recessed the jury at 11:28 a.m. and ordered them to return at 1:30 p.m. to continue with the trial.

Discussions were had about the order of witnesses.

Court recessed at 11:30 a.m. and reconvened at 1:35 p..m.

Attorney Thompson continued with the DX of witness Cho.

Court recessed at 2:45 p.m. and reconvened at 3:15 p.m.

Attorney Lujan, out of the presence of the jury, brought up concerns about translation and brought these to the attention of the Court. Court so noted.

Jurors were brought into the Courtroom at 3:20 p.m. and Attorney Thompson continued with the DX of witness Cho. (Exhibit 16 - World Corporation Personnel Appointment Recommendations Draft). (Exhibit 17 - Salary/Annual Fixing & Other Conditions). Plaintiff moved to admit Defendant's Ex. 23 into evidence; there being no objection, Court so ordered.

Court recessed the jurors for the evening at 4:30 p.m. and admonished them not to talk amongst themselves or with anyone about the case. Court further ordered them to return at 9:00 a.m. tomorrow morning.

Adjourned at 4:30 p.m.

K. Lynn Lemieux, Courtroom Deputy