F I L E D
Clerk
District Court

NOV – 4 2005

For The Northern Mariana Islands

By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CV-04-00001                                November 4, 2005
                                           9:10 a.m.


## YU SUK CHUNG -vs- WORLD CORPORATION


PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Ellia Ciammaichella, Law Clerk
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Court Deputy
                Colin Thompson, Attorney for Plaintiff
                Robert Torres, Attorney for Plaintiff
                David Lujan, Attorney for Defendants
                Matthew Gregory, Attorney for Defendants
                Ignacio C. Aguigui, Attorney for Defendants

PROCEEDINGS:    JURY TRIAL - Day Five

Plaintiff was represented by Attorneys Colin Thompson and Robert Torres. Defense was represented by Attorneys Matthew Gregory and David Lujan. Six regular jurors and two alternates were present.

Attorney Thompson continued with DX of witness Cho.

Defendants Exhibit #23 (including Plaintiff's Ex. 16 & 17 - translated version) was published to the jurors.

Court recessed for morning break at 10:20 a.m. and reconvened at 10:45 a.m.

Attorney Thompson continued with DX of witness Cho.

Plaintiff moved to admit Plaintiff's **Ex. 22 and 22E**, over objection, Court so ordered.

Court recessed the jurors for lunch break at 11:30 a.m. and they exited the Courtroom.

Court recessed at 11:31 a.m. and reconvened at 1:15 p.m.

Out of the presence of the jury, Defense moved that the jurors be informed that there was some discrepancy in the interpretation of certain words during the last portion of the examination.  Court DENIED the motion.

Jurors were brought into the Courtroom at 1:28 p.m.

Attorney Lujan began CX of witness Cho at 1:30 p.m.

Court recessed at 2:30 p.m. and reconvened at 3:00 p.m.

Attorney Lujan continued with CX of witness Cho.  Defense moved **Defendant's Ex. 22** into evidence; there being no objection, Court so ordered.

Attorney Lujan moved to admit Defendant's **Ex. 22E** into evidence; there being no objection, Court so ordered. Attorney Lujan moved to admit Defendant's **Ex. 30E** into evidence; there being no objection, Court so ordered.Attorney Lujan moved to admit Defendant's **Ex. 30** into evidence; there being no objection, Court so ordered.Attorney Lujan moved to admit Defendant's **Ex. 22** into evidence; there being no objection, Court so ordered.

Court recessed the jurors for the evening at 4:05 p.m. and admonished them not to talk amongst themselves or with anyone about the case.  Court further ordered them to return at 9:00 a.m. Monday morning.

Adjourned at 4:05 p.m.

K. Lynn Lemieux, Courtroom Deputy