F I L E D
Clerk
District Court

NOV - 7 2005

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
(Deputy Clerk)

****************************************************************************************

CV-04-00001                                                     November 7, 2005
                                                                9:10 a.m.


### YU SUK CHUNG -vs- WORLD CORPORATION


PRESENT:         Hon. Alex R. Munson, Chief Judge Presiding
                 Ellia Ciammaichella, Law Clerk
                 Sanae Shmull, Court Reporter
                 K. Lynn Lemieux, Court Deputy
                 Colin Thompson, Attorney for Plaintiff
                 Robert Torres, Attorney for Plaintiff
                 David Lujan, Attorney for Defendants
                 Matthew Gregory, Attorney for Defendants
                 Ignacio C. Aguigui, Attorney for Defendants

PROCEEDINGS:     JURY TRIAL - Day Six

    Plaintiff was represented by Attorneys Colin Thompson and Robert Torres. Defense was represented by Attorneys Matthew Gregory and David Lujan. Six regular jurors and two alternates were present.

    Attorney Lujan moved to re-open his CX of witness Cho; there being no objection, Court granted the motion.

    Attorney Lujan continued with his CX of witness Cho and concluded at 9:50 a.m.

    Attorney Thompson conducted RDX of witness Cho.

    Court recessed for morning break at 10:25 a.m. and reconvened at 10:50 a.m.

    Attorney Lujan conducted RCX of witness Cho. Witness was excused at 11:00 a.m.

    Court announced that at this time witness Park would return to the stand and continue with the CX by Attorney Lujan.

    Attorney Lujan proceeded with the RCX of witness B.K. Park.

Court recessed the jurors for lunch at 11:30 a.m. and ordered them to return at 1:15 p.m.

Discussion was held with counsel regarding the order of the next witnesses.

Court recessed at 11:35 a.m. and reconvened at 1:20 p.m.

Attorney Lujan continued with the RCX of B. K. Park and concluded at 2:20 p.m. Attorney Thompson conducted RDX of B.K. Park and concluded at 2:45 p.m. Attorney Lujan conducted RCX. Witness was excused at 2:46 p.m.

Court recessed at 2:46 p.m. for afternoon break and reconvened at 3:10 p.m.

Plaintiff called witness:

**YU SUK CHUNG** (Plaintiff). DX.

Court recessed the jurors for the evening at 4:30 p.m. and admonished them not to talk amongst themselves or with anyone about the case. Court further ordered them to return at 9:00 a.m. tomorrow morning.

Court discussed with counsel the next witnesses to be called.

Adjourned at 4:30 p.m.

K. Lynn Lemieux, Courtroom Deputy