**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| YU SUK CHUNG, | ) | CIVIL ACTION NO. 04-0001 |
| | ) | |
| Plaintiff, | ) | November 8, 2005 |
| | ) | |
| vs. | ) | Garapan, Saipan |
| | ) | |
| WORLD CORPORATION, | ) | |
| | ) | REPORTER'S TRANSCRIPT OF |
| Defendant. | ) | PARTIAL TESTIMONY OF |
| | ) | MR. YU SUK CHUNG |

**BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE, UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS and Jury**

**APPEARANCES:**

For Plaintiff:   Colin M. Thompson, Esq.
                 PMB 917, Box 10001
                 Saipan, MP 96950
                 Telephone: (670) 233-0777
                 Facsimile: (670) 233-0776

                 and

                 Robert T. Torres, Esq.
                 P. O. Box 503758
                 Saipan, MP 96950
                 Telephone: (670) 233-7859
                 Facsimile: (670) 233-5749

For Defendant:   Matthew T. Gregory, Esq.
                 PMB 419, Box 10000
                 Saipan, MP 96950
                 Telephone: (670) 234-3972
                 Facsimile: (670) 234-3973

                 and

FILED
Clerk
District Court

NOV - 8 2005

For The Northern Mariana Islands
By_____
        (Deputy Clerk)