F I L E D
Clerk
District Court

NOV - 8 2005

For The Northern Mariana Islands

By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************

CV-04-00001                                                      November 8, 2005
                                                                                9:10 a.m.

## YU SUK CHUNG -vs- WORLD CORPORATION

PRESENT:          Hon. Alex R. Munson, Chief Judge Presiding
                      Ellia Ciammaichella, Law Clerk
                      Sanae Shmull, Court Reporter
                      K. Lynn Lemieux, Court Deputy
                      Colin Thompson, Attorney for Plaintiff
                      Robert Torres, Attorney for Plaintiff
                      David Lujan, Attorney for Defendants
                      Matthew Gregory, Attorney for Defendants
                      Ignacio C. Aguigui, Attorney for Defendants

PROCEEDINGS:    JURY TRIAL - Day Seven

      Plaintiff was represented by Attorneys Colin Thompson and Robert Torres. Defense was represented by Attorneys Matthew Gregory and David Lujan. Six regular jurors and two alternates were present.

      Court informed the jurors that, due to scheduling conflicts, witnesses would be called out of order this morning.

      Defense called:

      **MARIKO LIZAMA**. DX. No CX of witness by Plaintiff. At 10:00 a.m. witness Mariko Lizama was excused.

      Defense called:

      **JUAN T. LIZAMA.** (Associate Judge of Superior Court). DX. CX by Attorney Torres.

      Court recessed for morning break at 10:45 a.m. and reconvened at 11:10 a.m.

      Attorney Torres continued with the CX of witness Juan T. Lizama. Attorney Gregory conducted RDX of witness Lizama at 11:25 a.m. Attorney Torres conducted

RCX.   Witness Juan T. Lizama was excused at 11:35 a.m.

Court recessed for lunch at 11:35 a.m. and reconvened at 1:30 p.m.

Witness **Yu Suk Chung** was returned to the witness stand and Attorney Torres continued with the DX.  Plaintiff moved that Exhibit 40 and 40E be admitted into evidence; there being no objection, Court so ordered. Plaintiff moved that Exhibit 19 be admitted into evidence; there being no objection, Court so ordered.

Court recessed for afternoon break at 2:45 p.m. and reconvened at 3:05 p.m.

Attorney Torres continued with DX of witness Yu Suk Chung. Plaintiff moved that Exhibit 25 be admitted into evidence; over objection, Court so ordered.  Plaintiff moved that Exhibit 94 be admitted into evidence; there being no objection, Court so ordered.

Court recessed the jurors for the evening at 4:30 p.m. and ordered them to return tomorrow at 9:00 a.m.

                Adjourned at 4:30 p.m.

                K. Lynn Lemieux, Courtroom Deputy