FILED
Clerk
District Court

NOV -9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************************

CV-04-00001                                           November 9, 2005
                                                      9:10 a.m.

## YU SUK CHUNG -vs- WORLD CORPORATION

PRESENT:     Hon. Alex R. Munson, Chief Judge Presiding
             Ellia Ciammaichella, Law Clerk
             Sanae Shmull, Court Reporter
             K. Lynn Lemieux, Court Deputy
             Colin Thompson, Attorney for Plaintiff
             Robert Torres, Attorney for Plaintiff
             David Lujan, Attorney for Defendants
             Matthew Gregory, Attorney for Defendants
             Ignacio C. Aguigui, Attorney for Defendants

PROCEEDINGS:  JURY TRIAL - Day Eight

Plaintiff was represented by Attorneys Colin Thompson and Robert Torres. Defense was represented by Attorneys Matthew Gregory and David Lujan. Six regular jurors and two alternates were present.

Witness **Yu Suk Chung** returned to the witness stand and Attorney Torres continued with the DX. Plaintiff moved to admit **Exhibit 68** (Yu Suk Chung's basic wants for employment contract); there being no objection, Court so ordered. Plaintiff moved to admit **Exhibit 34** (Yu Suk Chung's Demands on employment contract); there being no objection, Court so ordered.

Court recessed for morning break at 10:15 a.m. and reconvened at 10:35 a.m.

Attorney Torres continued with the DX of witness Yu Suk Chung.

Court recessed the jurors for lunch at 11:30 a.m. and ordered that they return at 1:15 p.m.

Court recessed at 11:30 a.m. and reconvened at 1:25 p.m.

Attorney Torres continued with the DX of witness Yu Suk Chung. Plaintiff moved to admit **Exhibit 7** into evidence; over objection, Court so ordered.

Court recessed for afternoon break at 3:00 p.m. and reconvened at 3:20 p.m.

Attorney Torres continued with the DX of witness Yu Suk Chung. Plaintiff moved to admit **Exhibit 60** into evidence; there being no objection, Court so ordered. Plaintiff moved to admit **Exhibit 28** into evidence; without objection, Court so ordered. Plaintiff moved to admit **Exhibit 97** into evidence; without objection, Court so ordered. Plaintiff moved to admit **Exhibit 77** into evidence; without objection, Court so ordered. Plaintiff moved to admit **Exhibit 90** into evidence; without objection, Court so ordered.

Court excused the jurors at 4:25 p.m. and ordered them to return at 9:00 a.m. tomorrow morning.

Out of the presence of the jurors, there was discussion about what witnesses were to be called.

Adjourned at 4:30 p.m.

K. Lynn Lemieux, Courtroom Deputy