FILED
Clerk
District Court

NOV 1 0 2005

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

***********************************************************************************

CV-04-00001                                                November 10, 2005
                                                           9:05 a.m.


YU SUK CHUNG -vs- WORLD CORPORATION


PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Ellia Ciammaichella, Law Clerk
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Court Deputy
                Colin Thompson, Attorney for Plaintiff
                Robert Torres, Attorney for Plaintiff
                David Lujan, Attorney for Defendants
                Matthew Gregory, Attorney for Defendants
                Ignacio C. Aguigui, Attorney for Defendants

PROCEEDINGS:    JURY TRIAL - Day Nine

    Plaintiff was represented by Attorneys Colin Thompson and Robert Torres. Defense was represented by Attorneys Matthew Gregory and David Lujan. Six regular jurors and two alternates were present.

    Outside the presence of the jury, Attorney Lujan made a motion to instruct the jurors that the contents of the statements made by the witnesses should be considered but that they are not authority. Attorney Thompson argued. Court denied the motion at this time without prejudice.

    Jurors were brought into the Courtroom at 9:15 a.m.

    Witness **Yu Suk Chung** returned to the witness stand and Attorney Torres continued with the DX.

    Court recessed at 10:15 a.m. and reconvened at 10:35 a.m.

    Attorney Torres continued with the DX of witness Yu Suk Chung.

    Court recessed at 11:25 a.m. and ordered that everyone return at 1:30 p.m. to resume trial.

Court reconvened at 1:45 p.m. and Attorney Torres continued with the DX of witness Yu Suk Chung. Attorney Torres moved to admit **Ex. 13** (by stipulation) into evidence; there being no objection, Court so ordered. Attorney Torres moved to admit **Ex. 67 and 67E** into evidence; there being no objection, Court so ordered. Attorney Torres moved to admit **Ex. 115** into evidence; there being no objection, Court so ordered. Attorney Torres moved to admit **Ex. 72** into evidence; there being no objection, Court so ordered. Attorney Torres moved to admit **Ex. 59** into evidence; after voir dire by Attorney Lujan and his objection, Court so ordered.

Jurors were recessed at 2:45 p.m. for afternoon break and left the courtroom.

Out of the presence of the jury, there was discussion among counsel regarding exhibits to be offered for admission.

Court recessed at 2:50 p.m. and reconvened at 3:15 p.m.

Attorney Torres continued with the DX of witness Yu Suk Chung. Attorney Torres moved to admit **Ex. 39** into evidence; there being no objection, Court so ordered. Attorney Torres moved to admit **Ex.113** into evidence; there being no objection, Court so ordered. Attorney Torres moved to admit **Ex.114** into evidence; there being no objection, Court so ordered. Attorney Torres moved to admit **Ex. 109** into evidence; there being no objection, Court so ordered. Attorney Torres moved to admit **Ex. 110** into evidence; there being no objection, Court so ordered.

Court recessed the jurors for the evening at 3:50 p.m. and ordered that they return on Monday, after the three-day weekend, at 9:00 a.m.

Out of the presence of the jurors there were discussions regarding jury discussions.

Adjourned at 3:55 p.m.

*K. Lynn Lemieux, Courtroom Deputy*