Case 1:04-cv-00001　　Document 162　　Filed 11/14/2005　　Page 1 of 2

F I L E D
Clerk
District Court

NOV 1 4 2005

For The Northern Mariana Islands
_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CV-04-00001　　　　　　　　　　　　　　　　　　　　　　November 14, 2005
　　　　　　　　　　　　　　　　　　　　　　　　　　　　9:05 a.m.

## YU SUK CHUNG -vs- WORLD CORPORATION

PRESENT:　　　　Hon. Alex R. Munson, Chief Judge Presiding
　　　　　　　　Ellia Ciammaichella, Law Clerk
　　　　　　　　Faye Crozat, Court Reporter
　　　　　　　　K. Lynn Lemieux, Court Deputy
　　　　　　　　Colin Thompson, Attorney for Plaintiff
　　　　　　　　Robert Torres, Attorney for Plaintiff
　　　　　　　　David Lujan, Attorney for Defendants
　　　　　　　　Matthew Gregory, Attorney for Defendants
　　　　　　　　Ignacio C. Aguigui, Attorney for Defendants

PROCEEDINGS:　　JURY TRIAL - Day Ten

　　　　Plaintiff was represented by Attorneys Colin Thompson and Robert Torres. Defense was represented by Attorneys Matthew Gregory and David Lujan. Six regular jurors and two alternates were present.

　　　　Witness **Yu Suk Chung** returned to the witness stand and Attorney Lujan began CX. Defense moved to admit **Defendant's Exhibit 19** into evidence; there being no objection, Court so ordered.

　　　　Court recessed for morning break at 10:30 a.m. and reconvened at 10:55 a.m.

　　　　Attorney Lujan continued with the CX of witness **Yu Suk Chung**.

　　　　Court recessed for lunch at 11:35 a.m. and reconvened at 1:25 p.m.

　　　　Attorney Lujan continued with the CX of witness **Yu Suk Chung**. Defense moved to admit **Defense Ex. 36** into evidence; no objection, Court so ordered.

　　　　Court recessed for afternoon break at 2:35 p.m. and reconvened at 2:55 p.m.

　　　　Attorney Lujan continued with the CX of witness **Yu Suk Chung**. Defense moved to admit **Defense Ex. 19E** into evidence; no objection, Court so ordered.

Court excused the jurors for the evening at 4:15 p.m. and admonished them not to talk with anyone, or amongst themselves, regarding the case and to return tomorrow morning at 9:00 a.m. to continue the trial.

Adjourned at 4:15 p.m.

K. Lynn Lemieux, Courtroom Deputy