F I L E D
Clerk
District Court

NOV 1 5 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CV-04-00001                                                   November 15, 2005
                                                              9:05 a.m.


**YU SUK CHUNG -vs- WORLD CORPORATION**

PRESENT:   Hon. Alex R. Munson, Chief Judge Presiding
           Ellia Ciammaichella, Law Clerk
           Faye Crozat, Court Reporter
           K. Lynn Lemieux, Court Deputy
           Colin Thompson, Attorney for Plaintiff
           Robert Torres, Attorney for Plaintiff
           David Lujan, Attorney for Defendants
           Matthew Gregory, Attorney for Defendants
           Ignacio C. Aguigui, Attorney for Defendants

PROCEEDINGS:   JURY TRIAL - Day Eleven

Plaintiff was represented by Attorneys Colin Thompson and Robert Torres. Defense was represented by Attorneys Matthew Gregory and David Lujan. Six regular jurors and two alternates were present.

Witness **Yu Suk Chung** returned to the witness stand and Attorney Lujan continued CX.

Court recessed at 10:20 a.m. for morning break and reconvened at 10:45 a.m.

Attorney Lujan continued with the CX of witness Chung. Attorney Lujan moved to admit **Defendant's Ex. 64** into evidence, there being no objection, Court so ordered. Attorney Lujan moved to admit **Defendant's Ex. 66** into evidence, there being no objection, Court so ordered.

Court recessed for lunch at 11:30 a.m. and reconvened at 1:40 p.m.

Attorney Lujan continued with the CX of witness Chung.

Court recessed at 3:00 p.m. and reconvened at 3:25 p.m.

Attorney Lujan continued with the CX of witness Chung. Attorney Lujan moved to

admit **Plaintiff's** Ex. 94E into evidence, there being no objection, Court so ordered. Attorney Lujan moved to admit **Defendant's Ex. 67** into evidence, there being no objection, Court so ordered.

Court excused the jurors for the evening at 4:30 p.m. and admonished them not to talk with anyone, or amongst themselves, regarding the case and to return tomorrow morning at 9:00 a.m. to continue the trial.

Adjourned at 4:30 p.m.

K. Lynn Lemieux, Courtroom Deputy