FILED
Clerk
District Court

NOV 1 6 2005

for The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************

CV-04-00001                                          November 16, 2005
                                                     9:00 a.m.


## YU SUK CHUNG -vs- WORLD CORPORATION


PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Ellia Ciammaichella, Law Clerk
                Faye Crozat, Court Reporter
                K. Lynn Lemieux, Court Deputy
                Colin Thompson, Attorney for Plaintiff
                Robert Torres, Attorney for Plaintiff
                David Lujan, Attorney for Defendants
                Matthew Gregory, Attorney for Defendants
                Ignacio C. Aguigui, Attorney for Defendants

PROCEEDINGS:    JURY TRIAL - Day Twelve

    Plaintiff was represented by Attorneys Colin Thompson and Robert Torres. Defense was represented by Attorneys Matthew Gregory and David Lujan. Six regular jurors and two alternates were present.

    Out of the presence of the jurors, Court addressed counsel on jury instructions and jury verdict forms.

    Jurors were brought into the Courtroom at 9:05 a.m.

    Witness **Yu Suk Chung** returned to the witness stand and Attorney Lujan continued CX.

    Court recessed for morning break at 10:20 a.m. and reconvened at 10:45 a.m.

    Witness **Yu Suk Chung** returned to the witness stand and Attorney Lujan continued CX.

    Court recessed for lunch at 11:35 a.m. and reconvened at 1:35 p.m.

    Witness **Yu Suk Chung** returned to the witness stand and Attorney Lujan continued CX.

Court recessed for afternoon break at 2:55 p.m. and reconvened at 3:25 p.m.

Witness **Yu Suk Chung** returned to the witness stand and Attorney Lujan continued CX.

Court excused the jurors for the evening at 4:35 p.m. and admonished them not to talk with anyone, or amongst themselves, regarding the case and to return tomorrow morning at 9:00 a.m. to continue the trial.

Adjourned at 4:35 p.m.

K. Lynn Lemieux, Courtroom Deputy