F I L E D
Clerk
District Court

NOV 1 7 2005

for The Northern Mariana Islands
By_____
(Deputy Clerk)

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************************

CV-04-00001                                November 17, 2005
                                           9:15 a.m.

## YU SUK CHUNG -vs- WORLD CORPORATION

PRESENT:     Hon. Alex R. Munson, Chief Judge Presiding
             Ellia Ciammaichella, Law Clerk
             Faye Crozat, Court Reporter
             K. Lynn Lemieux, Court Deputy
             Colin Thompson, Attorney for Plaintiff
             Robert Torres, Attorney for Plaintiff
             David Lujan, Attorney for Defendants
             Matthew Gregory, Attorney for Defendants
             Ignacio C. Aguigui, Attorney for Defendants

PROCEEDINGS:   JURY TRIAL - Day Thirteen

Plaintiff was represented by Attorneys Colin Thompson and Robert Torres. Defense was represented by Attorneys Matthew Gregory and David Lujan. Six regular jurors and two alternates were present.

Witness **Yu Suk Chung** returned to the witness stand and Attorney Lujan continued CX. Attorney Lujan moved to admit **Plaintiff's Ex. 4** and **4E** into evidence; no objection, Court so ordered.

Court recessed for morning break at 10:20 a.m. and reconvened at 10:45 a.m.

Witness **Yu Suk Chung** returned to the witness stand and Attorney Lujan continued CX.

Court recessed for lunch at 11:30 a.m. and reconvened at 1:35 p.m

Witness **Yu Suk Chung** returned to the witness stand and Attorney Lujan continued CX. Attorney Lujan moved to admit **Plaintiff's Ex. 5** and **5E** into evidence; no objection, Court so ordered.

Court recessed for afternoon break at 2:50 p.m. and reconvened at 3:10 p.m.

Witness **Yu Suk Chung** returned to the witness stand and Attorney Lujan continued CX.

Court excused the jurors for the evening at 4:15 p.m. and admonished them not to talk with anyone, or amongst themselves, regarding the case and to return tomorrow morning at 9:00 a.m. to continue the trial.

Adjourned at 4:15 p.m.

K. Lynn Lemieux, Courtroom Deputy