FILED
Clerk
District Court

NOV 1 8 2005

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands

By_____
(Deputy Clerk)

*********************************************************************************

CV-04-00001                                          November 18, 2005
                                                     9:00 a.m.


## YU SUK CHUNG -vs- WORLD CORPORATION


PRESENT:         Hon. Alex R. Munson, Chief Judge Presiding
                 Ellia Ciammaichella, Law Clerk
                 Sanae Shmull, Court Reporter
                 K. Lynn Lemieux, Court Deputy
                 Colin Thompson, Attorney for Plaintiff
                 Robert Torres, Attorney for Plaintiff
                 David Lujan, Attorney for Defendants
                 Matthew Gregory, Attorney for Defendants
                 Ignacio C. Aguigui, Attorney for Defendants

PROCEEDINGS:     JURY TRIAL - Day Fourteen

    Plaintiff was represented by Attorneys Colin Thompson and Robert Torres. Defense was represented by Attorneys Matthew Gregory and David Lujan. Six regular jurors and two alternates were present.

    Court announced to the jury that a defense witness would be taken out of order this morning due to scheduling and when this witness was excused then Mr. Yu Suk Chung would re-take the witness stand to continue with the CX.

    Defense, through Attorney Lujan, called witness:

    **KYONG-WON LEE** (Special Project Manager). DX. CX by Attorney Thompson. RDX. Witness was excused at 9:45 a.m.

    Witness **Yu Suk Chung** returned to the witness stand and Attorney Lujan continued with the CX. Attorney Lujan moved to admit **Plaintiff's Ex. 34E** into evidence; there being no objection, Court so ordered.

    Court recessed for morning break at 10:15 a.m. and reconvened at 10:35 a.m.

    Witness **Yu Suk Chung** returned to the witness stand and Attorney Lujan continued with the CX. Attorney Lujan moved to admit **Plaintiff's Ex. 68E** into evidence;

there being no objection, Court so ordered.

Court recessed the jurors for lunch at 11:35 a.m. and ordered them to return at 1:30 p.m. to continue with the trial.

Court recessed at 11:37 and reconvened at 1:35 p.m.

Witness **Yu Suk Chung** returned to the witness stand and Attorney Lujan continued with the CX.

Court recessed at 2:45 p.m. and reconvened at 3:10 p.m.

Witness **Yu Suk Chung** returned to the witness stand and Attorney Lujan continued with the CX. Attorney Lujan moved to admit **Defendant's Ex. 33E** into evidence; there being no objection, Court so ordered.

Court excused the jurors for the evening at 4:00 p.m. and admonished them not to talk with anyone, or amongst themselves, regarding the case and to return Monday morning at 9:00 a.m. to continue the trial.

Out of the presence of the jury, Court reviewed the jury instructions with counsel.

Court recessed for the evening at 4:00 p.m.

Adjourned at 4:05 p.m.

K. Lynn Lemieux, Courtroom Deputy