FILED
Clerk
District Court

NOV 21 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************************

CV-04-00001                                                    November 21, 2005
                                                                9:10 a.m.

## YU SUK CHUNG -vs- WORLD CORPORATION

PRESENT:   Hon. Alex R. Munson, Chief Judge Presiding
           Ellia Ciammaichella, Law Clerk
           Sanae Shmull, Court Reporter
           K. Lynn Lemieux, Court Deputy
           Colin Thompson, Attorney for Plaintiff
           Robert Torres, Attorney for Plaintiff
           David Lujan, Attorney for Defendants
           Matthew Gregory, Attorney for Defendants
           Ignacio C. Aguigui, Attorney for Defendants

PROCEEDINGS:   JURY TRIAL - Day Fifteen

Plaintiff was represented by Attorneys Colin Thompson and Robert Torres. Defense was represented by Attorneys Matthew Gregory and David Lujan. Six regular jurors and two alternates were present.

Witness Yu Suk chung returned to the witness stand and Attorney Lujan continued with CX. Attorney Lujan move to admit **Defendant's Ex. 1** into evidence; there being no objection, Court so ordered. Attorney Lujan move to admit **Defendant's Ex. 1E** into evidence; there being no objection, Court so ordered.

Court recessed for morning break at 10:25 a.m. and reconvened at 10:40 a.m.

Witness Yu Suk chung returned to the witness stand and Attorney Lujan continued with CX. Attorney Lujan move to admit **Plaintiff's Ex. 91** into evidence; there being no objection, Court so ordered. Attorney Lujan move to admit **Plaintiff's Ex. 92** into evidence; there being no objection, Court so ordered. Attorney Lujan move to admit **Plaintiff's Ex. 93** into evidence; there being no objection, Court so ordered. Attorney Lujan move to admit **Plaintiff's Ex. 89** into evidence; there being no objection, Court so ordered.

Court recessed the jurors for lunch break at 11:40 a.m. and ordered them to return at 1:30 p.m.

Court recessed at 11:40 a.m. and reconvened at 1:40 p.m.

Witness Yu Suk Chung returned to the witness stand and Attorney Lujan continued with CX. Attorney Lujan moved to admit **Defendant's Ex. 16** into evidence; Plaintiff agreed **with the condition that the attachments be included**; Court ordered that Ex. 16 be received "conditionally". Attorney Lujan moved to admit **Defendant's Ex. 5** into evidence; Plaintiff agreed **with the condition that the attachments be included**; Court ordered that Ex. 5 be received "conditionally".

Court recessed for afternoon break at 3:00 p.m. and reconvened at 3:20 p.m.

Witness Yu Suk chung returned to the witness stand and Attorney Lujan continued with CX. Attorney Lujan moved to admit **Plaintiff's Ex. 78** into evidence; no objection, Court so ordered. Attorney Lujan moved to admit **Plaintiff's Ex. 83** into evidence; no objection, Court so ordered. Attorney Lujan moved to admit **Plaintiff's Ex. 84** into evidence; no objection, Court so ordered. Attorney Lujan moved to admit **Plaintiff's Ex. 82** into evidence; no objection, Court so ordered. Attorney Lujan moved to admit **Plaintiff's Ex. 9** into evidence; no objection, Court so ordered.

Court excused the jurors for the evening at 4:40 p.m. and admonished them not to talk with anyone, or amongst themselves, regarding the case and to return tomorrow morning at 9:00 a.m. to continue the trial.

Adjourned at 4:40 p.m.

K. Lynn Lemieux, Courtroom Deputy