FILED
Clerk
District Court

NOV 2 2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************************

CV-04-00001                                                    November 22, 2005
                                                               9:10 a.m.


## YU SUK CHUNG -vs- WORLD CORPORATION


PRESENT:         Hon. Alex R. Munson, Chief Judge Presiding
                 Ellia Ciammaichella, Law Clerk
                 Sanae Shmull, Court Reporter
                 K. Lynn Lemieux, Court Deputy
                 Colin Thompson, Attorney for Plaintiff
                 Robert Torres, Attorney for Plaintiff
                 David Lujan, Attorney for Defendants
                 Matthew Gregory, Attorney for Defendants
                 Ignacio C. Aguigui, Attorney for Defendants

PROCEEDINGS:     JURY TRIAL - Day Sixteen

Plaintiff was represented by Attorneys Colin Thompson and Robert Torres. Defense was represented by Attorneys Matthew Gregory and David Lujan. Six regular jurors and two alternates were present.

Witness Yu Suk Chung returned to the witness stand and Attorney Lujan continued with CX. Attorney Lujan moved to admit **Plaintiff's Ex. 31** into evidence; no objection, Court so ordered. Attorney Lujan moved to admit **Plaintiff's Ex. 6** into evidence; no objection, Court so ordered. Attorney Lujan moved to admit **Plaintiff's Ex. 35** into evidence; no objection, Court so ordered. Attorney Lujan moved to admit **Plaintiff's Ex. 10** into evidence; no objection, Court so ordered. Attorney Lujan moved to admit **Plaintiff's Ex. 11** into evidence; no objection, Court so ordered. Attorney Lujan moved to admit **Plaintiff's Ex. 14** into evidence; no objection, Court so ordered. Attorney Lujan moved to admit **Plaintiff's Ex. 18** into evidence; no objection, Court so ordered.

Court recessed for morning break at 10:15 a.m. and reconvened at 10:40 a.m.

Witness Yu Suk Chung returned to the witness stand and Attorney Lujan continued with CX. Attorney Lujan moved to admit **Plaintiff's Ex. 45** into evidence; no objection, Court so ordered. Attorney Lujan moved to admit **Plaintiff's Ex. 42** into evidence; no objection, Court so ordered. Attorney Lujan moved to admit **Plaintiff's Ex.24** into evidence; no objection, Court so ordered.

Court recessed the jurors for lunch break at 11:35 a.m. and ordered them to return at 1:30 p.m. to continue the trial.

Court addressed counsel about Defendant's Ex. 36 because there was some confusion on what had been admitted. Attorney Lujan stated that he used Plaintiff's Ex. 84 (YS Chung Proof of Admission to the CNMI), which had been admitted, instead of Deft. Ex. 36.

Court recessed at 11:40 a.m. and reconvened at 1:30 p.m.

Witness Yu Suk Chung returned to the witness stand and Attorney Lujan continued with CX. Attorney Lujan moved to admit **Plaintiff's Ex. 117** into evidence; no objection, Court so ordered. Attorney Lujan moved to admit **Plaintiff's Ex. 96 (English version)** into evidence; over objection, Court so ordered.

Court recessed for afternoon break at 2:50 p.m. and reconvened at 3:20 p.m.

Witness Yu Suk Chung returned to the witness stand and Attorney Lujan continued with CX.

Court excused the jurors for the evening at 4:45 p.m. and admonished them not to talk with anyone, or amongst themselves, regarding the case and to return tomorrow morning at 9:00 a.m. to continue the trial.

Adjourned at 4:45 p.m.

K. Lynn Lemieux, Courtroom Deputy