FILED
Clerk
District Court

NOV 23 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN MARIANA ISLANDS

***

CV-04-00001                                         November 23, 2005
                                                     9:05 a.m.


## YU SUK CHUNG -vs- WORLD CORPORATION


PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Ellia Ciammaichella, Law Clerk
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Court Deputy
                Colin Thompson, Attorney for Plaintiff
                Robert Torres, Attorney for Plaintiff
                David Lujan, Attorney for Defendants
                Matthew Gregory, Attorney for Defendants
                Ignacio C. Aguigui, Attorney for Defendants

PROCEEDINGS:    JURY TRIAL - Day Seventeen

   Plaintiff was represented by Attorneys Colin Thompson and Robert Torres. Defense was represented by Attorneys Matthew Gregory and David Lujan. Six regular jurors and two alternates were present.

   Outside the presence of the jurors, Plaintiff's brought three motions before the Court. Motion to Strike Cause of Action for written contract (Paragraphs 21 thru 24); Motion to Strike the words (Written and Oral) throughout the Complaint; and a Motion in Limine to not to refer to **written and/or oral** contract or to refer to a written contract; Defense made no objections; Court granted all motions.

   At 9:15 a.m. jurors were brought into the Courtroom. Witness Yu Suk Chung returned to the witness stand and Attorney Lujan continued with CX. Attorney Lujan moved to admit **Defense's Ex. 27 and 27E**, there being no objection, Court so ordered.

   Court recessed at 10:20 a.m. and reconvened at 10:45 a.m.

   Witness Yu Suk Chung returned to the witness stand and Attorney Lujan continued with CX.

   Court recessed for lunch break at 11:45 a.m. and reconvened at 1:40 p.m.

     Witness Yu Suk Chung returned to the witness stand and Attorney Torres began RDX. Attorney Torres moved to admit **Plaintiff's Ex. 138** into evidence, no objection, Court so ordered.

     Court recessed for afternoon break at 3:00 p.m. and reconvened at 3:25 p.m.

     Witness Yu Suk Chung returned to the witness stand and Attorney Torres continued RDX.

     Court excused the jurors for the evening at 4:00 p.m. and admonished them not to talk with anyone, or amongst themselves, regarding the case, to have a nice Thanksgiving holiday, and to return Monday morning at 9:00 a.m. to continue the trial.

     Adjourned at 4:00 p.m.

*[Signature]*
K. Lynn Lemieux, Courtroom Deputy