F I L E D
Clerk
District Court

NOV 2 8 2005

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*******************************************************************************

CV-04-00001                                         November 28, 2005
                                                    9:10 a.m.


**YU SUK CHUNG -vs- WORLD CORPORATION**


PRESENT:   Hon. Alex R. Munson, Chief Judge Presiding
           Sanae Shmull, Court Reporter
           K. Lynn Lemieux, Court Deputy
           Colin Thompson, Attorney for Plaintiff
           Robert Torres, Attorney for Plaintiff
           David Lujan, Attorney for Defendants
           Matthew Gregory, Attorney for Defendants
           Ignacio C. Aguigui, Attorney for Defendants

PROCEEDINGS:   JURY TRIAL - Day Eighteen

    Plaintiff was represented by Attorneys Colin Thompson and Robert Torres. Defense was represented by Attorneys Matthew Gregory and David Lujan. Six regular jurors and two alternates were present.

    Witness Yu Suk Chung returned to the witness stand and Attorney Torres continued with RDX.

    Court recessed for morning break at 10:25 a.m. and reconvened at 10:45 a.m.

    Witness Yu Suk Chung returned to the witness stand and Attorney Torres continued with RDX.

    Court excused the jurors for lunch break at 11:25 p.m. and ordered them to return at 1:30 p.m.

    Court reconvened at 1:37 p.m. and witness Yu Suk Chung returned to the witness stand and Attorney Lujan began RCX.

    Court recessed for afternoon break at 3:10 p.m. and reconvened at 3:35 p.m.

    Witness Yu Suk Chung returned to the witness stand. Attorney Lujan continued with RCX and finished at 4:15 p.m. Witness Chung was excused.

Attorney Colin Thompson read excerpts from interrogatories and responses to the jurors.

Plaintiff rested their case at 4:30 p.m.

Defense stated that they would not put on any evidence. Court announced that the jurors would be excused for one day and that final arguments would begin on Wednesday morning.

Jurors were excused at 4:30 p.m. and ordered to return Wednesday morning at 9:00 a.m.

Attorney Matthew Gregory argued for a Rule 50 directed verdict on punitive damages on Breach of Covenant of Good Faith and Fair Dealings and Promissory Estoppel on behalf of the Defendant. Attorney Torres argued on behalf of Plaintiff.

Court GRANTED the motion for Breach of Covenant of Good Faith and Fair Dealings and DENIED the motion for Punitive Damages.

Attorney Matthew Gregory argued for a Rule 50 directed verdict as to Promissory Estoppel.

Court continued the hearing until tomorrow morning.

Adjourned at 5:00 p.m.

K. Lynn Lemieux, Courtroom Deputy