MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************************

CV-04-00001                                              November 29, 2005
                                                         9:10 a.m.

### YU SUK CHUNG -vs- WORLD CORPORATION

F I L E D
Clerk
District Court

NOV 29 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

PRESENT:   Hon. Alex R. Munson, Chief Judge Presiding
           Sanae Shmull, Court Reporter
           K. Lynn Lemieux, Court Deputy
           Colin Thompson, Attorney for Plaintiff
           Robert Torres, Attorney for Plaintiff
           Matthew Gregory, Attorney for Defendants
           Ignacio C. Aguigui, Attorney for Defendants

PROCEEDINGS:   Rule 50 Motions

Plaintiff was represented by Attorneys Colin Thompson and Robert Torres. Defense was represented by Attorneys Matthew Gregory and Ignacio Aguigui.

Out of the presence of the jurors the arguments on Rule 50 directed verdict motions continued.

Attorney Robert Torres argued on behalf of the Plaintiffs as to the motion on Promissory Estoppel. Attorney Matthew Gregory argued on behalf of the Defendants.

Court took the matter under advisement, and stated that a decision would be forthcoming.

Court recessed at 9:30 a.m. and reconvened at 9:40 a.m.

Court, after considering all argument, GRANTED the motion to dismiss the Cause of Action for Promissory Estoppel.

Court recessed at 9:45 a.m. and reconvened at 10:35 a.m.

Counsel for both Plaintiff and Defense came before the Court regarding jury instructions; there were no exceptions and no objections. As to the verdict forms; there were no exceptions and no objections.

Adjourned at 10:38 a.m.

K. Lynn Lemieux, Courtroom Deputy

172