# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************

CV-04-00001                                          November 30, 2005
                                                     9:10 a.m.

### YU SUK CHUNG -vs- WORLD CORPORATION

F I L E D
Clerk
District Court

NOV 3 0 2005

For The Northern Mariana Islands
By_____
      (Deputy Clerk)

PRESENT:    Hon. Alex R. Munson, Chief Judge Presiding
            Ellia Ciammaichella, Law Clerk
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Court Deputy
            Colin Thompson, Attorney for Plaintiff
            Robert Torres, Attorney for Plaintiff
            David Lujan, Attorney for Defendants
            Matthew Gregory, Attorney for Defendants
            Ignacio C. Aguigui, Attorney for Defendants

PROCEEDINGS:   JURY TRIAL - Day Ninteen

Plaintiff was represented by Attorneys Colin Thompson and Robert Torres. Defense was represented by Attorneys David Lujan, Matthew Gregory and Ignacio Aguigui. Six regular jurors and two alternate jurors were present.

Court announced to the jurors that all of the evidence in this trial had been presented and that they would now hear closing arguments.

Attorney Torres began his opening argument to the jury at 9:12 a.m. and finished at 10:15 a.m.

Court recessed at 10:15 a.m. and reconvened at 10:35 a.m.

Attorney Lujan began his closing argument at 10:37 a.m. -

Court excused the jurors for lunch break at 11:45 a.m. and ordered that they return at 1:30 p.m.

Court recessed at 11:45 a.m. and reconvened at 1:30 p.m.

Attorney Lujan continued with his closing argument at 1:30 p.m.

Court recessed at 3:00 p.m and reconvened at 3:25 p.m.

Attorney Lujan continued with his closing argument at 3:25 p.m. and finished at 3:50 p.m.

✓

Attorney Torres began his final rebuttal argument at 3:53 p.m. and finished at 4:35 p.m.

Court recessed the jurors for the evening at 4:35 p.m. and ordered that they return at 9:00 a.m. tomorrow.

Adjourned at 4:35 p.m.

*K. Lynn Lemieux, Courtroom Deputy*