## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

***

CV-04-00001

December 1, 2005
9:15 a.m.

**YU SUK CHUNG -vs- WORLD CORPORATION**

F I L E D
Clerk
District Court

DEC - 1 2005

For The Northern Marianas Islands
By_____
(Deputy Clerk)

PRESENT:   Hon. Alex R. Munson, Chief Judge Presiding
Ellia Ciammaichella, Law Clerk
Sanae Shmull, Court Reporter
K. Lynn Lemieux, Court Deputy
Colin Thompson, Attorney for Plaintiff
Robert Torres, Attorney for Plaintiff
Matthew Gregory, Attorney for Defendants
Ignacio C. Aguigui, Attorney for Defendants

PROCEEDINGS:   JURY TRIAL - Day Twenty / JURY DELIBERATION DAY 1

Plaintiff was represented by Attorneys Colin Thompson and Robert Torres. Defense was represented by Attorneys Matthew Gregory and Ignacio Aguigui. Six regular jurors and two alternate jurors were present.

Court read jury instructions to the jurors and reviewed the juror verdict forms.

Counsel stipulated to admit the following exhibits (English version): 117E, 45E, 42E, 35E, 31E, 24E, 18E, 14E, 11E, 10E, 9E, 7E, and 6E. Court so ordered.

Baliffs were administered the oath to take the jury in charge and the jurors were escorted, along with the exhibits, into the jury deliberation room at 10:25 a.m.

Court instructed all counsel to leave phone numbers with the Clerk so that they may be easily reached if a question from the jury arrives.

Court recessed at 10:30 a.m.

Jurors were escorted to lunch at 11:30 a.m. and returned at 12:45 p.m.

Jurors were excused for the evening at 4:30 p.m. and ordered to return tomorrow morning at 9:00 a.m. to continue their deliberation.

Adjourned at 4:30 p.m.

