Rcv'd at 1:57pm

FILED
Clerk
District Court

DEC -2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

12/2/05

Your Honor,

We are dead locked on #2

What do we do next - we still need your guidance.

Thank you.
3 Foreman

1:15 pm