F I L E D
Clerk
District Court

DEC -2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Received 12-2-05
10:50
[initials]

Dec 2, 2005

Your Honor,

The jurors requesting the interrogatory exhibit if we are allow to review.

Thank you,

3
[signature] Foreperson

Interrog are ?'s asked of a party b-4 Trial.

Responses to interrogs are given under oath and - Treat as if made by a witness) and (your memory controls)