# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************************

CV-04-00001                                                    December 2, 2005
                                                               9:00 a.m.     F I L E D
                                                                             Clerk
                                                                             District Court
**YU SUK CHUNG -vs- WORLD CORPORATION**

PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding          DEC - 2 2005
                Hon. David A. Wiseman, Designated Judge Presiding
                Ellia Ciammaichella, Law Clerk                  For The Northern Mariana Islands
                Sanae Shmull, Court Reporter                    By_____
                Michelle C. Macaranas, Court Deputy                    (Deputy Clerk)
                Colin Thompson, Attorney for Plaintiff
                Matthew Gregory, Attorney for Defendants

PROCEEDINGS:    JURY DELIBERATION DAY 2

The following jurors were present: NEKAIFES, Marilyn; BORJA, Elias; ARRIOLA, Juan; PRATER, Margarita; ROGOLOFOI, Audrey; VILLEGAS, Diane; AGUON, Maria; OLAITIMAN, Mariana.

Jurors resumed deliberation at 9:00 a.m.

Court recessed at 10:15 a.m. and resumed at 10:30 a.m.

At 11:12 a.m. Attorney Colin Thompson and Matthew Gregory were present. In the absence of the jury, the Court informed counsels regarding a note received from the jury at 10:50 a.m. requesting to see interrogatories. Attorney Thompson did not object. However, Attorney Gregory objected that the interrogatories were not admitted into evidence. After all arguments, the jurors were brought into the courtroom at 11:17 a.m. The Court informed the jurors that the interrogatories were not admitted as an exhibit. The Court further instructed the jury with regards to the interrogatories. Jurors were excused for continued deliberation at 11:20 a.m.

Jurors were escorted to lunch at 11:30 a.m. and returned at 12:58 p.m.

Court recessed at 3:00 p.m. and resumed at 3:15 p.m.

At 3:33 p.m. the jurors were escorted into the courtroom in the absence of counsels. David A. Wiseman, Designated Judge informed the jurors that the court has received their note and will give further instructions at a later time. Jurors were admonished and excused for the evening at 3:35 p.m. and ordered to return Monday, December 5, 2005 at 9:00 a.m. to continue their deliberation.

Adjourned at 3:35 p.m.

Michelle C. Macaranas, Deputy Clerk