# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************************

CV-04-00001

December 5, 2005
9:00 a.m.

FILED
Clerk
District Court

**YU SUK CHUNG -vs- WORLD CORPORATION**

DEC - 5 2005

PRESENT:   Hon. David A. Wiseman, Designated Judge Presiding
Ellia Ciammaichella, Law Clerk
Sanae Shmull, Court Reporter
Michelle C. Macaranas, Court Deputy
Colin Thompson, Attorney for Plaintiff
Robert Torres, Attorney for Plaintiff
Matthew Gregory, Attorney for Defendants

For The Northern Mariana Islands
By_____
(Deputy Clerk)

PROCEEDINGS:   JURY DELIBERATION DAY 3

The following jurors were present: NEKAIFES, Marilyn; BORJA, Elias; ARRIOLA, Juan; PRATER, Margarita; ROGOLOFOI, Audrey; VILLEGAS, Diane; AGUON, Maria; OLAITIMAN, Mariana.

Jurors resumed deliberation at 9:00 a.m.

Attorney Colin Thompson and Robert T. Torres were present on behalf of plaintiffs. Attorney Matthew Gregory was present on behalf of defendant World Corporation. In the absence of the jury, the Court took up matters with counsels regarding the jury note received on Friday regarding the jury being deadlock on issue #2. Court took a short recess at 9:14 a.m.

Court resumed at 9:20 a.m. After all arguments, the jurors were escorted into the courtroom at 9:22 a.m. The Court instructed the jurors as to jury instruction no. 70. At 9:25 a.m. the jurors were excused to resume with deliberation.

Court recessed at 9:26 a.m. Jurors continued with deliberation.

Jurors recessed at 10:15 a.m. and resumed at 10:30 a.m. Jurors were escorted to lunch at 11:30 a.m. and returned at 1:00 p.m. Jurors recessed at 3:00 p.m. and resumed at 3:15 p.m.

Jurors were excused for the evening at 4:30 p.m. and ordered to return tomorrow, December 6, 2005 at 9:00 a.m. to continue their deliberation.

Adjourned at 4:30 p.m.

*/s/ Michelle C. Macaranas*
Michelle C. Macaranas, Deputy Clerk