12/6/05

FILED
Clerk
District Court
Time: DEC 6 2005
For The Northern Mariana Islands
By_____
(Deputy Clerk)

Your Honor,

Some jurors wants to notify the Court that its deadlock.

Others want to continue deliberation.

Does simple majority rule the decision

or

can you give us your guidance?

15/10 Foreman
6mg  2:50 a.m.