FILED
Clerk
District Court

DEC - 6 2005

For The Northern Mariana Islands
By_____
       (Deputy Clerk)

YOUR NOTE TO ME ASKED IF A SIMPLE MAJORITY RULES THE DECISION. PLEASE REFER TO INSTRUCTION NUMBER 63. IF YOU HAVE OTHER QUESTIONS LET ME KNOW.

Judge Wiseman

Your Honor,    12/06/05    Time: 01:30 PM

We have reached decision to render the verdict.

12/6/05 time 2:10 pm

In response to your message above, we will convene the court at four o'clock.