FILED
Clerk
District Court

DEC - 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| YU SUK CHUNG, | ) | Civil No. 04-0001 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | VERDICT FORMS |
| | ) | |
| WORLD CORPORATION, | ) | |
| a Commonwealth of the Northern | ) | |
| Mariana Islands corporation, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

AO 72
(Rev. 8/82)

# VERDICT FORM NO. 1

### Breach of Contract

We, the jury, unanimously answer the following question submitted to us as follows:

Did Mr. Chung prove by a preponderance of the evidence all of the elements of his breach of contract claim against World Corporation?

Yes ✓    No _____

If your answer to the above question is "no," proceed to Verdict Form No. 2.

If your answer to the above question is "yes," then what is the amount of Mr. Chung's damages?

$ 136,665. _____. Proceed to Verdict Form No. 2.

CERTIFICATION

I, as foreperson, certify that the above decision represents the unanimous verdict of each and every juror in this cause.

Dated: 12/01/05          Elias Borja
                         Jury Foreperson

# VERDICT FORM NO. 2

## Fraudulent Misrepresentation

We, the jury, unanimously answer the following question submitted to us as follows:

Did the plaintiff prove by clear and convincing evidence all of the elements of his fraudulent misrepresentation claim against World Corporation?

Yes _____        No _____

If your answer to the above question is "no," stop here. Do not go any further.

If your answer to the above question is yes, then what is the amount of the plaintiff's damages?

$_____. Proceed to Verdict Form No. 3.

CERTIFICATION

    I, as foreperson, certify that the above decision represents the unanimous verdict of each and every juror in this cause.

Dated: 12/06/05



Jury Foreperson

# VERDICT FORM NO. 3

## Punitive Damages

We, the jury, unanimously answer the following question submitted to us as follows:

Did Mr. Chung prove by clear and convincing evidence all of the elements of his punitive damages claim against World Corporation?

Yes _____        No _____

If your answer to the above question is "no," stop here.

If your answer to the above question is "yes," then what amount of punitive damages should be awarded to Mr. Chung?

$_____. Stop here.

CERTIFICATION

    I, as foreperson, certify that the above decision represents the unanimous verdict of each and every juror in this cause.

Dated: _____        _____
                                                                             Jury Foreperson