FILED
Clerk
District Court

DEC - 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG,<br><br>  Plaintiff,<br><br>  vs.<br><br>WORLD CORPORATION,<br><br>  Defendant. | Case No. CV-04-0001<br><br>**JUDGMENT**<br>**AS TO BREACH OF CONTRACT** |

THIS MATTER came before the court for a trial by jury on October 31, 2005. Plaintiff Yu Suk Chung appeared personally and by and through his attorneys, Colin Thompson and Robert T. Torres; Defendant World Corporation appeared personally and by and through its attorney, Matthew Gregory.

The jury having rendered a verdict in favor of Plaintiff on his claim for breach of contract; it is now, therefore, ORDERED AND ADJUDGED that Plaintiff Yu Suk Chung recover from Defendant World Corporation in the amount of $136,665.00 for breach of contract. An order for costs will be entered separately.

DATED this 8th day of December, 2005.

_____
David A Wiseman
Designated Judge