F I L E D
Clerk
District Court

# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

DEC 1 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*******************************************************************************

CV-04-0001                                                December 14, 2005
                                                          1:30 p.m.

### YU SUK CHUNG -vs- WORLD CORPORATION, et al

PRESENT:      Hon. Alex R. Munson, Chief Judge Presiding
              Ellia Ciammaicella, Law Clerk
              Sanae Shmull, Court Reporter
              K. Lynn Lemieux, Courtroom Deputy
              Colin Thompson, Attorney for Plaintiff
              Ignacio Aguigui, Attorney for Defendant
              David Lujan, Attorney for Defendant

PROCEEDINGS:  MOTION FOR MISTRIAL

    Attorney Colin Thompson appeared on behalf of Plaintiff. Attorney David Lujan and Ignacio Aguigui appeared via telephone on behalf of Defendants.

    Attorney Aguigui argued the motion for mistrial. Attorney Thompson argued on behalf of the Plaintiff.

    Court, after hearing all argument, DENIED the motion regarding the mistrial as to Count One; Breach of Contract and set a jury trial date of April 17, 2006 at 9:00 a.m. for Count Two.

                                        Adjourned 1: 55 p.m.

                                        K. Lynn Lemieux, Courtroom Deputy