FILED
Clerk
District Court

DEC 14 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD CORPORATION, A CNMI Corporation,<br><br>Defendant. | Civil Action No. 04-0001<br><br><u>Order Setting Trial Date and Pretrial Conference</u> |

Colin M. Thompson
Attorney at Law
P.O. Box 501280
Saipan, MP 96950

Robert T. Torres
Attorney at Law
P.O. Box 503758
Saipan, MP 96950

Matthew T. Gregory
Attorney at Law
PMB 419, Box 10000
Saipan, MP 96950

The jury trial in the above case is set for Monday April 17, 2006, at 9:00 a.m. A pre-trial conference will be held on Monday April 3, 2006, at 9:00 a.m.

Witness lists, exhibit lists, proposed jury instructions, and proposed jury verdict forms should be filed with the Court no later than April 10, 2006.

IT IS SO ORDERED.

DATED THIS 14th day of December, 2005.

_____
Judge Alex R. Munson