FILED
District Court
DEC 22 2005
For The Northern Mariana Islands
By_____
(Deputy Clerk)

Colin M. Thompson, Esq.
Law Offices of Colin M. Thompson
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile:  (670) 233-0776

*Attorney for Plaintiff*

IN THE DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG, | Civil Action No. 04-00001 |
| Plaintiff, | |
| vs. | DECLARATION OF COLIN M. THOMPSON IN SUPPORT OF MOTION TO AMEND JUDGMENT PURSUANT TO RULE 59 |
| WOLRD CORPORATION A CNMI Corporation. | Date : ~~January 19, 2005~~ FEB 16 2006 |
| | Time : ~~9:00 a.m.~~ 8:30 A.M. |
| Defendant. | Judge : Hon. Alex R. Munson |

I, Colin M. Thompson, do declare that:

1.   I am the attorney of record for Plaintiff, Yu Suk Chung in this case. I make this declaration based on my personal knowledge and I am competent to testify as to the matters set forth.

2.   Attached to this declaration as Exhibit "A" is the true and correct copy of Maria H. Aguon's Declaration.

I declare by penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated this 22nd day of December, 2005.

COLIN M. THOMPSON, ESQ
Attorney for Plaintiff

I, MARIA H. AGUON, hereby state and declare the following:

1. I am over the age of 18 and a resident of Tinian, CNMI.

2. I am competent to testify and if called to testify would state the following, which is the subject of this declaration.

3. I was a member of the jury in the case of *Chung v. World Corporation*, Civil Action 04-001 in U.S. District Court.

4. I have personal knowledge of the jury deliberations leading to the verdict in favor of Plaintiff Yu Suk Chung for breach of contract in the amount of $136,665 including how the jury arrived at the figure of award.

5. In our deliberations, we the jury unanimously decided to award Plaintiff Yu Suk Chung for his claim of breach of a two year contract at a salary of $80,000 per year for a total of $160,000 for two years' wages.

6. We the jury also included as part of the damages calculation the $10,000 relocation bonus for Plaintiff Yu Suk Chung for relocating from Korea to Saipan under the contract as agreed.

7. However, we the jury reduced the breach of contract award based on the salary that was paid to Plaintiff Yu Suk Chung for five months from April through August, 2003 in the amount of $33,335.

8. After deducting the salary paid, we arrived at the above figure of $136,665 and our Jury Foreperson wrote the figure on the verdict award and signed his name. Of this amount, $126,665 is the amount of the wages for Mr. Chung due to him under the contract. The $10,000 is the relocation bonus.

9. After our decision on the breach of contract, we tried to reach a verdict on the Fraud claim. Seven jurors favored a finding of liability for Fraud but one juror did not agree thus ending up in a hung jury.

10. I make this declaration on the request by counsels for Plaintiff Yu Suk Chung to explain how the jury arrived at its damages calculation for the breach of contract claim.

I declare the foregoing statements to be true and accurate under penalty this 22 day of December, 2005 on Tinian, CNMI.

*[signature]*
MARIA H. AGUON

Exh. "A"