Clerk
District Court

DEC 22 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Colin M. Thompson, Esq.
Law Offices of Colin M. Thompson
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile:  (670) 233-0776

*Attorney for Plaintiff*

# IN THE DISTRICT COURT

# FOR THE

# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG, | Civil Action No. 04-00001 |
| Plaintiffs, | |
| vs. | DECLARATION OF COLIN M. THOMPSON IN SUPPORT OF MOTION FOR SANCTIONS |
| WOLRD CORPORATION A CNMI Corporation. | |
| | Date : FEB 1 6 2006 |
| | Time : 8:30 A.M. |
| Defendants. | Judge: Hon. Alex R. Munson |

I, Colin M. Thompson, do declare that:

1.   I am the attorney of record for Plaintiff, Yu Suk Chung in this case. I make this declaration based on my personal knowledge and I am competent to testify as to the matters set forth.

2.   In Defendant's response to Plaintiff's First Set of Request for Admissions, Response No. 1, Defendant denied that they terminated Plaintiff's employment with World Corporation. Attached to this Declaration as an Exhibit "A" is a true and correct copy of Defendant's Response to Plaintiff's First Set of Request for Admission. At trial, Plaintiff proved that defendant breached an employment contract with the defendant and therefore proved that defendant terminated Plaintiff's employment.

1

3. In Defendant's response to Plaintiff's First Set of Request for Admissions, Request No. 3, Defendant denied that they hired Plaintiff. Attached to this Declaration as an Exhibit "A" is a true and correct copy of Defendant's Response to Plaintiff's First Set of Request for Admission. At trial, Plaintiff proved that defendant breached an employment contract with the defendant and therefore proved that defendant hired Plaintiff.

4. In Defendant's response to Defendant's Response to Plaintiff's First Set of Request for Admissions, Request No. 4, Defendant denied that the Plaintiff was employed by World Corporation. Attached to this Declaration as an Exhibit "A" is a true and correct copy of Defendant's Response to Plaintiff's First Set of Request for Admission. At trial, Plaintiff proved that defendant breached an employment contract with the defendant and therefore proved that the Plaintiff was employed by World Corporation.

5  In Defendant's response to Plaintiff's First Set of Request for Admissions, Request No. 5, Defendant denied that World Corporation made payments to Plaintiff in exchange for his service. Attached to this Declaration as an Exhibit "A" is a true and correct copy of Defendant's Response to Plaintiff's First Set of Request for Admission. At trial, Plaintiff proved that defendant breached an employment contract with the defendant and therefore proved that World Corporation made payments to Plaintiff in exchange of his service.

6. In Defendant's response to Plaintiff's First Set of Request for Admissions, Request No. 13, Defendant denied that Plaintiff entered into an employment contract. Attached to this Declaration as an Exhibit "A" is a true and correct copy of Defendant's Response to Plaintiff's First Set of Request for Admission. At trial, Plaintiff proved that defendant breached an employment contract with the defendant and therefore proved that Plaintiff entered into an employment contract.

I declare by penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated this 21st day of December, 2005.

_____
COLIN M. THOMPSON, ESQ
Attorney for Plaintiff

**PEDRO M. ATALIG**
Attorney at Law
Second Floor, V.S. Sablan Building
Chalan Piao
P.O. Box 5332
Saipan MP 96950
Telephone: (670) 234-2189
Facsimile: (670) 234-2191

**MATTHEW T. GREGORY, ESQ.**
Second Floor, V.S. Sablan Building
Chalan Piao
PMB 419, Box 10000
Saipan MP 96950
Telephone: (670) 234-3972
Facsimile: (670) 234-3973

*Attorneys for World Corporation*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG, | Civil Action No. **04-00001** |
| Plaintiff, | |
| vs. | **DEFENDANT'S RESPONSE TO PLANTIFF'S FIRST SET OF REQUEST FOR ADMISSION** |
| WORLD CORPORATION, | |
| Defendant. | |

Defendant responds to Plaintiff's First Set of Request for Admissions as follows:

Discovery is continuing. As such, these responses are given without prejudice to Plaintiff's right to produce evidence of any subsequently discovered fact(s) or document(s), and to otherwise assert factual and legal contentions as additional facts are ascertained and analyses are made legal research is completed.

- 1 -

Exh "A"

**RESPONSES**

**REQUEST NO. 1:** Admit that You terminated Plaintiffs employment with World Corporation.

**RESPONSE:** Denied.

**REQUEST NO. 2:** Admit that You refused and continue to refuse to provide employment to plaintiff.

**RESPONSE:** Denied.

**REQUEST NO. 3:** Admit that You hired Plaintiff.

**RESPONSE:** Denied.

**REQUEST NO. 4:** Admit that Plaintiff was employed by World Corporation.

**RESPONSE:** Denied.

**REQUEST NO. 5:** Admit that World Corporation made payments to Plaintiff in exchange for his service.

**RESPONSE:** Denied.

**REQUEST NO. 6:** Admit that Plaintiff was not employed by World Corporation.

1  **RESPONSE:**     Admitted.

3  **REQUEST NO. 7:** Admit that Plaintiff was not employed by World Construction.

5  **RESPONSE:**     Denied.

7  **REQUEST NO. 8:** Admit that Plaintiffs personnel file contains no record of discipline relating to
8  Plaintiff's performance of services for Word Corporation.

10 **RESPONSE:**     Admitted.

12 **REQUEST NO. 9:** Admit that you were aware of the laws of the CNMI at the time you hired
13 Plaintiff.

15 **RESPONSE:**     Objection.  It is impossible to determine what laws are referred to.  Therefore,
16 World Corporation can neither admit nor deny this admission.

18 **REQUEST NO. 10:** Admit that Plaintiff is no longer employed by World Corporation.

20 **RESPONSE:**     Admitted that Plaintiff is not currently employed by World Corporation.

22 **REQUEST NO. 11:** Admit that Plaintiff has requested to return to his position of World
23 Corporation.

25 **RESPONSE:**     Admitted that Plaintiff requested employment with World Corporation.

**REQUEST NO. 12:** Admit that You attempted to transfer Plaintiff from World Corporation to World Construction.

**RESPONSE:** Admitted that World Construction attempted to transfer Plaintiff to Korea.

**REQUEST NO. 13:** Admit that You entered into an employment contact with the Plaintiff.

**RESPONSE:** Denied.

**REQUEST NO. 14:** Admit that during the month of April 2003, You did not intend to provide Plaintiff with three years of employment with World Corporation.

**RESPONSE:** Objection. Defendant can neither admit nor deny this request. World Corporation or its parent company World Construction hoped that it could employ Plaintiff for many years. However, neither entity promises to provide 3 years of employment.

**REQUEST NO. 15:** Admit that you directed Plaintiff to go to Saipan to work for World Resort.

**RESPONSE:** Denied.

Dated this 26th day of July, 2004.

PEDRO M. ATALIG
MATTHEW T. GREGORY
Attorneys for Defendant

-4-

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS was by me or at my direction served on _12th July_, 2004 via facsimile and hand delivery to:

**Colin M. Thompson**
Attorney at Law
Lower Base
P.O. Box 501280
Saipan, MP 96950

_____
MATTHEW T. GREGORY