FILED
Clerk
District Court

DEC 22 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Colin M. Thompson, Esq.
Law Offices of Colin M. Thompson
J.E. Tenorio Building
PMB 917, Box 10001
Saipan, MP 96950
Telephone: (670) 233-0777
Facsimile:  (670) 233-0776

*Attorney for Plaintiff*

## UNITED STATES DISTRICTCOURT

## FOR THE

## NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| YU SUK CHUNG, | ) | Civil Action No. 04-0001 |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTIONS |
| | ) | |
| vs. | ) | |
| | ) | |
| WORLD CORPORATION. | ) | FEB 16 2006 |
| A CNMI Corporation. | ) | Date:  ~~January 19, 2005~~ |
| | ) | Time:  ~~9:00 a.m.~~ 8:30 A.M |
| Defendant. | ) | Judge: Hon. Alex R. Munson |
| | ) | |

### NOTICE

FEB 16 2006    8:30

**PLEASE TAKE NOTICE** that, on ~~Wednesday~~, ~~January 19, 2005~~ at ~~9:00~~ a.m., or as

soon thereafter as it may be heard, Plaintiff, Yu Suk Chung through Counsel, shall move this

Court for orders on Plaintiff's Motion to Amend Judgment, Plaintiff's Motion for Attorney's Fees

and Costs and Plaintiff's Motion for Sanctions.

Dated this 22nd day of December, 2005

COLIN M. THOMPSON
Attorney for Plaintiff