Clerk
District Court

DEC 2 2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  **MATTHEW T. GREGORY**
   Attorney at Law
2  Second Floor, V.S. Sablan Building
   Chalan Piao
3  PMB 419, Box 10000
   Saipan MP 96950
4  Telephone:   (670) 234-3972
   Facsimile:    (670) 234-3973
5
   *Attorney for World Corporation*
6

7  **DAVID J. LUJAN**
   **IGNACIO C. AGUIGUI**
8  **LUJAN, UNPINGCO, AGUIGUI & PEREZ** LLP
   Attorneys At Law
9  Suite 300 Pacific News Building
   238 Archbishop Flores Street
10 Hagåtña, Guam 96910
   Telephone: (671) 477-8064/5
11 Facsimile:  (671) 477-5297

12 *Attorneys for World Corporation*

13                    IN THE UNITED STATES DISTRICT COURT

14                                  FOR THE

15                         NORTHERN MARIANA ISLANDS

16

17  YU SUK CHUNG,                    )  Civil Action No. **04-00001**
                                     )
18           Plaintiff,              )
                                     )  **NOTICE OF MOTION & MOTION FOR**
19                                   )  **CERTIFICATION PURSUANT TO RULE**
         vs.                         )  **54(b) OR IN THE ALTERNATIVE TO**
20                                   )  **AMEND THE JUDGMENT**
                                     )
21  WORLD CORPORATION,               )
                                     )  Date:  FEB 1 6 2006
22           Defendant.              )  Time:  8:30 A.M.
                                     )
23  _____)

24

- 1 -

1　　**PLEASE TAKE NOTICE** that on the FEB 1 6 2006, 2006, at the hour of
2　　8:30 a.m., or as soon thereafter as counsel may be heard, Defendant shall move this
3　　Court for an order Certifying the Judgment Pursuant to Rule 54(b) or in the alternative, to Amend
4　　the Judgment.
5　　　Said motion is brought pursuant to Rule 54(b) and 59(e) of the Federal Rules of Civil
6　　Procedure and based upon the accompanying memorandum of points and authorities, all pleadings
7　　on file herein.

9　　Dated this 22nd day of December, 2005.

10　　　　　　　　　　　　　　　　　　　**MATTHEW T. GREGORY, ESQ.**
　　　　　　　　　　　　　　　　　　　**LUJAN UNPINGCO AGUIGUI & PEREZ LLP**

14　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MATTHEW T. GREGORY
　　　　　　　　　　　　　　　　　　　Attorney for Defendant

**CERTIFICATE OF SERVICE**

  I certify that a true and correct copy of the foregoing DEFENDANT'S NOTICE OF MOTION & MOTION CERTIFYING THE JUDGMENT PURSUANT TO RULE 54(B) OR IN THE ALTERNATIVE, TO AMEND THE JUDGMENT was by me or at my direction served on 12/22/05 via hand delivery to:

**Colin M. Thompson**
Attorney at Law
Lower Base
P.O. Box 501280
Saipan, MP 96950

**Robert T. Torres**
Attorney at Law
1st Floor, D'Torres Building
Middle Road Garapan
P.O. Box 503758
Saipan, MP 96950

MATTHEW T. GREGORY