1  **MATTHEW T. GREGORY**
   Attorney at Law
2  Second Floor, V.S. Sablan Building
   Chalan Piao
3  PMB 419, Box 10000
   Saipan MP 96950
4  Telephone:    (670) 234-3972
   Facsimile:    (670) 234-3973
5
   *Attorney for World Corporation*
6

7  **DAVID J. LUJAN**
   **IGNACIO C. AGUIGUI**
8  **LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP**
   Attorneys At Law
9  Suite 300 Pacific News Building
   238 Archbishop Flores Street
10 Hagåtña, Guam 96910
   Telephone: (671) 477-8064/5
11 Facsimile: (671) 477-5297

12 *Attorneys for World Corporation*

13                 IN THE UNITED STATES DISTRICT COURT

14                              FOR THE

15                      NORTHERN MARIANA ISLANDS

16

17 YU SUK CHUNG,                    )   Civil Action No. **04-00001**
                                    )
18            Plaintiff,            )
                                    )   **NOTICE OF MOTION & MOTION FOR**
19                                  )   **COSTS PURSUANT TO RULE 68 OR IN THE**
       vs.                          )   **ALTERNATIVE TO AMEND THE**
                                    )   **JUDGMENT TO INCLUDE COSTS**
20                                  )
                                    )
21 WORLD CORPORATION,               )
                                    )   Date:  FEB 1 6 2006
22            Defendant.            )   Time:  8:30am
                                    )
23 _____   )

24

                                   - 1 -

- 2 -

1    **PLEASE TAKE NOTICE** that on the ~~FEB 1 6 2006~~, ~~2006~~, at the hour of
2    8:30 am, or as soon thereafter as counsel may be heard, Defendant shall move this
3    Court for an order granting Defendant's Motion for Costs Pursuant to Rule 68 or in the alternative,
4    to Amend the Judgment.
5    Said motion is brought pursuant to Rule 68 and 59 of the Federal Rules of Civil Procedure and
6    based upon the accompanying memorandum of points and authorities, all pleadings on file herein.

8    Dated this 22nd day of December, 2005.

9                                          MATTHEW T. GREGORY, ESQ.
                                           LUJAN UNPINGCO AGUIGUI & PEREZ LLP

13                                         _____
                                           MATTHEW T. GREGORY
                                           Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing DEFENDANT'S NOTICE OF MOTION & MOTION FOR COSTS PURSUANT TO RULE 68 OR IN THE ALTERNATIVE TO AMEND THE JUDGMENT TO INCLUDE COSTS was by me or at my direction served on 12/22/05 via hand delivery to:

**Colin M. Thompson**
Attorney at Law
Lower Base
P.O. Box 501280
Saipan, MP 96950

**Robert T. Torres**
Attorney at Law
1st Floor, D'Torres Building
Middle Road Garapan
P.O. Box 503758
Saipan, MP 96950

MATTHEW T. GREGORY

- 3 -