1  **MATTHEW T. GREGORY**
   Attorney at Law
2  Second Floor, V.S. Sablan Building
   Chalan Piao
3  PMB 419, Box 10000
   Saipan MP 96950
4  Telephone: (670) 234 3972
   Facsimile: (670) 234 3973
5
   **LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP**
6  **ATTORNEYS AT LAW**
   Suite 300 Pacific News Building
7  238 Archbishop Flores Street
   Hagåtña, Guam 96910
8  Telephone: (671) 477-8064/5
   Facsimile: (671) 477-5297
9
   *Attorneys for World Corporation*
10

   FILED
   Clerk
   District Court

   DEC 22 2005

   For The Northern Mariana Islands
   By_____
        (Deputy Clerk)

11              IN THE UNITED STATES DISTRICT COURT
                          FOR THE
12                 NORTHERN MARIANA ISLANDS

13  YU SUK CHUNG,              )  Civil Action No. 04-00001
                               )
14         Plaintiff,           )
                               )  **DECLARATION OF**
15                             )  **MATTHEW T. GREGORY IN**
       vs.                     )  **SUPPORT OF MOTION FOR COSTS**
16                             )
                               )  DATE: FEB 1 6 2006
17  WORLD CORPORATION,         )  TIME: 8:30am
                               )
18         Defendant.           )
                               )
19  _____

20     I, Matthew T. Gregory, hereby declare as follows:

21     1.  I am one of the attorneys of record for Defendant World Corporation in this case. I

22         make this declaration based on my personal knowledge and I am competent to testify

23         to the matters set forth herein.

24

                                   - 1 -

1 | 2. Attached hereto as Exhibit "A" is a true and accurate copy of the Offer of Judgment
2 | served on Plaintiff on October 14, 2005.
3 | 3. Attached hereto as Exhibit "B" is a true and accurate copy of Defendant's Certificate
4 | of Service for the October 14, 2005 Offer of Judgment.

6 I declare under penalty of perjury that the foregoing is true to the best of my knowledge
7 and belief.
8 Executed this 22nd day of December, 2005.

MATTHEW T. GREGORY

MATTHEW T. GREGORY, ESQ.
Attorney at Law
Second Floor, V.S. Sablan Building
Chalan Piao
PMB 419, Box 10000
Saipan, MP 96950
Telephone:   (670) 234-3972
Facsimile:   (670) 234-3973

**DAVID J. LUJAN, ESQ.**
**IGNACIO C. AGUIGUI, ESQ.**
**LUJAN, UNPINGCO, AGUIGUI & PEREZ** LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone:   (671) 477-8064/5
Facsimile:   (671) 477-5297

*Attorneys for Defendant World Corporation*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG,<br><br>          Plaintiff,<br><br>     vs.<br><br>WORLD CORPORATION,<br><br>          Defendant. | CIVIL CASE NO. **04-00001**<br><br>**OFFER OF JUDGMENT** |

EXHIBIT 4

TO:   PLAINTIFF AND HIS ATTORNEY OF RECORD:

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant hereby offers to allow judgment to be taken against it in this action, in the amount of One Hundred Seventy Five Thousand U.S. Dollars ($175,000.00). It is explicitly stated that this Offer of $175,000.00 includes costs and therefore, a judgment based on this Offer will not include any additional amount for costs. *Marek v. Chesny*, 473 U.S. 1, 6, 87 L.ED 2d 1, 6, 105 S.Ct. 3012, 3015 (1985).

This Offer of Judgment is made for the purposes specified in Rule 68 and is not be construed either as an admission that the Defendants are liable in this action, or that the Plaintiff has suffered any damages.

DATED this 14th day of October, 2005.

MATTHEW T. GREGORY, ESQ.
LUJAN UNPINGCO AGUIGUI & PEREZ LLP

By: _____
      MATTHEW T. GREGORY, ESQ.
      Attorneys for World Corporation

MATTHEW T. GREGORY
Attorney at Law
Second Floor, V.S. Sablan Building
Chalan Piao
PMB 419, Box 10000
Saipan MP 96950
Telephone: (670) 234 3972
Facsimile: (670) 234 3973

LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
ATTORNEYS AT LAW
Suite 300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone: (671) 477-8064/5
Facsimile: (671) 477-5297

*Attorneys for World Corporation*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG, <br><br> Plaintiff, <br><br> vs. <br><br> WORLD CORPORATION, <br><br> Defendant. | Civil Action No. **04-00001** <br><br> **CERTIFICATE OF SERVICE** |

I, Maricar M. Guintu certify that on October 14, 2005, a true and correct copy of the Defendant's Offer of Judgment in this action was served via facsimile at 4:38 p.m. and hand deliver at 5:15 p.m. to:

- 1 -



EXHIBIT B

1  COLIN M. THOMPSON
   Attorney at Law
2  J.E. Tenorio Building
   Middle Road, Gualo Rai
   PMB 917, Box 10001
3  Saipan, MP 96950

4

5  Dated this 17th day of October, 2005.

6

7

8                                                    _____
                                                      MARICAR M. GUINTU
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24