Case 1:04-cv-00001   Document 202   Filed 01/09/2006   Page 1 of 3

FILED
Clerk
District Court

JAN -9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MATTHEW T. GREGORY, ESQ.
Attorney at Law
Second Floor, V.S. Sablan Building
Chalan Piao
PMB 419, Box 10000
Saipan, MP 96950
Telephone:   (670) 234-3972
Facsimile:   (670) 234-3973

DAVID J. LUJAN, ESQ.
IGNACIO C. AGUIGUI, ESQ.
LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone:   (671) 477-8064/5
Facsimile:   (671) 477-5297

*Attorneys for Defendant World Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG,<br><br>        Plaintiff,<br><br>    vs.<br><br>WORLD CORPORATION,<br><br>        Defendant. | CIVIL CASE NO. **04-00001**<br><br>NOTICE OF APPEAL |

Notice is hereby given that World Corporation, the defendant in the above case, hereby appeals to the United states Court of Appeals for the Ninth Circuit from the judgment entered on December 8, 2005. Attached hereto as Exhibit A. is the December 8, 2005 judgment.

1
2      **RESPECTFULLY SUBMITTED** this 22nd day of December, 2005.
3
4                                  **MATTHEW T. GREGORY, ESQ.**
5                                  **LUJAN UNPINGCO AGUIGUI & PEREZ LLP**
6
7                                  By: _____
                                        MATTHEW T. GREGORY, ESQ.
8                                       *Attorneys for World Corporation*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED
Clerk
District Court

DEC - 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD CORPORATION,<br><br>Defendant. | Case No. CV-04-0001<br><br>**JUDGMENT**<br>**AS TO BREACH OF CONTRACT** |

THIS MATTER came before the court for a trial by jury on October 31, 2005. Plaintiff Yu Suk Chung appeared personally and by and through his attorneys, Colin Thompson and Robert T. Torres; Defendant World Corporation appeared personally and by and through its attorney, Matthew Gregory.

The jury having rendered a verdict in favor of Plaintiff on his claim for breach of contract; it is now, therefore, ORDERED AND ADJUDGED that Plaintiff Yu Suk Chung recover from Defendant World Corporation in the amount of $136,665.00 for breach of contract. An order for costs will be entered separately.

DATED this 8th day of December, 2005.

_____
David A Wiseman
Designated Judge

EXHIBIT
A