FILED
Clerk
District Court

JAN 1 1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MATTHEW T. GREGORY, ESQ.
Attorney at Law
Second Floor, V.S. Sablan Building
Chalan Piao
PMB 419, Box 10000
Saipan, MP 96950
Telephone:   (670) 234-3972
Facsimile:   (670) 234-3973

DAVID J. LUJAN, ESQ.
IGNACIO C. AGUIGUI, ESQ.
LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone:   (671) 477-8064
Facsimile:   (671) 477-5297

*Attorneys for Defendant World Corporation*

IN THE UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG, <br><br>    Plaintiff, <br><br> vs. <br><br> WORLD CORPORATION, <br><br>    Defendant. | CIVIL CASE NO. **04-00001** <br><br> **AMENDED NOTICE OF APPEAL** |

Notice is hereby given that World Corporation, defendant is the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment filed in this action on December 8, 2005, and orders and rulings in this action preceding and/or giving rise to the Judgment including but not limited to the Order Denying Motion to Dismiss filed June 13, 2005, and the Order on Motions for Summary Judgment filed June 22, 2005.

1    World Corporation also appeals the Order Denying Defendant's Motion for Mistrial as to
2  breach of contract claim filed in this action on December 16, 2005.
3    A Representation Statement is attached hereto.

4  **Dated: January 11, 2006.**              **MATTHEW T. GREGORY, ESQ.**
                                             **LUJAN AGUIGUI & PEREZ LLP**

6                                            By: _____
                                             MATTHEW T. GREGORY, ESQ.
7                                            *Attorneys for World Corporation*

# REPRESENTATION STATEMENT

**Plaintiff/Appellee Yu Suk Chung**

Colin M. Thompson, Esq.
Law Office of Colin M. Thompson
PMB 917 Box 10001
J.E. Tenorio Building
Middle Road
Saipan, MP 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

Robert T. Torres, Esq.
1st Floor, D'Torres Building
P.O. Box 503758
Saipan, MP 96950
Telephone: (670) 233-7859
Facsimile: (670) 233-5749

*Attorneys for Yu Suk Chung*

**Defendant/Appellant World Corporation**

Matthew T. Gregory, Esq.
Attorney at Law
Second Floor, V.S. Sablan Building
Chalan Piao
PMB 419, Box 10000
Saipan, MP 96950
Telephone: (670) 234-3972
Facsimile: (670) 234-3973

David J. Lujan, Esq.
Ignacio C. Aguigui, Esq.
Lujan, Aguigui & Perez LLP
Suite 300 Pacific News Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone: (671) 477-8064
Facsimile: (671) 477-5297

*Attorneys for World Corporation*