| | |
|---|---|
| MATTHEW T. GREGORY, ESQ.<br>Attorney at Law<br>Second Floor, V.S. Sablan Building<br>Chalan Piao<br>PMB 419, Box 10000<br>Saipan, MP 96950<br>Telephone: (670) 234-3972<br>Facsimile: (670) 234-3973<br><br>DAVID J. LUJAN, ESQ.<br>IGNACIO C. AGUIGUI, ESQ.<br>LUJAN AGUIGUI & PEREZ LLP<br>Pacific News Building, Suite 300<br>238 Archbishop Flores Street<br>Hagâtña, Guam 96910<br>Telephone: (671) 477-8064<br>Facsimile: (671) 477-5297<br><br>*Attorneys for Defendant World Corporation* | FILED<br>Clerk<br>District Court<br><br>JAN 1 3 2006<br><br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG,<br><br>            Plaintiff,<br><br>    vs.<br><br>WORLD CORPORATION,<br><br>            Defendant. | CIVIL CASE NO. <u>04-00001</u><br><br>NOTICE OF ERRATA AND REQUEST TO STRIKE DEFENDANT'S FILING OF JANUARY 12, 2006 |

Page 1

1

2  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3  Due to a clerical error, the document entitled "Defendant's Emergency Motion for An

4  Order Discharging Counsel and Staying Proceedings" was erroneously submitted for filing with

5  the Court on January 12, 2006. Accordingly, request is made to strike such filing from the record.

6  Counsel intends to submit a revised motion requesting substantially similar relief.

7

8  Dated: January 13, 2006.

9                  MATTHEW T. GREGORY, ESQ.
                DAVID J. LUJAN, ESQ.
10                 IGNACIO C. AGUIGUI, ESQ.

11  By: _____
                  IGNACIO C. AGUIGUI, ESQ.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28