1  MATTHEW T. GREGORY, ESQ.
   Attorney at Law
2  Second Floor, V.S. Sablan Building
   Chalan Piao
3  PMB 419, Box 10000
   Saipan, MP 96950
4  Telephone:   (670) 234-3972
   Facsimile:   (670) 234-3973
5

6  DAVID J. LUJAN, ESQ.
   IGNACIO C. AGUIGUI, ESQ.
7  LUJAN AGUIGUI & PEREZ LLP
   Pacific News Building, Suite 300
8  238 Archbishop Flores Street
   Hagåtña, Guam 96910
9  Telephone:   (671) 477-8064
   Facsimile:   (671) 477-5297
10

11 *Attorneys for Defendant World Corporation*

FILED
Clerk
District Court

JAN 13 2006

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

12              UNITED STATES DISTRICT COURT
13             FOR THE NORTHERN MARIANA ISLANDS

15 | YU SUK CHUNG,
16 |           Plaintiff,                CIVIL CASE NO. **04-00001**
17 |    vs.
18 | WORLD CORPORATION,                  [~~PROPOSED~~] ORDER
19 |           Defendant.

1
2   Having been advised that the document entitled "Defendant's Emergency Motion for An
3 Order Discharging Counsel and Staying Proceedings" was erroneously filed with the Court on
4 January 12, 2006 due to a clerical error, and upon the request of the Defendant's counsel, such
5 filing made on January 12, 2006, is hereby stricken from the record.
6
7   SO ORDERED THIS     JAN 1 3 2006                    .
8
9                                  *Alex R. Munson*
                                    ———————————————
10                                  HON. ALEX R. MUNSON
                                    **Chief Judge**
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28