MATTHEW T. GREGORY, ESQ.
Attorney at Law
Second Floor, V.S. Sablan Building
Chalan Piao
PMB 419, Box 10000
Saipan, MP 96950
Telephone: (670) 234-3972
Facsimile: (670) 234-3973

DAVID J. LUJAN, ESQ.
IGNACIO C. AGUIGUI, ESQ.
LUJAN AGUIGUI & PEREZ LLP
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone: (671) 477-8064
Facsimile: (671) 477-5297

*Attorneys for Defendant World Corporation*

FILED
Clerk
District Court

JAN 17 2006

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG,<br><br>        Plaintiff,<br><br>vs.<br><br>WORLD CORPORATION,<br><br>        Defendant. | CIVIL CASE NO. **04-00001**<br><br>NOTICE OF WITHDRAWAL AND EMERGENCY MOTION FOR AN ORDER DISCHARGING COUNSEL AND STAYING PROCEEDINGS<br><br>**Emergency Motion Under Local Rule 7.1.h.3(b)** |

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1.h.3(b)**

This emergency motion is brought before the Court to address the issue of the withdrawal and discharge of World Corporation's current counsel of record. The Court is asked to address the issue of World Corporation's representation in this case on an emergency basis because of (1) the necessity of World Corporation's current counsel to withdraw, (2) a hearing on February 16, 2006, on certain pending post-judgment motions, and an impending deadline in a few days for filing reply briefs concerning those motions; and (3) the new trial scheduled to begin in approximately 3 months.

The telephone number and office address of opposing counsel are as follows:

Colin M. Thompson, Esq.
Law Office of Colin M. Thompson
PMB 917 Box 10001
J.E. Tenorio Building
Middle Road
Saipan, MP  96950
Telephone: (670) 233-0777

I certify that at my direction, a copy of this motion will be served on Mr. Thompson's office today. Additionally, a copy of this motion will be served today on World Corporation, through the office of Mr. B.K. Park, Vice President and General Manager of World Corporation, by hand delivery and by facsimile.

Dated: January 17, 2006.

MATTHEW T. GREGORY, ESQ.
DAVID J. LUJAN, ESQ.
IGNACIO C. AGUIGUI, ESQ.

By: _____
       IGNACIO C. AGUIGUI, ESQ.

**NOTICE OF WITHDRAWAL AND MOTION**

MATTHEW T. GREGORY, DAVID J. LUJAN, and IGNACIO C. AGUIGUI give notice of their withdrawal as counsel of record for World Corporation in this matter, and accordingly, apply for an order discharging them as counsel.

Messrs. Lujan and Aguigui concluded their agreement to represent World Corporation in early December 2005 upon return of the verdict and since then, despite discussions and negotiations with World, no further agreements have been reached between counsel and World to govern counsel's continued representation of World in this matter. Counsel cannot continue their representation of World in the absence of an engagement agreement to govern such representation. With respect to Mr. Gregory, he has recently assumed a position with the CNMI government as Acting Attorney General and is, therefore, unable to continue his representation. Accordingly, for those reasons, Messrs. Gregory, Lujan, and Aguigui request that the Court discharge them as counsel of record for World Corporation.

World has been made aware of counsel's intent to file this motion and has not objected. However, in light of the need for World Corporation to identify and secure new counsel in this case and the time that will be required for that task, World Corporation has asked counsel to request that the Court grant a reasonable stay of further proceedings and deadlines, in order to secure new counsel and to allow new counsel to prepare themselves for representation in the proceedings. Furthermore, counsel respectfully suggests that the Court schedule a status conference on a date certain, at which time Defendant shall apprise the Court of its efforts to secure new counsel. The rescheduling of any deadlines, hearing dates, and other such matters may also be heard at that time.

If the Court deems a hearing on this Emergency Motion necessary, counsel asks the Court for a hearing at the earliest possible date and time. Otherwise, counsel respectfully requests that the Court grant the requested relief as soon as possible. The new trial is scheduled to begin in approximately three (3) months. Furthermore, a hearing on certain pending post-judgment motions is scheduled for February 16, 2006, and there is an impending deadline in a few days for filing reply briefs concerning those motions. Furthermore, the issue of representation must be

resolved so that World can be given an opportunity to secure new counsel and so that new counsel can be given an adequate opportunity to prepare and assume representation of World in further proceedings.

Respectfully submitted this 17th day of January, 2006.

MATTHEW T. GREGORY, ESQ.
DAVID J. LUJAN, ESQ.
IGNACIO C. AGUIGUI, ESQ.

By: _____
IGNACIO C. AGUIGUI, ESQ.