MATTHEW T. GREGORY, ESQ.
Attorney at Law
Second Floor, V.S. Sablan Building
Chalan Piao
PMB 419, Box 10000
Saipan, MP 96950
Telephone: (670) 234-3972
Facsimile: (670) 234-3973

DAVID J. LUJAN, ESQ.
IGNACIO C. AGUIGUI, ESQ.
LUJAN AGUIGUI & PEREZ LLP
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone: (671) 477-8064
Facsimile: (671) 477-5297

*Attorneys for Defendant World Corporation*

FILED
Clerk
District Court

JAN 18 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WORLD CORPORATION,<br><br>　　　　Defendant. | CIVIL CASE NO. **04-00001**<br><br>**DECLARATION OF MATTHEW T. GREGORY IN SUPPORT OF NOTICE OF WITHDRAWAL AND EMERGENCY MOTION FOR AN ORDER DISCHARGING COUNSEL AND STAYING PROCEEDINGS** |

　　　　I, MATTHEW T. GREGORY, declare as follows:

　　　　1.　　I am aware of the Notice of Withdrawal and Emergency Motion for an Order Discharging Counsel and Staying Proceedings, filed on January 17, 2006, and signed by Ignacio C. Aguigui, seeking the withdrawal and discharge of myself, David Lujan, and Mr. Aguigui from the representation of World Corporation in this matter. The filing was submitted to the Court with my knowledge, concurrence, and consent.

2.    I was recently appointed as the Acting Attorney General by CNMI Governor Benigno Fitial, and therefore, I am unable to continue representation of World Corporation in this case. On that basis, I ask that the Court discharge me as counsel of record for World Corporation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 17th day of January 2006 in Saipan, CNMI.

_____
MATTHEW T. GREGORY