MATTHEW T. GREGORY, ESQ.
Attorney at Law
Second Floor, V.S. Sablan Building
Chalan Piao
PMB 419, Box 10000
Saipan, MP 96950
Telephone: (670) 234-3972
Facsimile: (670) 234-3973

**DAVID J. LUJAN, ESQ.**
**IGNACIO C. AGUIGUI, ESQ.**
**LUJAN AGUIGUI & PEREZ LLP**
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone: (671) 477-8064
Facsimile: (671) 477-5297

*Attorneys for Defendant World Corporation*

F I L E D
Clerk
District Court

JAN 1 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WORLD CORPORATION,<br><br>　　　　　Defendant. | CIVIL CASE NO. **04-00001**<br><br>DECLARATION OF IGNACIO C. AGUIGUI IN SUPPORT OF NOTICE OF WITHDRAWAL AND EMERGENCY MOTION FOR AN ORDER DISCHARGING COUNSEL AND STAYING PROCEEDINGS |

I, Ignacio C. Aguigui, declare as follows:

1. I am admitted to this case *pro hac vice*. David J. Lujan and I are partners in the Guam law firm of Lujan Aguigui & Perez LLP, and are co-counsel of record for World Corporation in this case. Our agreement to represent World Corporation ended in early December 2005, upon return of the verdict in this case, and since then, despite continued

discussions and negotiations with World, no further agreements have been reached between us and World to govern our continued representation of World in this matter.

2.  We are unable to continue our representation of World in this matter in the absence of an engagement agreement to govern such representation. Accordingly, we ask the Court to discharge us as counsel of record for World Corporation in this case as soon as possible.

3.  I submitted the Notice of Withdrawal and Emergency Motion for an Order Discharging Counsel and Staying Proceedings, filed on January 17, 2006, seeking the withdrawal and discharge of myself, Matthew Gregory, and David Lujan from the representation of World Corporation in this matter. The filing was submitted to the Court with the knowledge, concurrence, and consent of Messrs. Lujan and Gregory. We advised World Corporation of our intent to file the motion, and World Corporation has not objected. World Corporation has asked us to request that the Court grant a stay of further proceedings and deadlines, in order to secure new counsel and to allow new counsel to prepare themselves for representation of World in the proceedings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 18th day of January 2006 in Saipan, CNMI.

_____
IGNACIO C. AGUIGUI