MATTHEW T. GREGORY, ESQ.
Attorney at Law
Second Floor, V.S. Sablan Building
Chalan Piao
PMB 419, Box 10000
Saipan, MP 96950
Telephone: (670) 234-3972
Facsimile: (670) 234-3973

DAVID J. LUJAN, ESQ.
IGNACIO C. AGUIGUI, ESQ.
LUJAN AGUIGUI & PEREZ LLP
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone: (671) 477-8064
Facsimile: (671) 477-5297

*Attorneys for Defendant World Corporation*

F I L E D
Clerk
District Court

JAN 1 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

YU SUK CHUNG,

        Plaintiff,

vs.

WORLD CORPORATION,

        Defendant.

CIVIL CASE NO. **04-00001**

**PROOF OF SERVICE**

I, Ignacio C. Aguigui, certify that I caused a copy of the following documents,

1. Declaration of David J. Lujan in Support of Notice of Withdrawal and Emergency Motion for an Order Discharging Counsel and Staying Proceedings;

2. Declaration of Ignacio C. Aguigui in Support of Notice of Withdrawal and Emergency Motion for an Order Discharging Counsel and Staying Proceedings; and

3. Declaration of Matthew T. Gregory in Support of Notice of Withdrawal and Emergency Motion for an Order Discharging Counsel and Staying Proceedings;

to be served on the following by hand delivery today:

*Page 1*

Colin M. Thompson, Esq.
Law Office of Colin M. Thompson
PMB 917 Box 10001
J.E. Tenorio Building
Middle Road
Saipan, MP 96950

World Corporation
*through* Mr. B.K. Park
Vice President and General Manager
World Corporation d.b.a. Saipan World Resort
Beach Road, Susupe
Saipan, MP 96950

Dated: January 18, 2006.

_____
IGNACIO C. AGUIGUI