MARK B. HANSON, ESQ.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone: (670) 233-8600
Facsimile: (670) 233-5262

Limited Appearance for World Corp.

FILED
Clerk
District Court
JAN 25 2006
For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG, <br><br>    Plaintiff, <br><br> vs. <br><br> WORLD CORPORATION, <br><br>    Defendant. | CASE NO. CV 04-00001 <br><br> *EX PARTE* MOTION UNDER LOCAL RULES 7.1.h.3(b) AND 7.1.h.5 FOR AN ORDER SHORTENING TIME <br><br> Date: FEB 09 2006 <br> Time: 9:00 A.M. <br> Judge: Hon. Alex R. Munson |

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1.H.3(b)

1. I am entering a limited appearance for Defendant World Corporation ("WORLD") in the above-captioned case. I submit this certificate pursuant to Local Rules 7.1.h.3(b) and 7.1.h.5 in support of WORLD's *ex parte* motion for an order shortening time for hearing WORLD's Motion for Reconsideration being filed concurrently herewith. In support of this motion, WORLD submits this Certificate of the undersigned.

2. On January 19, 2006, the Court allowed the complete withdrawal of all of WORLD's attorneys in the above-referenced matter. The Order was issued on the motion of the attorneys; no hearing was held nor was any position of WORLD represented to the Court.

3. The Court's order granting the attorneys' requested relief postponed the briefing schedule of briefs that are due in pending motions, but only until February 3, 2006 and the hearing date remains the same – February 16, 2006.

4. There is a retrial to a jury after mistrial currently scheduled to commence in this case on April 17, 2006. No extensions or changes other than the date on which the present

ORIGINAL

1  reply briefs are due have been granted.

2      5. The issues raised in the Motion for Reconsideration are of the utmost urgency given
3  the precarious position in which WORLD now finds itself all of its attorneys having
4  unilaterally withdrawn from representing WORLD in this matter.

5      6. The following are the withdrawing attorneys for WORLD in this matter:

6  MATTHEW T. GREGORY, ESQ.         DAVID J. LUJAN, ESQ.
   Attorney at Law                           IGNACIO C. AGUIGUI, ESQ.
7  Second Floor, V.S. Sablan Bldg.        Lujan Aguigui & Perez LLP
   PMB 419, P.O. Box 10,000            238 Archbishop Flores Street
8  Saipan, Marina Islands 96950         Hagatna, Guam 96910
   Telephone:  (670) 234-3972            Telephone:  (671) 477-8064
9  Facsimile:   (670) 234-3973            Facsimile:   (671) 477-5297

10      7. The following are the attorneys for the opposing parties:

11  COLIN M. THOMPSON, ESQ.
12  Law Offices of Colin M. Thompson
    J.E. Tenorio Building
13  PMB 917, P.O. Box 10,001
    Saipan, Marina Islands 96950
14  Telephone:  (670) 233-0777
    Facsimile:   (670) 233-0776

15      8. The above-listed attorneys shall receive a copy of this motion, and WORLD's
16  Motion for Reconsideration, and will be notified of any hearing on this motion, at the earliest
17  practicable time.
18      WHEREFORE, for the foregoing reasons, WORLD respectfully request that the Court
19  grant its motion to shorten time and set a hearing on WORLD's Motion for Reconsideration
20  at the earliest date.
21      DATED this 25th day of January, 2006.

22

23  _____
24  MARK B. HANSON

25  First Floor, Macaranas Building
    Beach Road, Garapan
26  PMB 738, P.O. Box 10,000
    Saipan, MP 96950

27  **RECEIVED**    Limited Appearance for World Corp.
28      JAN 25 2006

    Clerk
    District Court
For The Northern Mariana Islands