FILED
Clerk
District Court

JAN 2 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD CORPORATION,<br><br>Defendant. | Case No. CV-04-0001<br><br>**AMENDED ORDER SHORTENING TIME AND SETTING STATUS CONFERENCE AND HEARING** |

Based on the Certification submitted by Defendant World Corporation under Local Rule 7.1.H.3(b), and for good cause shown, World Corporation's motion to shorten time for hearing its Motion for Reconsideration is **HEREBY GRANTED**.

Oppositions to the Motion for Reconsideration, if any, shall be filed and served on or before February 2, 2006. Replys to the Motion for Reconsideration, if any, shall be filed and served on or before February 7, 2006. The Motion for Reconsideration shall be heard on February 9, 2006, at 9:00 a.m.

**THE COURT HEREBY ORDERS** a status conference in chambers set for February 9, 2006, at 8:30 a.m. Furthermore, it is **ORDERED** that replys to outstanding motions to be heard on February 16, 2006, if any, shall be filed and served on or before February 14, 2006.

**DATED** this 26th day of January, 2006.

/s/ Alex R. Munson

Alex R. Munson
Chief Judge