F I L E D
Clerk
District Court

JAN 27 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MARK B. HANSON, ESQ.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone: (670) 233-8600
Facsimile: (670) 233-5262

Limited Appearance for World Corp.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG,<br><br>        Plaintiff,<br><br>vs.<br><br>WORLD CORPORATION,<br><br>        Defendant. | CASE NO. CV 04-00001<br><br>PROOF OF SERVICE |

    I, Rowena J. De Vera, hereby declare under the penalty of perjury that I am over 18 years of age and not a party to this action, and that on the 27th day of January 2006, at the time and in the manner indicated below, I served a true and correct copy of the documents filed at United States District Court for the Northern Mariana Islands.

    A.    MOTION FOR RECONSIDERATION.
    B.    EX PARTE MOTION UNDER LOCAL RULES 7.1.h 3(b) AND 7.1.h.5 FOR AN ORDER SHORTENING TIME.
    C.    DECLARATION OF B.K. PARK.
    D.    ORDER SHORTENING TIME AND SETTING STATUS CONFERENCE AND HEARING.

<u>Served Via Facsimile:</u>

    1.    ROBERT T. TORRES, ESQ.
           Law Office of Robert T. Torres
           Fax No. (670) 234-7855 at 3:58 p.m.

1 | This declaration was executed at Saipan, Commonwealth of the Northern Mariana Islands
2 | on this 27th day of January 2006.

_____
Rowena J. De Vera