```
                                                        F I L E D
                                                           Clerk
                                                       District Court

                                                        JAN 2 7 2006

                                                   For The Northern Mariana Islands
                                                   By_____
                                                           (Deputy Clerk)
```

1  MARK B. HANSON, ESQ.
   First Floor, Macaranas Building
2  Beach Road, Garapan
   PMB 738 P.O. Box 10,000
3  Saipan, Mariana Islands 96950
   Telephone:  (670) 233-8600
4  Facsimile:  (670) 233-5262

5  Limited Appearance for World Corp.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| YU SUK CHUNG, | ) | CASE NO. CV 04-00001 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | PROOF OF SERVICE |
| WORLD CORPORATION, | ) | |
| Defendant. | ) | |

I, Rowena J. De Vera, hereby declare under the penalty of perjury that I am over 18 years of age and not a party to this action, and that on the 26th day of January 2006, at the time and in the manner indicated below, I served a true and correct copy of the documents filed at United States District Court for the Northern Mariana Islands.

A.  MOTION FOR RECONSIDERATION.
B.  EX PARTE MOTION UNDER LOCAL RULES 7.1.h 3(b)
    AND 7.1.h.5 FOR AN ORDER SHORTENING TIME.
C.  DECLARATION OF B.K. PARK.
D.  ORDER SHORTENING TIME AND SETTING STATUS
    CONFERENCE AND HEARING.

Served Via Facsimile:

1.  MATTHEW T. GREGORY, ESQ.
    Law Office of Matthew T. Gregory
    Fax No. (670) 234-3973 at 11:14 a.m.

2.  **COLIN M. THOMPSON, ESQ.**
    Law Office of Colin M. Thompson
    Fax No. (670) 233-0776 at 11:08 a.m.

3.  **DAVID J. LUJAN, ESQ.**
    **IGNACIO C. AGUIGUI, ESQ.**
    Lujan, Aguigui & Perez, LLP
    Fax No. (671) 477-5297 at 11:28 a.m.

This declaration was executed at Saipan, Commonwealth of the Northern Mariana Islands on this 27th day of January 2006.

_____
Rowena J. De Vera