1  Ramon K. Quichocho, Esq.
   LAW OFFICES OF RAMON K. QUICHOCHO, LLC
2  2nd Floor, V.S. Sablan Building, Chalan Piao
   P.O. Box 505621
3  Saipan, MP 96950
   Tel. No.: 670.234.8946
4  Fax: 670.234.8920
   Email: rayq@vzpacifica.net
5
   *Attorney for Matthew T. Gregory*
6

FILED
Clerk
District Court

FEB -2 2006

For The Northern Mariana Islands
By_____
     (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| YU SUK CHUNG, | ) CASE NO. CV04-0001 |
|---|---|
| Plaintiff, | ) |
| vs. | ) PROOF OF SERVICE |
| WORLD CORPORATION, | ) |
| Defendant. | ) |

I, Ramon K. Quichocho, certify that I caused a copy of the Matthew T. Gregory's Memorandum in Opposition to Motion for Reconsideration to be served on the following counsel of record, by hand delivery, today:

Colin M. Thompson, Esq.
Law Office of Colin M. Thompson
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, MP 96950

*Attorney for Plaintiff*

1  Mark B. Hanson, Esq.
2  First Floor, Macaranas Building
   Beach Road, Garapan
3  PMB 738 Box 10000
   Saipan, MP 96950
4
5  *Attorney for Defendant*

6  Respectfully submitted this <u>2nd</u> day of February, 2006.

7                              LAW OFFICES OF RAMON K. QUICHOCHO, LLC
8
9                              [signature]
                               Ramon K. Quichocho
10                             Attorney for Matthew T. Gregory