| | |
|---|---|
| 1  **LUJAN AGUIGUI & PEREZ** LLP | F I L E D |
|    Attorneys at Law | Clerk |
| 2  300 Pacific News Building | District Court |
|    238 Archbishop Flores Street | |
| 3  Hagåtña, Guam 96910 | FEB - 2 2006 |
|    Telephone:  (671) 477-8064 | |
| 4  Facsimile:   (671) 477-5297 | For The Northern Mariana Islands |
|    | By_____ |
| 5  | (Deputy Clerk) |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG, | CIVIL CASE NO. **04-00001** |
| Plaintiff, | |
| vs. | ***EX PARTE* MOTION OF DAVID J. LUJAN AND IGNACIO C. AGUIGUI FOR AN ORDER SEALING OPPOSITION BRIEF SUBMITTED FEBRUARY 2, 2006, AND FOR INSTRUCTIONS REGARDING SERVICE OF BRIEF ON PLAINTIFF'S COUNSEL** |
| WORLD CORPORATION, | |
| Defendant. | |
| | *Ex Parte Motion Under Local Rule 7.1.h.3(b)* |

### MOTION AND CERTIFICATE PURSUANT TO LOCAL RULE 7.1.h.3(b)

1.  I am submitting this certificate in connection with the *Ex Parte* Motion of the undersigned and David J. Lujan for an Order Sealing Opposition Brief Filed February 2, 2006 and For Instructions Regarding Service of Brief on Plaintiff's Counsel.

2.  Mr. Lujan and I are moving the Court for an Order sealing our Opposition Brief to World Corporation's Motion for Reconsideration of the Court's January 19, 2006 Order Granting our Motion to Withdraw, as well as the Declaration of David J. Lujan and Ignacio C. Aguigui attached to the brief. The Court has set hearing on February 9, 2006 for World's motion for

*Page 1*

1  reconsideration, and allowed oppositions to the motion to be filed and served on or before
2  February 2, 2006, and replies to be filed and served on or before February 7.

3      3. Our opposition brief contains information relating to our former representation of
4  World, and we reasonably believe that disclosure of that information is permitted under ABA
5  Model Rule of Professional Conduct 1.6(b)(2), *i.e.,* "to establish a claim or defense of behalf of
6  the lawyer in a controversy between the lawyer and the client," and "to respond to allegations in
7  any proceeding concerning the lawyer's representation of the client."

8      4. We now have an ongoing controversy with World, and World has leveled allegations
9  regarding our representation, thus necessitating disclosure of information relating to our former
10  representation.

11      5. Nonetheless in an effort to mitigate disclosure of that information, we are
12  respectfully asking the Court to allow the filing under seal of the February 2 Opposition brief
13  (and Declaration attached to the brief) if the Court, after reviewing the contents of the Opposition
14  and Declaration, deems such filing under seal warranted.

15      6. Furthermore, depending on the Court's decision to allow the filing under seal, we
16  also ask for the Court's instructions regarding service of the opposition on Plaintiff's counsel.
17  We have caused copies of this motion to be served on Plaintiff's counsel, Mr. Thompson, but
18  have only served him with the cover page of our opposition brief, in light of the issues raised in
19  this motion. We have caused to be served copies of this motion, and a full copy of our opposition
20  brief on Mr. Mark B. Hanson, present counsel for World Corporation. We have also provided
21  Mr. Matthew T. Gregory with copies of the same.

22      7. The following are the attorneys for World and the Plaintiff in this matter:

23
24  Mark B. Hanson, Esq.                       Colin M. Thompson, Esq.
     1st Floor, Macaranas Bldg.                 J.E. Tenorio Bldg.
25  PMB 738, P.O. Box 10,000                PMB 917, P.O. Box 10,001
     Saipan, MP 96950                          Saipan, MP 96950
26  Tel. (670) 233-8600                         Tel. (670) 233-0777
     Fax: (670) 233-5262                        Fax: (670) 233-0776
27  *Counsel for World Corp.*                  *Counsel for Yu Suk Chung*

28

8. Accordingly, David J. Lujan and Ignacio C. Aguigui respectfully move the Court for an order regarding the filing under seal of their February 2 Opposition brief and the Declaration attached thereto, and for an order instructing them on whether service of the opposition brief on Plaintiff's counsel should be accomplished.

**RESPECTFULLY SUBMITTED** this 2nd day of February, 2006.

DAVID J. LUJAN, ESQ.
IGNACIO C. AGUIGUI, ESQ.
LUJAN AGUIGUI & PEREZ LLP

By: _____
　　　IGNACIO C. AGUIGUI, ESQ.