F I L E D
Clerk
District Court

FEB -3 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG,<br><br>    Plaintiff,<br><br>    vs.<br><br>WORLD CORPORATION,<br><br>    Defendant. | Case No. CV-04-0001<br><br>**ORDER THAT DAVID J. LUJAN AND IGNACIO C. AGUIGUI'S OPPOSITION BRIEF BE FILED** |

    THE COURT, having received the Opposition of David J. Lujan and Ignacio C. Aguigui to World Corporation's Motion for Reconsideration, and Declaration of David J. Lujan and Ignacio C. Aguigui in Support Thereof (Feb. 2, 2006), ORDERS that the court file the briefs under seal pending the court's decision on the Ex Parte Motion of David J. Lujan and Ignacio C. Aguigui for an Order Sealing Opposition Brief Submitted February 2, 2006, and for Instructions Regarding Service of Brief on Plaintiff's Counsel.[1]

    To allow plaintiff to respond to the motion, plaintiff must be served. Furthermore, to clarify, the Ex Parte Motion of David J. Lujan and Ignacio C. Aguigui fails to list plaintiff's co-counsel, Robert T. Torres, P.O. Box 503758 CK, Saipan, MP 96950, who should also be served with the appropriate documents.

    **DATED** this 3rd day of February, 2006.

                                                       /s/ Alex R. Munson
                                                     Alex R. Munson
                                                     Chief Judge

---

[1] This order does not dispose of whether the opposition brief was filed in compliance with the Amended Order Shortening Time and Setting Status Conference and Hearing, No. 220 (Jan. 26, 2006).