F I L E D
Clerk
District Court

FEB - 7 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1   MARK B. HANSON, ESQ.
    First Floor, Macaranas Building
2   Beach Road, Garapan
    PMB 738 P.O. Box 10,000
3   Saipan, Mariana Islands 96950
    Telephone:    (670) 233-8600
4   Facsimile:    (670) 233-5262

5   Limited Appearance for World Corp.

6           IN THE UNITED STATES DISTRICT COURT
7           FOR THE NORTHERN MARIANA ISLANDS

8   YU SUK CHUNG,                          )   CASE NO. CV 04-00001
                                           )
9                    Plaintiff,            )
                                           )   NOTICE OF FILING UNDER
    vs.                                    )   SEAL OF REPLY BRIEF OF
10                                         )   WORLD CORPORATION
    WORLD CORPORATION,                     )   PURSUANT TO COURT'S
11                                         )   FEBRUARY 3, 2006 ORDER
                     Defendant.            )
12                                         )
                                           )   Date:  February 9, 2006
13                                         )   Time:  9:00 a.m.
                                           )   Judge:  Hon. Alex R. Munson
14  _____)

15          On February 3, 2006, the Court issued an Order that the brief and exhibits of David
16  J. Lujan and Ignacio C. Aguigui in support of the Opposition of Messrs. Lujan and Aguigui to
17  the present Motion for Reconsideration be filed under seal pending a decision by the Court
18  on their *ex parte* motion for the same. The undersigned is not aware of any decision yet on the
19  pending *ex parte* motion to file the opposition under seal, and World Corporation, in its Reply
20  filed herewith, references and quotes documents that have been ordered filed by the Court
21  under seal.
22          Accordingly, World Corporation ("WORLD"), by and through the undersigned
23  attorney appearing specially in this matter for the limited purpose of this motion, hereby
24  provides notice of the filing of World Corporation's Reply Re: Motion for Reconsideration in
25  reply to the Oppositions of David J. Lujan, Ignacio C. Aguigui, the law firm of Lujan Aguigui
26  & Perez LLP (the "Firm"), and to the second amended opposition of Matthew T. Gregory,
27  Esq.
28

ORIGINAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED this 7th day of February, 2006.

MARK B. HANSON

First Floor, Macaranas Building
Beach Road, Garapan
PMB 738, P.O. Box 10,000
Saipan, MP 96950
Telephone:    (670) 233-8600
Facsimile:     (670) 233-5262

Limited Appearance for World Corp.