```
                                                              F I L E D
                                                                 Clerk
                                                             District Court

MARK B. HANSON, ESQ.                                          FEB - 8 2006
First Floor, Macaranas Building
Beach Road, Garapan                                       For The Northern Mariana Islands
PMB 738 P.O. Box 10,000                                   By_____
Saipan, Mariana Islands 96950                                    (Deputy Clerk)
Telephone:   (670) 233-8600
Facsimile:   (670) 233-5262
```

Limited Appearance for World Corp.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| YU SUK CHUNG, | ) | CASE NO. CV 04-00001 |
| Plaintiff, | ) | |
| vs. | ) | PROOF OF SERVICE |
| WORLD CORPORATION, | ) | |
| Defendant. | ) | |

I, Rowena J. De Vera, hereby declare under the penalty of perjury that I am over 18 years of age and not a party to this action, and that on the 7th day of February 2006, at the time and in the manner indicated below, I served a true and correct copy of the documents.

A.  NOTICE OF FILING UNDER SEAL OF REPLY BRIEF OF WORLD CORPORATION.

B.  WORLD CORPORATION'S REPLY RE: MOTION FOR RECONSIDERATION (FILED UNDER SEAL)

**Served Via Facsimile:**

1.  MATTHEW T. GREGORY, ESQ.
    Law Office of Matthew T. Gregory
    Fax No. (670) 234-3973 at 4:55 p.m.

2. **COLIN M. THOMPSON, ESQ.**
Law Office of Colin M. Thompson
Fax No. (670) 233-0776 at 4:57 p.m.

3. **DAVID J. LUJAN, ESQ.**
**IGNACIO C. AGUIGUI, ESQ.**
Lujan, Aguigui & Perez, LLP
Fax No. (671) 477-5297 at 4:59 p.m.

4. **ROBERT T. TORRES, ESQ.**
Law Office of Robert T. Torres
Fax No. (670) 234-5749 at 5:02 p.m.

This declaration was executed at Saipan, Commonwealth of the Northern Mariana Islands on this 7th day of February 2006.

_____
Rowena J. De Vera