FILED
Clerk
District Court

FEB - 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MARK B. HANSON, ESQ.
First Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone: (670) 233-8600
Facsimile: (670) 233-5262

Limited Appearance for World Corp.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG,<br><br>        Plaintiff,<br><br>vs.<br><br>WORLD CORPORATION,<br><br>        Defendant. | CASE NO. CV 04-00001<br><br>PROOF OF SERVICE |

I, Rowena J. De Vera, hereby declare under the penalty of perjury that I am over 18 years of age and not a party to this action, and that on the 8th day of February 2006, at the time and in the manner indicated below, I served a true and correct copy of the documents.

A.     NOTICE OF FILING UNDER SEAL OF REPLY BRIEF OF WORLD CORPORATION.

B.     WORLD CORPORATION'S REPLY RE: MOTION FOR RECONSIDERATION (FILED UNDER SEAL)

Served Via Delivery:

1.     **MATTHEW T. GREGORY, ESQ.**
       Law Office of Matthew T. Gregory
       at 10:33 a.m. at 2nd Floor V.S. Sablan Building
       Chalan Piao, Saipan, MP 96950

2.  DAVID J. LUJAN, ESQ.
    IGNACIO C. AGUIGUI, ESQ.
    Lujan, Aguigui & Perez, LLP
    thru the Law Office of Matthew T. Gregory
    2nd Floor V.S. Sablan Bldg. at 10:33 a.m.
    Chalan Piao, Saipan, MP 96950

3.  COLIN M. THOMPSON, ESQ.
    Law Office of Colin M. Thompson
    2nd Floor JET Building at 9:53 a.m.
    Gualo Rai, Saipan, MP 96950

4.  ROBERT T. TORRES, ESQ.
    Law Office of Robert T. Torres
    at 10:10 a.m. at Chalan Kiya
    Saipan, MP 96950

This declaration was executed at Saipan, Commonwealth of the Northern Mariana Islands on this 8th day of February 2006.

_____
Rowena J. De Vera