FILED
Clerk
District Court

MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

FEB −9 2006

For The Northern Mariana Islands
By_____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CV-04-0001                                             February 9, 2006   (Deputy Clerk)
                                                       9:20 a.m.

**YU SUK CHUNG -vs- WORLD CORPORATION, et al**

PRESENT:        Hon. Alex R. Munson, Chief Judge Presiding
                Ellie Ciamaichella, Law Clerk
                Sanae Shmull, Court Reporter
                K. Lynn Lemieux, Courtroom Deputy
                Colin Thompson, Attorney for Plaintiff
                Robert Torres, Attorney for Plaintiff
                Matthew Gregory, Pro Se
                Mark Hanson, Attorney for World Corp.
                Bruce Berline, Attorney for World Corp.
                Ignacio Aguigui, Pro Se


PROCEEDINGS:    MOTION FOR RECONSIDERATION

    Attorneys Mark Hanson and Bruce Berline appeared on behalf of Plaintiff. Attorneys Matthew Gregory appeared Pro Se. Attorney Ignacio Aguigui appeared Pro Se.

    Attorneys argued the motion; Court after hearing argument GRANTED the motion for Reconsideration as to Attorneys Lujan and Aguigui and DENIED the motion as to Attorney Matthew Gregory. Upon reconsideration, Court DENIED, without prejudice, the motion to withdraw as to Attorneys Lujan and Aguigui.

                                        Adjourned 9:25 a.m.

                                        K. Lynn Lemieux, Courtroom Deputy