F I L E D
Clerk
District Court

FEB - 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD CORPORATION,<br><br>Defendant. | Case No. CV-04-0001<br><br>**NOTICE OF ORDER GRANTING *EX PARTE* MOTION TO SEAL** |

**THIS MATTER** came before the court on Thursday, February 9, 2006, for hearing of World Corporation's motion for reconsideration of the court's Order Granting Motion to Withdraw as Counsel, No. 215 (Jan. 19, 2006). Plaintiff appeared personally and by and through his attorneys Colin M. Thompson and Robert T. Torres; defendant appeared personally and by and through its attorney, Mark B. Hanson. Defendant's former attorneys Matthew Gregory and Ignacio C. Aguigui were also present. Mr. Aguigui argued for himself and David J. Lujan.

Having fully considered the written arguments made by Mr. Lujan and Mr. Aguigui and considering that no party opposed the motion and World Corporation supported the motion, **THE COURT HEREBY GRANTS** the *ex parte* motion of Mr. Lujan and Mr. Aguigui to seal their opposition brief.

Please take notice that prior permission must be obtained before the requested papers are to be filed as sealed. Moreover, the party or attorney must receive permission to seal before the date that the papers must be filed in order for the papers to be considered timely.

**DATED** this 9th day of February, 2006.

_____
Alex R. Munson
Chief Judge