Robert Tenorio Torres
**Attorney at Law**
Plata Drive, Whispering Palms
Chalan Kiya
P.O. Box 503758
Saipan, MP 96950

Tel: (670) 234-7859
Fax. (670) 234-5749

Attorney for Yu Suk Chung

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG,<br><br>    Plaintiff,<br><br>vs.<br><br>WORLD CORPORATION, a CNMI Corporation<br>    **Defendants.** | Civil Action No. -04-0001<br><br>**CERTIFICATE OF SERVICE** |

 I, the undersigned, hereby certify that I served upon Defendant, World Corporation, through its Attorneys, Mark B. Hanson and David J. Lujan, a filed copy of the **PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION TO AMEND JUDGMENT PURSUANT TO RULE 59 (FOR LIQUIDATED DAMAGES, ATTORNEY'S FEES, AND**

1  **COSTS),** in the above-captioned matter by faxing a true and correct copy

2  thereof and following up with the above attorneys' offices to confirm

3  receipt, on February 14, 2006 and February 15, 2006, respectively. (*See*

4  *attached* Fax Confirmation Sheets.)

5

6

7

8  Dated this 15th day of February, 2006.

9

10

11

12  _____
    NICOLE DLG. BENJAMIN

13

*Robert Tenorio Torres*
Attorney at Law
1st Floor ~ D'Torres Building ~ Garapan
P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 233-7859

```
                    TRANSACTION REPORT
                                        FEB-14-2006 05:17 PM
       FOR: RTT LAW OFFICE          670 233 5749
    ─────────────────────────────────────────────────────────
       SEND

    DATE    START         RECEIVER            PAGES    TIME      NOTE
    ═════════════════════════════════════════════════════════════════
    FEB-14  05:10 PM  2335262                  14     6'43"      OK
    ─────────────────────────────────────────────────────────────────
```

```
****************************************************************
*                                                              *
*                    TRANSACTION REPORT                        *
*                                         FEB-15-2006 09:17 AM *
*       FOR: RTT LAW OFFICE              670 233 5749          *
*_____*
*                                                              *
*     SEND                                                     *
*                                                              *
*   DATE    START     RECEIVER          PAGES    TIME    NOTE  *
*_____*
*                                                              *
*  FEB-15  09:10 AM  16714775297         14     6'41"   OK     *
*_____*
****************************************************************
```