FILED
Clerk
District Court

# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

FEB 16 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*********************************************************************************

CV-04-0001                                                February 16, 2006
                                                          9:30 a.m.

### YU SUK CHUNG -vs- WORLD CORPORATION, et al

PRESENT:    Hon. Alex R. Munson, Chief Judge Presiding
            Ellie Ciamaichella, Law Clerk
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy
            Colin Thompson, Attorney for Plaintiff
            Robert Torres, Attorney for Plaintiff
            Ignacio Aguigui, Attorney for Defendant

PROCEEDINGS:  MOTION TO AMEND JUDGMENT; MOTION FOR ATTORNEYS FEES AND COSTS; MOTION FOR SANCTIONS; AND MOTION FOR CERTIFICATION

Attorneys Robert Torres and Colin Thompson appeared on behalf of Plaintiff. Attorney Ignacio Aguigui appeared for Defendants.

Attorneys Torres argued on behalf of the Plaintiffs and Attorney Aguigui argued on behalf of the defendants.

Attorneys argued the motion; Court after hearing argument took the matters under advisement and stated that a written order would be forthcoming.

Adjourned 10:00 a.m.

K. Lynn Lemieux, Courtroom Deputy