FILED
Clerk
District Court

FEB 21 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD CORPORATION,<br><br>Defendant. | Case No. CV-04-0001<br><br>**AMENDED JUDGMENT<br>AS TO BREACH OF CONTRACT** |

**THIS MATTER** came before the court for a trial by jury on October 31, 2005.

The jury having rendered a verdict in favor of Plaintiff on his claim for breach of contract; it is now, therefore, **ORDERED AND ADJUDGED** that Plaintiff Yu Suk Chung recover from Defendant World Corporation in the amount of $136,665.00 for breach of contract.

In addition, in accordance with 3 CMC § 4447(d), **THE COURT ORDERS AND ADJUDGES** that Plaintiff Yu Suk Chung recover from Defendant World Corporation an additional equal amount of $136,665.00 as liquidated damages. *See* Order of February 21, 2006, No. 243. Accordingly, the total judgment for the breach of contract claim is $273,330. An order for costs will be entered separately.

**DATED** this 21st day of February, 2006.

_____
Alex R. Munson
Judge