(Rev. 08/02)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

## TRANSCRIPT DESIGNATION AND ORDERING FORM

U.S. Court of Appeals Case No. _____  U.S. District Court Case No. __CV 04-00001__

Short Case Title __YU SUK CHUNG v. WORLD CORPORATION__

Date Notice of Appeal Filed by Clerk of District Court __January 09, 2006__

## SECTION A - To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (Strike portion not desired) | |
|---|---|---|---|
| | | ~~Voir Dire~~ | FILED Clerk District Court |
| | | ~~Opening Statements~~ | MAR 0 7 2006 |
| | | ~~Settlement Instructions~~ | |
| | | ~~Closing Arguments~~ | For The Northern Mariana Islands By _____ |
| | | ~~Jury Instructions~~ | (Deputy Clerk) |
| Various dates | Sanae Shmull | Pretrial Proceedings  Refer to attached additional page | |
| Various dates | Sanae Shmull | Other (please specify) Trial proceedings and Proceedings | |

held before Judge Wiseman and Judge Munson - see attached additional page.
(attach additional page for designations if necessary)

☐  I do not intend to designate any portion of the transcript and will notify all counsel of this intention

☒  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereon upon demand. I further agree to pay for work done prior to cancellation of this order.

☐  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __March 07, 2006__

Estimated date for completion of transcript __March 22, 2006__

Type or Print Name __Bruce Berline, Esq.__

Signature of Attorney _[signature]_   Phone Number __(670) 233 3663__

Address __P.O. Box 5682 CHRB, Saipan MP 96950__

**NOTE:** This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts. Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. Court of Appeals for the Ninth Circuit at (415) 744-9800.

**SPECIFIC INSTRUCTIONS:**
(1) Complete SECTION A, place additional designations on blank paper if needed
(2) Upon completion, bring ALL five parts to the Office of the Clerk, U.S. District Court, Northern Mariana Islands for filing
(3) Send COPY ONE to the Office of the Clerk, U.S. District Court, Northern Mariana Islands
(4) Send COPY TWO and COPY THREE to Court Reporter(s). Contact Court Reporter(s) to make further arrangements for payment and continue to monitor progress of transcript preparation
(5) Send COPY FOUR to all other parties (make copies if necessary)
(6) Keep COPY FIVE for your record

**COPY ONE**

**SECTION A - To be completed by party ordering transcript (additional page)**

| Hearing Date | Court Reporter | Proceedings |
|---|---|---|
| April 07, 2005 | Sanae Shmull | Pre Trial Proceedings regarding Plaintiff's Motion to Compel Deposition of Kyu Sang Cho. |
| May 12, 2005 | Sanae Shmull | Pre Trial Proceedings regarding Motion and Cross-Motion for Partial Summary Judgement. |
| June 02, 2005 | Sanae Shmull | Pre Trial Proceedings regarding Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and/or for Non-Joinder of an Indispensable Party. |
| October 31, 2005 | Sanae Shmull | Trial proceedings from Oct 31, 2005 to Dec 01, 2005, inclusive. |
| December 02, 2005 | Sanae Shmull | Proceedings held before Designated Judge, David A. Wiseman. |
| December 05, 2005 | Sanae Shmull | Proceedings held before Designated Judge, David A. Wiseman. |
| December 07, 2005 | Sanae Shmull | Proceedings held before Designated Judge, David A. Wiseman. |
| December 14, 2005 | Sanae Shmull | Proceedings held before Judge, Alex R. Munson. |