| | |
|---|---|
| **LUJAN AGUIGUI & PEREZ LLP**<br>Attorneys at Law<br>300 Pacific News Building<br>238 Archbishop Flores Street<br>Hagåtña, Guam 96910<br>Telephone: (671) 477-8064<br>Facsimile: (671) 477-5297<br><br>*Attorneys for World Corporation* | F I L E D<br>Clerk<br>District Court<br><br>MAR 2 4 2006<br><br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WORLD CORPORATION,<br><br>　　　　Defendant. | CIVIL CASE NO. **04-00001**<br><br>[~~PROPOSED~~] ORDER SETTING STATUS CONFERENCE |

Pursuant to the Defendant's Request of March 24, 2006, a status conference is hereby scheduled for ~~3:00~~ 9:30 a.m./p.m. on 3-30-06, 2006.

SO ORDERED THIS 3-24-06.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. ALEX R. MUNSON
　Chief Judge

RECEIVED

MAR 2 4 2006

Clerk
District Court
For The Northern Mariana Islands

Page 1