IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| YU SUK CHUNG, | ) | CIVIL ACTION NO. 04-0001 |
| | ) | |
| Plaintiff, | ) | November 1,2, 2005 |
| | ) | |
| vs. | ) | Garapan, Saipan |
| | ) | |
| WORLD CORPORATION, | ) | |
| | ) | **REPORTER'S PARTIAL TRIAL** |
| Defendant. | ) | **TRANSCRIPT OF B.K. PARK'S** |
| | ) | **DIRECT TESTIMONY ONLY** |

BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE, UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS and Jury

FILED
Clerk
District Court

**APPEARANCES:**

For Plaintiff:   Colin M. Thompson, Esq.        MAR 2 4 2006
                 PMB 917, Box 10001
                 Saipan, MP 96950             For The Northern Mariana Islands
                 Telephone:(670) 233-0777     By_____
                 Facsimile:(670) 233-0776             (Deputy Clerk)

            and

                 Robert T. Torres, Esq.
                 P. O. Box 503758
                 Saipan, MP 96950
                 Telephone: (670) 233-7859
                 Facsimile: (670) 233-5749

For Defendant:   Matthew T. Gregory, Esq.
                 PMB 419, Box 10000
                 Saipan, MP  96950
                 Telephone: (670) 234-3972
                 Facsimile: (670)234-3973

            and