ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| YU SUK CHUNG, | ) | CIVIL ACTION NO. 04-0001 |
| | ) | |
| Plaintiff, | ) | November 3,4,7, 2005 |
| | ) | |
| vs. | ) | Garapan, Saipan |
| | ) | |
| WORLD CORPORATION, | ) | |
| | ) | **REPORTER'S COMPLETE TRIAL** |
| | ) | **TRANSCRIPT OF CHAIRMAN** |
| Defendant. | ) | **CHO KYU-SANG's TESTIMONY** |
| | ) | |

**BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE, UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS and Jury**

FILED
Clerk
District Court

MAR 2 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**APPEARANCES:**

For Plaintiff:    Colin M. Thompson, Esq.
                  PMB 917, Box 10001
                  Saipan, MP 96950
                  Telephone:(670) 233-0777
                  Facsimile:(670) 233-0776

                  and

                  Robert T. Torres, Esq.
                  P. O. Box 503758
                  Saipan, MP 96950
                  Telephone: (670) 233-7859
                  Facsimile: (670) 233-5749

For Defendant:    Matthew T. Gregory, Esq.
                  PMB 419, Box 10000
                  Saipan, MP  96950
                  Telephone: (670) 234-3972
                  Facsimile: (670)234-3973

                  and