ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| YU SUK CHUNG, | ) | CIVIL ACTION NO. 04-0001 |
| | ) | |
| Plaintiff, | ) | November 30, 2005 |
| | ) | |
| vs. | ) | Garapan, Saipan |
| | ) | |
| WORLD CORPORATION, | ) | |
| | ) | REPORTER'S TRIAL TRANSCRIPT |
| Defendant. | ) | ONLY OF DEFENDANT'S CLOSING |
| | ) | ARGUMENT |

BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE, UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS and Jury

FILED
Clerk
District Court

MAR 24 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**APPEARANCES:**

For Plaintiff:  Colin M. Thompson, Esq.
PMB 917, Box 10001
Saipan, MP 96950
Telephone:(670) 233-0777
Facsimile:(670) 233-0776

and

Robert T. Torres, Esq.
P. O. Box 503758
Saipan, MP 96950
Telephone: (670) 233-7859
Facsimile: (670) 233-5749

For Defendant:  Matthew T. Gregory, Esq.
PMB 419, Box 10000
Saipan, MP 96950
Telephone: (670) 234-3972
Facsimile: (670)234-3973

and