FILED
Clerk
District Court

MAR 30 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG,<br><br>  Plaintiff,<br><br>  vs.<br><br>WORLD CORPORATION,<br><br>  Defendant. | Case No. CV-04-0001<br><br>**ORDER CONTINUING TRIAL** |

**THIS MATTER** came before the court for a status conference on March 30, 2006.

With the agreement of the parties, the trial presently scheduled for April 17, 2006, is continued to August 14, 2006.

The Order Setting Trial Date and Pretrial Conference, No. 189 (Dec. 14, 2005), is vacated. A new scheduling order will be issued at a later date.

**IT IS SO ORDERED.**

**DATED** this 30th day of March, 2006.

_____
Alex R. Munson
Judge