F I L E D
Clerk
District Court

MAY 18 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD CORPORATION, A CNMI Corporation,<br><br>Defendant. | Civil Action No. 04-0001<br><br>**Order Setting Settlement Conference** |

IT IS ORDERED THAT a Settlement Conference in the above case is set for Friday, May 26, 2006, at 1:30 p.m.

Each party shall be required to attend the Settlement Conference, either personally or through a representative with full authority to participate in settlement negotiations and to effect a complete compromise of the case.

DATED THIS 18th day of May, 2006.

_____
Judge Alex R. Munson