Clerk
District Court

JUN - 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**F I L E D**

UNITED STATES COURT OF APPEALS          JUN 0 2 2006

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YU SUK CHUNG,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>WORLD CORPORATION,<br><br>    Defendant - Appellant. | No. 06-15075<br><br>D.C. No. CV-04-00001-ARM<br>District of the Northern Mariana Islands<br><br>ORDER |

    This appeal is selected for inclusion in the Mediation Program. During the time the appeal remains in the Mediation Program, all procedural matters should be brought to the attention of the Circuit Mediator.

    The briefing schedule previously set by the court is vacated.

    Within 30 days of the filing date of this order, appellant shall file either a motion or a stipulation to dismiss this matter pursuant to Fed. R. App. P. 42(b), or shall contact the undersigned at (415) 556-9959. A copy of any motion or stipulation to dismiss shall be served on the Circuit Mediator at the Circuit

Mediation Office, U.S. Court of Appeals, P.O. Box 193939, San Francisco, CA 94119-3939.

FOR THE COURT

*Stephen Liacouras*
Stephen Liacouras
Circuit Mediator