UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 12 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YU SUK CHUNG,<br><br>       Plaintiff - Appellee,<br><br>  v.<br><br>WORLD CORPORATION,<br><br>       Defendant - Appellant. | No. 06-15075<br><br>D.C. No. CV-04-00001-ARM<br>District of the Northern Mariana Islands    F I L E D<br>                    Clerk<br>             District Court<br><br>ORDER     JUL 19 2006<br><br>For The Northern Mariana Islands<br>By_____<br>       (Deputy Clerk) |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

Stephen Liacouras
Circuit Mediator

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 12 2006

by:_____
       Deputy Clerk