IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| YU SUK CHUNG,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>WORLD CORPORATION,<br><br>　　　　　Defendant. | Civil Case No. 04-00001<br><br>STIPULATION TO DISMISSAL WITH PREJUDICE |

　　IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that the above-captioned matter shall be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorney fees.

　　The District Court shall retain jurisdiction over this matter for purposes of enforcement of the terms of the settlement agreement. The Court also retains jurisdiction, by the assent of the parties, to resolve all

1  disputes as to any terms, conditions or language of the settlement
2  agreement.
3
4  Respectfully submitted this 16th day of August, 2006
5
6  COLIN M. THOMPSON
   ROBERT T. TORRES
7  Attorneys for Yu Suk Chung

8  _____
   ROBERT T. TORRES   F 1097
9  Attorney at Law
10

11 BRUCE BERLINE
   IGNACIO AGUIGUI
12 DAVID LUJAN
   Attorneys for World Corporation
13

14 _____
15 BRUCE BERLINE
   Attorney at Law
16

17
18
19
20
21
22
23