F I L E D
Clerk
District Court

AUG 1 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

YU SUK CHUNG,

        **Plaintiff,**

    **vs.**

WORLD CORPORATION,

        **Defendant.**

Civil Case No. 04-00001

ORDER OF DISMISSAL

After consideration of the parties' stipulation, the above-entitled matter is hereby dismissed with prejudice. The jury trial is hereby vacated.

The Court, however, retains jurisdiction over this matter for purposes of enforcement of the settlement agreement. The Court also retains jurisdiction, by the assent of the parties, to resolve all disputes as to any terms, conditions or language of the settlement agreement.

SO ORDERED this _18ᵀᴴ_ day of August, 2006.

ALEX R. MUNSON
Chief District Judge

RECEIVED

AUG 18 2006

Clerk
District Court
For The Northern Mariana Islands