```
                                                              F I L E D
                                                                 Clerk
                                                             District Court
         IN THE UNITED STATES DISTRICT COURT                 OCT  5 2006
                         FOR THE
                 NORTHERN MARIANA ISLANDS                For The Northern Mariana Islands
                                                         By_____
                                                                (Deputy Clerk)
```

| | | |
|---|---|---|
| YU SUK CHUNG, | ) | CIVIL CASE NO. 04-0001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF RELEASE OF EXHIBITS |
| | ) | |
| WORLD CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

| Colin Thompson | Robert Torres | Mark Hanson | David J. Lujan |
|---|---|---|---|
| Attorney for Plaintiff | Attorney for Plaintiff | Attorney for Defendant | Attorney for Defendant |
| P.O. Box 501280 | P.O. Box 503758 CK | PMB 738, P.O. Box 10000 | Marina Hotel Bldg., Ste. 227 |
| Saipan, MP 96950 | Saipan, MP 96950 | Saipan, MP 96950 | 470 Hernan Cortes Ave. |
| | | | Hagatna, GU 96910 |

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the trial of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

    Dated this   5th day of   October  , 2006

                                                     GALO L. PEREZ, Clerk of Court

                                                     By: Ignacio C. Benavente
                                                        Chief Deputy Clerk
                                                        U.S. District Court
                                                        Northern Mariana Islands

LISTAO 187

# EXHIBIT AND WITNESS LIST

| Yu Suk Chung -vs- World Corporation | | District Court<br>Northern Mariana Islands, Saipan, MP 96950 |
|---|---|---|
| **Plaintiff's Attorneys**<br>Robert Torres, Esq.<br>Colin Thompson, Esq. | **Defendant's Attorneys**<br>Matthew Gregory, Esq.<br>Ignacio C. Aguigui, Esq.<br>David Lujan, Esq. | **Docket Number**  CV-04-0001<br><br>**Trial Date(s)**  October 31 - December 1, 2005 |
| **Presiding Judge**  Alex R. Munson | **Court Reporter**  Sanae Shmull | **Courtroom Deputy**  K. Lynn Lemieux |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 10/31/05 | | | GIL SAN NICOLAS |
| W2 | | 10/31/05 | | | KYONG WON LEE |
| 100 | | 10/31/05 | 10/31/05 | 10/31/05 | 100 - Resume of Kyong Won Lee |
| 101 | | 10/31/05 | 10/31/05 | 10/31/05 | 101 - Tentative Agreement between Mari Sai, Inc. and World Corporation dated 05/16/2003 |
