FILED
Clerk
District Court

OCT 13 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| YU SUK CHUNG, | ) | CIVIL CASE NO. 04-0001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | EXIHIBIT WITHDRAWAL RECEIPT |
| WORLD CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

EXHIBIT WITHDRAWAL RECEIPT

Request for and receipt is acknowledged of the following **exhibits/documents** filed in the above matter.

AS PER ATTACHED PLAINTIFF'S EXHIBIT LIST

Dated: __10/13/06__, 2006

Acknowledge by: _____
Colin Thompson
P. O. Box 501280
Saipan, MP 96950

Approved: _____
Ignacio C. Benavente
Chief Deputy Clerk