K. Lynn Lemieux, Courtroom Deputy

√

LISTAO 187

# EXHIBIT AND WITNESS LIST

| | | |
|---|---|---|
| Yu Suk Chung -vs- World Corporation | | **District Court** Northern Mariana Islands, Saipan, MP 96950 |
| **Plaintiff's Attorneys** Robert Torres, Esq. Colin Thompson, Esq. | **Defendant's Attorneys** Matthew Gregory, Esq. Ignacio C. Aguigui, Esq. David Lujan, Esq. | **Docket Number**    CV-04-0001 **Trial Date(s)**    October 31 - December 1, 2005 |
| **Presiding Judge**    Alex R. Munson | **Court Reporter**    Sanae Shmull | **Courtroom Deputy**    K. Lynn Lemieux |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 10/31/05 | | | GIL SAN NICOLAS |
| W2 | | 10/31/05 | | | KYONG WON LEE |
| 100 | | 10/31/05 | 10/31/05 | 10/31/05 | 100 - Resume of Kyong Won Lee |
| 101 | | 10/31/05 | 10/31/05 | 10/31/05 | 101 - Tentative Agreement between Mari Sai, Inc. and World Corporation dated 05/16/2003 |
| 102 | | 10/31/05 | 10/31/05 | 10/31/05 | 102 - Tentative Agreement entered into by and between Mari Sai, Inc. and World Corp. dated 07/4/03 |
| W3 | | 11/01/05 | | | MARIA CRISTINA PANGELINAN |
| 51 | | 11/01/05 | 11/01/05 | 11/01/05 | 51- Memorandum to All Departments from Vice President YS Chung |
| 52 | | 11/01/05 | 11/01/05 | 11/01/05 | 52-Memorandum to All Departments from Vice President YS Chung |
| 53 | | 11/01/05 | 11/01/05 | 11/01/05 | 53-Memorandum to All Departments from Vice President YS Chung |
| 54 | | 11/01/05 | 11/01/05 | 11/01/05 | 54- Letter to Mr. Henry Hofschneider regarding temporary signboard. |
| W4 | | 11/01/05 | | | B.K. PARK |
| 75 | | 11/01/05 | 11/01/05 | 11/01/05 | 75- Korean Document - July 2003 Salary Paid Out |
| 74 | | 11/01/05 | 11/01/05 | 11/01/05 | 74- Korean Document - August 2003 Salary Paid Out |
| 73 | | 11/02/05 | 11/02/05 | 11/02/05 | 73-Korean Document - Date of Hire and detail of Annual Salary |
| 30 | | 11/02/05 | 11/02/05 | 11/02/05 | 30-Letter from BK Park to YS Chung re: End of work assignment effective 08/31/2003 |
| 29 | | 11/02/05 | 11/02/05 | 11/02/05 | 29-Letter from Mr. BK Park to Mr. Thomas Sablan, Director, Immigration re: Special Industry Permit |
| 73E | | 11/02/05 | 11/02/05 | 11/02/05 | 73E -Korean Document (English translation) - Date of Hire and detail of Annual Salary |
| 74E | | 11/02/05 | 11/02/05 | 11/02/05 | 74E- Korean Document (English translation) - August 2003 Salary Paid Out |
| 75E | | 11/02/05 | 11/02/05 | 11/02/05 | 75E- Korean Document (English translation) - July 2003 Salary Paid Out |
| W5 | | 11/03/05 | | | CHO, KYU-SUNG |
| | 23E | 11/03/05 | 11/03/05 | 11/03/05 | Saipan Hotel Acquisition Planning (First) 5 pgs. Inclusive of **Plaintiff #16 and 17**) |
| 22 | | 11/04/05 | 11/04/05 | 11/04/05 | Internal Consultation and Report on Settlement of Accounting Report for Moving Expenses |
| 22E | | 11/04/05 | 11/04/05 | 11/04/05 | (English translation of Ex. 22) |
| | 22E | 11/04/05 | 11/04/05 | 11/04/05 | **(English translation of Deft's 22)** |
| | 30E | 11/04/05 | 11/04/05 | 11/04/05 | **(English translation of Deft's 30)** |
| | 30 | 11/04/05 | 11/04/05 | 11/04/05 | Order of Appointment (#2003 - 108) |
| | 22 | 11/04/05 | 11/04/05 | 11/04/05 | Order of Appointment |
| W6 | | 11/07/05 | | | YU SUK CHUNG |
| | W1 | 11/08/05 | | | MARIKO LIZAMA |
| | W2 | 11/08/05 | | | JUAN T. LIZAMA |
| 40 | | 11/08/05 | 11/08/05 | 11/08/05 | Korean documents - Resume of Yu Suk Chung |
| 40E | | 11/08/05 | 11/08/05 | 11/08/05 | English translation of Yu Suk Chung's resume |
| 19 | | 11/08/05 | 11/08/05 | 11/08/05 | Korean document - Fax message to World Corporation |
| 19E | | 11/08/05 | 11/08/05 | XXXX | English translation of Exhibit 19 |