| 102 | | 10/31/05 | 10/31/05 | 10/31/05 | 102 - Tentative Agreement entered into by and between Mari Sai, Inc. and World Corp. dated 07/4/03 |
| W3 | | 11/01/05 | | | MARIA CRISTINA PANGELINAN |
| 51 | | 11/01/05 | 11/01/05 | 11/01/05 | 51- Memorandum to All Departments from Vice President YS Chung |
| 52 | | 11/01/05 | 11/01/05 | 11/01/05 | 52-Memorandum to All Departments from Vice President YS Chung |
| 53 | | 11/01/05 | 11/01/05 | 11/01/05 | 53-Memorandum to All Departments from Vice President YS Chung |
| 54 | | 11/01/05 | 11/01/05 | 11/01/05 | 54- Letter to Mr. Henry Hofschneider regarding temporary signboard. |
| W4 | | 11/01/05 | | | B.K. PARK |
| 75 | | 11/01/05 | 11/01/05 | 11/01/05 | 75- Korean Document - July 2003 Salary Paid Out |
| 74 | | 11/01/05 | 11/01/05 | 11/01/05 | 74- Korean Document - August 2003 Salary Paid Out |
| 73 | | 11/02/05 | 11/02/05 | 11/02/05 | 73-Korean Document - Date of Hire and detail of Annual Salary |
| 30 | | 11/02/05 | 11/02/05 | 11/02/05 | 30-Letter from BK Park to YS Chung re: End of work assignment effective 08/31/2003 |
| 29 | | 11/02/05 | 11/02/05 | 11/02/05 | 29-Letter from Mr. BK Park to Mr. Thomas Sablan, Director, Immigration re: Special Industry Permit |
| 73E | | 11/02/05 | 11/02/05 | 11/02/05 | 73E -Korean Document (English translation) - Date of Hire and detail of Annual Salary |
| 74E | | 11/02/05 | 11/02/05 | 11/02/05 | 74E- Korean Document (English translation) - August 2003 Salary Paid Out |
| 75E | | 11/02/05 | 11/02/05 | 11/02/05 | 75E- Korean Document (English translation) - July 2003 Salary Paid Out |
| W5 | | 11/03/05 | | | CHO, KYU-SUNG |
| | 23E | 11/03/05 | 11/03/05 | 11/03/05 | Saipan Hotel Acquisition Planning (First) 5 pgs. Inclusive of Plaintiff #16 and 17) |
| 22 | | 11/04/05 | 11/04/05 | 11/04/05 | Internal Consultation and Report on Settlement of Accounting Report for Moving Expenses |
| 22E | | 11/04/05 | 11/04/05 | 11/04/05 | (English translation of Ex. 22) |
| | 22E | 11/04/05 | 11/04/05 | 11/04/05 | (English translation of Deft's 22) |
| | 30E | 11/04/05 | 11/04/05 | 11/04/05 | (English translation of Deft's 30) |
| | 30 | 11/04/05 | 11/04/05 | 11/04/05 | Order of Appointment (#2003 - 108) |
| | 22 | 11/04/05 | 11/04/05 | 11/04/05 | Order of Appointment |
| W6 | | 11/07/05 | | | YU SUK CHUNG |
| | W1 | 11/08/05 | | | MARIKO LIZAMA |
| | W2 | 11/08/05 | | | JUAN T. LIZAMA |
| 40 | | 11/08/05 | 11/08/05 | 11/08/05 | Korean documents - Resume of Yu Suk Chung |
| 40E | | 11/08/05 | 11/08/05 | 11/08/05 | English translation of Yu Suk Chung's resume |
| 19 | | 11/08/05 | 11/08/05 | 11/08/05 | Korean document - Fax message to World Corporation |
| 19E | | 11/08/05 | 11/08/05 | XXXX | English translation of Exhibit 19 |