| PLT. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 25 |  | 11/08/05 | 11/08/05 | 11/08/05 | Email from Won Boo Gap to Mr. Kikkawa re: Mr. Chungs visit to Saipan |
| 94 |  | 11/08/05 | 11/08/05 | 11/08/05 | Yu Suk Chung's Resume (in Korean) |
| 68 |  | 11/09/05 | 11/09/05 | 11/09/05 | Yu Suk Chung's basic wants for employment contract |
| 34 |  | 11/09/05 | 11/09/05 | 11/09/05 | Yu Suk Chung's demands on employment contract |
| 7 |  | 11/09/05 | 11/09/05 | 11/09/05 | Email from Lee Sung to Yu Suk Chung dated 5/23/03 |
| 60 |  | 11/09/05 | 11/09/05 | 11/09/05 | One Year Term Lease Agreement |
| 28 |  | 11/09/05 | 11/09/05 | 11/09/05 | First Haw'n Bank Check in the amount of $2,550.00 |
| 97 |  | 11/09/05 | 11/09/05 | 11/09/05 | Receipts for school tuition fee for Chris Chung |
| 77 |  | 11/09/05 | 11/09/05 | 11/09/05 | Letter from YS Chung tot he Director of Labor re: Request for Business Permit |
| 90 |  | 11/09/05 | 11/09/05 | 11/09/05 | YS Chung Entry Permit |
| 13 |  | 11/10/05 | 11/10/05 | 11/10/05 | Waiver of Notice and Unanimous Consent of the Board of Directors for World Corporation |
| 67 |  | 11/10/05 | 11/10/05 | 11/10/05 | Written Pledge of YS Chung |
| 67E |  | 11/10/05 | 11/10/05 | 11/10/05 | English translation of Ex. 67 |
| 115 |  | 11/10/05 | 11/10/05 | 11/10/05 | Mr. Chung salary receipt from May 2003 to August 2003 |
| 72 |  | 11/10/05 | 11/10/05 | 11/10/05 | World Corporation Check dated May 27, 2003 |
| 59 |  | 11/10/05 | 11/10/05 | 11/10/05 | Territorial Individual Income Tax Return 2003 of Mr. Yu Suk Chung |
| 39 |  | 11/10/05 | 11/10/05 | 11/10/05 | Commercial Invoice and Packing List of Ys Chung Household Goods shipped from Korea to Saipan |
| 113 |  | 11/10/05 | 11/10/05 | 11/10/05 | Picture of cargo shipment |
| 114 |  | 11/10/05 | 11/10/05 | 11/10/05 | Picture of cargo shipment |
| 109 |  | 11/10/05 | 11/10/05 | 11/10/05 | Cargo Express receipt for Chung's cargo |
| 110 |  | 11/10/05 | 11/10/05 | 11/10/05 | Invoice for Chung's Cargo Shipment - Far Eastern |
|  | 19 | 11/14/05 | 11/14/05 | 11/14/05 | Self Introductory Letter |
| 36 |  | 11/14/05 | 11/14/05 | 11/14/05 | Annual Corporation Report |
|  | 19E | 11/14/05 | 11/14/05 | 11/14/05 | English Translation of Ex. 19 |
|  | 64 | 11/15/05 | 11/15/05 | 11/15/05 | Minutes of Shareholders Meeting |
|  | 66 | 11/15/05 | 11/15/05 | 11/15/05 | Annual Corporation Minutes |
| 94E |  | 11/15/05 | 11/15/05 | 11/15/05 | Plaintiff's Ex. 94 (English translation) offered into evidence by Defendant |
|  | 67 | 11/15/05 | 11/15/05 | 11/15/05 | Han Maun Articles of Incorporation |
| 4 |  | 11/17/05 | 11/17/05 | 11/17/05 | Email from Yu Suk Chung to Dae Ho Cho - offered into evidence by Defendant |
| 4E |  | 11/17/05 | 11/17/05 | 11/17/05 | English translation of Exhibit 4 |
| 5 |  | 11/17/05 | 11/17/05 | 11/17/05 | World Corporations Salary and Benefits Management (Draft) |
| 5E |  | 11/17/05 | 11/17/05 | 11/17/05 | English translation of Exhibit 5 |
|  | W3 | 11/18/05 | 11/18/05 | 11/18/05 | **KYONG-WON LEE** |
| 34E |  | 11/18/05 | 11/18/05 | 11/18/05 | English translation of Plaintiff's Ex. 34 (offered by defense) |
| 68E |  | 11/18/05 | 11/18/05 | 11/18/05 | English translation of Plaintiff's Ex. 68 (offered by defense) |
|  | 33E | 11/18/05 | 11/18/05 | 11/18/05 | Various Email dated October 3, 2003 |
|  | 1 | 11/21/05 | 11/21/05 | 11/21/05 | Waiver of Notice and Unanimous Consent of the Board of Directors for World Corporation in Lieu of Mtg |
|  | 1E | 11/21/05 | 11/21/05 | 11/21/05 | English translation of Deft's Ex. 1 |
| 91 |  | 11/21/05 | 11/21/05 | 11/21/05 | YS Chungs Application for Entry Permit (offered by Defense) |
| 92 |  | 11/21/05 | 11/21/05 | 11/21/05 | Suh Jae Young Application for Entry Permit (offered by Defense)x |
| 93 |  | 11/21/05 | 11/21/05 | 11/21/05 | Chung Seung Hoon Application for Entry Permit (offered by Defense) |
|  | 16 | 11/21/05 | 11/21/05 | Conditionally | Email dated May 26, 2003 from Chung, Yu Suk to Chairman and President |