Page 1 of 3 Pages

| PLT. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 25 | | 11/08/05 | 11/08/05 | 11/08/05 | Email from Won Boo Gap to Mr. Kikkawa re: Mr. Chungs visit to Saipan |
| 94 | | 11/08/05 | 11/08/05 | 11/08/05 | Yu Suk Chung's Resume (in Korean) |
| 68 | | 11/09/05 | 11/09/05 | 11/09/05 | Yu Suk Chung's basic wants for employment contract |
| 34 | | 11/09/05 | 11/09/05 | 11/09/05 | Yu Suk Chung's demands on employment contract |
| 7 | | 11/09/05 | 11/09/05 | 11/09/05 | Email from Lee Sung to Yu Suk Chung dated 5/23/03 |
| 60 | | 11/09/05 | 11/09/05 | 11/09/05 | One Year Term Lease Agreement |
| 28 | | 11/09/05 | 11/09/05 | 11/09/05 | First Haw'n Bank Check in the amount of $2,550.00 |
| 97 | | 11/09/05 | 11/09/05 | 11/09/05 | Receipts for school tuition fee for Chris Chung |
| 77 | | 11/09/05 | 11/09/05 | 11/09/05 | Letter from YS Chung tot he Director of Labor re: Request for Business Permit |
| 90 | | 11/09/05 | 11/09/05 | 11/09/05 | YS Chung Entry Permit |
| 13 | | 11/10/05 | 11/10/05 | 11/10/05 | Waiver of Notice and Unanimous Consent of the Board of Directors for World Corporation |
| 67 | | 11/10/05 | 11/10/05 | 11/10/05 | Written Pledge of YS Chung |
| 67E | | 11/10/05 | 11/10/05 | 11/10/05 | English translation of Ex. 67 |
| 115 | | 11/10/05 | 11/10/05 | 11/10/05 | Mr. Chung salary receipt from May 2003 to August 2003 |
| 72 | | 11/10/05 | 11/10/05 | 11/10/05 | World Corporation Check dated May 27, 2003 |
| 59 | | 11/10/05 | 11/10/05 | 11/10/05 | Territorial Individual Income Tax Return 2003 of Mr. Yu Suk Chung |
| 39 | | 11/10/05 | 11/10/05 | 11/10/05 | Commercial Invoice and Packing List of Ys Chung Household Goods shipped from Korea to Saipan |
| 113 | | 11/10/05 | 11/10/05 | 11/10/05 | Picture of cargo shipment |
| 114 | | 11/10/05 | 11/10/05 | 11/10/05 | Picture of cargo shipment |
| 109 | | 11/10/05 | 11/10/05 | 11/10/05 | Cargo Express receipt for Chung's cargo |
| 110 | | 11/10/05 | 11/10/05 | 11/10/05 | Invoice for Chung's Cargo Shipment - Far Eastern |
| | 19 | 11/14/05 | 11/14/05 | 11/14/05 | Self Introductory Letter |
| 36 | | 11/14/05 | 11/14/05 | 11/14/05 | Annual Corporation Report |
| | 19E | 11/14/05 | 11/14/05 | 11/14/05 | English Translation of Ex. 19 |
| | 64 | 11/15/05 | 11/15/05 | 11/15/05 | Minutes of Shareholders Meeting |
| | 66 | 11/15/05 | 11/15/05 | 11/15/05 | Annual Corporation Minutes |
| 94E | | 11/15/05 | 11/15/05 | 11/15/05 | Plaintiff's Ex. 94 (English translation) offered into evidence by Defendant |
| | 67 | 11/15/05 | 11/15/05 | 11/15/05 | Han Maun Articles of Incorporation |
| 4 | | 11/17/05 | 11/17/05 | 11/17/05 | Email from Yu Suk Chung to Dae Ho Cho - offered into evidence by Defendant |
| 4E | | 11/17/05 | 11/17/05 | 11/17/05 | English translation of Exhibit 4 |
| 5 | | 11/17/05 | 11/17/05 | 11/17/05 | World Corporations Salary and Benefits Management (Draft) |
| 5E | | 11/17/05 | 11/17/05 | 11/17/05 | English translation of Exhibit 5 |
| | W3 | 11/18/05 | 11/18/05 | 11/18/05 | KYONG-WON LEE |
| 34E | | 11/18/05 | 11/18/05 | 11/18/05 | English translation of Plaintiff's Ex. 34 (offered by defense) |
| 68E | | 11/18/05 | 11/18/05 | 11/18/05 | English translation of Plaintiff's Ex. 68 (offered by defense) |
| | 33E | 11/18/05 | 11/18/05 | 11/18/05 | Various Email dated October 3, 2003 |
| | 1 | 11/21/05 | 11/21/05 | 11/21/05 | Waiver of Notice and Unanimous Consent of the Board of Directors for World Corporation in Lieu of Mtg |
| | 1E | 11/21/05 | 11/21/05 | 11/21/05 | English translation of Deft's Ex. 1 |
| 91 | | 11/21/05 | 11/21/05 | 11/21/05 | YS Chungs Application for Entry Permit (offered by Defense) |
| 92 | | 11/21/05 | 11/21/05 | 11/21/05 | Suh Jae Young Application for Entry Permit (offered by Defense)x |
| 93 | | 11/21/05 | 11/21/05 | 11/21/05 | Chung Seung Hoon Application for Entry Permit (offered by Defense) |
| | 16 | 11/21/05 | 11/21/05 | Conditionally | Email dated May 26, 2003 from Chung, Yu Suk to Chairman and President |