| PLT. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 5 | 11/21/05 | 11/21/05 | Conditionally | Email of June 6, 2003 |
| 78 |  | 11/21/05 | 11/21/05 | 11/21/05 | Immigration Control Sheet for YS Chung (offered by Defense) |
| 83 |  | 11/21/05 | 11/21/05 | 11/21/05 | YS Chung for Criminal Background Check (offered by Defense) |
| 84 |  | 11/21/05 | 11/21/05 | 11/21/05 | YS Chung Proof of Admission tot he CNMI (offered by Defense) |
| 82 |  | 11/21/05 | 11/21/05 | 11/21/05 | YS Chung Asiana Airlines Ticket (offered by Defense) |
| 9 |  | 11/21/05 | 11/21/05 | 11/21/05 | Korean/English translation of e-mail from Yu Suk Chung to chodh@worldco.co.kr (offered by Dft.) |
| 31 |  | 11/22/05 | 11/22/05 | 11/22/05 | Inter-Office Memo from VP Chul-Hyun Park (offered by Defense) |
| 6 |  | 11/22/05 | 11/22/05 | 11/22/05 | Email from Jeon, Mun Kab from HR Team of World Corporation (offered by Defense) |
| 35 |  | 11/22/05 | 11/22/05 | 11/22/05 | Internal Consultation Report re: Matter of Officer Registration (offered by Defense |
| 10 |  | 11/22/05 | 11/22/05 | 11/22/05 | Translation of Purchasing Proposal (offered by Defense) |
| 11 |  | 11/22/05 | 11/22/05 | 11/22/05 | Internal Consultation and Report re: Matters of SWR Human Resources Management (Offered by Dft.) |
| 14 |  | 11/22/05 | 11/22/05 | 11/22/05 | Take Over and Operational Preparation Schedule Plan (offered by Defense) |
| 18 |  | 11/22/05 | 11/22/05 | 11/22/05 | Internal Consultation and Report ; Matter of Salary Payment for Saipan World Report (Offered by Dft.) |
| 45 |  | 11/22/05 | 11/22/05 | 11/22/05 | Business Log (May 3-4, 2002 (offered by Defense) |
| 42 |  | 11/22/05 | 11/22/05 | 11/22/05 | Business Log (May 19, 2002) (offered by Defense) |
| 24 |  | 11/22/05 | 11/22/05 | 11/22/05 | Email from YS Chung to Bu Gap Won on salary and compensation system (offered by Defense) |
| 117 |  | 11/22/05 | 11/22/05 | 11/22/05 | Weekly Plan for May 19-24, 2003 (offered by Defense) |
| 96 |  | 11/22/05 | 11/22/05 | 11/22/05 | **English Version** of Minutes of Board of Directors Meeting (offered by Defense) |
|  | 27 | 11/23/05 | 11/23/05 | 11/23/05 | Letter of Yu Suk Chung to President dated August 13, 2003 |
|  | 27E | 11/23/05 | 11/23/05 | 11/23/05 | English translation of Ex. 27 |
| 138 |  | 11/23/05 | 11/23/05 | 11/23/05 | Copy of Rev. & Tax - Dept. Of Finance; Income Tax Report 2003 |
| 16 |  | 11/28/05 | 11/28/05 | 11/28/05 | Korean/English translation of World Corporation (**by stipulation**) |
| 16E |  | 11/28/05 | 11/28/05 | 11/28/05 | English translation of Ex. 16 (**by stipulation**) |
| 17 |  | 11/28/05 | 11/28/05 | 11/28/05 | Korean English translation - Salary/Annual Fixing & Other Conditions (**by stipulation**) |
| 17E |  | 11/28/05 | 11/28/05 | 11/28/05 | English translation of Ex. 17 (**by stipulation**) |
| 117E |  | 12/01/05 | 12/01/05 | 12/01/05 | by Stipulation |
| 45E |  | 12/01/05 | 12/01/05 | 12/01/05 | by Stipulation |
| 42E |  | 12/01/05 | 12/01/05 | 12/01/05 | by Stipulation |
| 35E |  | 12/01/05 | 12/01/05 | 12/01/05 | by Stipulation |
| 31E |  | 12/01/05 | 12/01/05 | 12/01/05 | by Stipulation |
| 24E |  | 12/01/05 | 12/01/05 | 12/01/05 | by Stipulation |
| 18E |  | 12/01/05 | 12/01/05 | 12/01/05 | by Stipulation |
| 14E |  | 12/01/05 | 12/01/05 | 12/01/05 | by Stipulation |
| 11E |  | 12/01/05 | 12/01/05 | 12/01/05 | by Stipulation |
| 10E |  | 12/01/05 | 12/01/05 | 12/01/05 | by Stipulation |
| 9E |  | 12/01/05 | 12/01/05 | 12/01/05 | by Stipulation |
| 7E |  | 12/01/05 | 12/01/05 | 12/01/05 | by Stipulation |
| 6E |  | 12/01/05 | 12/01/05 | 12/01/05 | by Stipulation |