| PLT. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 5 | 11/21/05 | 11/21/05 | Conditionally | Email of June 6, 2003 |
| 78 |  | 11/21/05 | 11/21/05 | 11/21/05 | Immigration Control Sheet for YS Chung (offered by Defense) |
| 83 |  | 11/21/05 | 11/21/05 | 11/21/05 | YS Chung for Criminal Background Check (offered by Defense) |
| 84 |  | 11/21/05 | 11/21/05 | 11/21/05 | YS Chung Proof of Admission tot he CNMI (offered by Defense) |
| 82 |  | 11/21/05 | 11/21/05 | 11/21/05 | YS Chung Asiana Airlines Ticket (offered by Defense) |
| 9 |  | 11/21/05 | 11/21/05 | 11/21/05 | Korean/English translation of e-mail from Yu Suk Chung to chodh@worldco.co.kr (offered by Dft.) |
| 31 |  | 11/22/05 | 11/22/05 | 11/22/05 | Inter-Office Memo from VP Chul-Hyun Park (offered by Defense) |
| 6 |  | 11/22/05 | 11/22/05 | 11/22/05 | Email from Jeon, Mun Kab from HR Team of World Corporation (offered by Defense) |
| 35 |  | 11/22/05 | 11/22/05 | 11/22/05 | Internal Consultation Report re: Matter of Officer Registration (offered by Defense |
| 10 |  | 11/22/05 | 11/22/05 | 11/22/05 | Translation of Purchasing Proposal (offered by Defense) |
| 11 |  | 11/22/05 | 11/22/05 | 11/22/05 | Internal Consultation and Report re: Matters of SWR Human Resources Management (Offered by Dft.) |
| 14 |  | 11/22/05 | 11/22/05 | 11/22/05 | Take Over and Operational Preparation Schedule Plan (offered by Defense) |
| 18 |  | 11/22/05 | 11/22/05 | 11/22/05 | Internal Consultation and Report ; Matter of Salary Payment for Saipan World Report (Offered by Dft.) |
| 45 |  | 11/22/05 | 11/22/05 | 11/22/05 | Business Log (May 3-4, 2002 (offered by Defense) |
| 42 |  | 11/22/05 | 11/22/05 | 11/22/05 | Business Log (May 19, 2002) (offered by Defense) |
| 24 |  | 11/22/05 | 11/22/05 | 11/22/05 | Email from YS Chung to Bu Gap Won on salary and compensation system (offered by Defense) |
| 117 |  | 11/22/05 | 11/22/05 | 11/22/05 | Weekly Plan for May 19-24, 2003 (offered by Defense) |
| 96 |  | 11/22/05 | 11/22/05 | 11/22/05 | English Version of Minutes of Board of Directors Meeting (offered by Defense) |
|  | 27 | 11/23/05 | 11/23/05 | 11/23/05 | Letter of Yu Suk Chung to President dated August 13, 2003 |
|  | 27E | 11/23/05 | 11/23/05 | 11/23/05 | English translation of Ex. 27 |
| 138 |  | 11/23/05 | 11/23/05 | 11/23/05 | Copy of Rev. & Tax - Dept. Of Finance; Income Tax Report 2003 |
| 16 |  | 11/28/05 | 11/28/05 | 11/28/05 | Korean/English translation of World Corporation (by stipulation) |
| 16E |  | 11/28/05 | 11/28/05 | 11/28/05 | English translation of Ex. 16 (by stipulation) |
| 17 |  | 11/28/05 | 11/28/05 | 11/28/05 | Korean English translation - Salary/Annual Fixing & Other Conditions (by stipulation) |
| 17E |  | 11/28/05 | 11/28/05 | 11/28/05 | English translation of Ex. 17 (by stipulation) |
| 117E |  | 12/01/05 | 12/01/05 | 12/01/05 | by Stipulation |
| 45E |  | 12/01/05 | 12/01/05 | 12/01/05 | by Stipulation |
| 42E |  | 12/01/05 | 12/01/05 | 12/01/05 | by Stipulation |
| 35E |  | 12/01/05 | 12/01/05 | 12/01/05 | by Stipulation |
| 31E |  | 12/01/05 | 12/01/05 | 12/01/05 | by Stipulation |
| 24E |  | 12/01/05 | 12/01/05 | 12/01/05 | by Stipulation |
| 18E |  | 12/01/05 | 12/01/05 | 12/01/05 | by Stipulation |
| 14E |  | 12/01/05 | 12/01/05 | 12/01/05 | by Stipulation |
| 11E |  | 12/01/05 | 12/01/05 | 12/01/05 | by Stipulation |
| 10E |  | 12/01/05 | 12/01/05 | 12/01/05 | by Stipulation |
| 9E |  | 12/01/05 | 12/01/05 | 12/01/05 | by Stipulation |
| 7E |  | 12/01/05 | 12/01/05 | 12/01/05 | by Stipulation |
| 6E |  | 12/01/05 | 12/01/05 | 12/01/05 | by Stipulation |